UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11294PBS

|  |  |
|---|---|
| The HipSaver Company, Inc., | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| J.T Posey Company, | ) |
| Defendant | ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as co-counsel for the Plaintiff, The HipSaver Company, Inc., in this action.

　/s  Brian M. Donovan
Brian M. Donovan
(BBO no. 650551)
BROMBERG SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts  02110
617.443.9292
617.443.0004 (fax)
Dated:  June 18, 2004

02820/00501  317973.1

**Certificate of Service**
I certify that a copy of this document has been forwarded by USPS-First Class Mail to the Defendant at it its business address of record, 5635 Peck Road, Arcadia, California  91006.

　s/ Brian M. Donovan
Brian M. Donovan
June 18, 2004

1