UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11294PBS

| | |
|---|---|
| The HipSaver Company, Inc., | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| J.T Posey Company, | ) |
| Defendant | ) |
| | ) |

**MOTION FOR A PRELIMINARY INJUNCTION**

The Lanham Act, 15 U.S.C. §1125(a), prohibits commercial advertising which misrepresents the nature, characteristics, or qualities of another's goods or services. Here, Posey's "White Paper" and widely circulated catalog advertising are literally false and falsely and fraudulently misrepresent the product safety of HipSaver protectors through literally false product comparisons. Similarly, under, G.L. c.93A, §§2, 11, false advertising is an unfair or deceptive method of competition. Both the Lanham Act and c.93A provide for injunctive relief to halt false advertising. 15 U.S.C. § 1117 and c.93A, §11.

1.      Plaintiff, the HipSaver Company, Inc. moves for a Preliminary Injunction to immediately halt the Defendant's literally false, deceptive, and fraudulent advertising and to require immediate remedial action. Specifically, HipSaver seeks injunctive relief as follows:

- A preliminary injunction halting all further publication, distribution, or reference to the "White Paper" or the false testing conducted by Mr. Ghandi;
- A preliminary injunction halting all further publication, distribution, or reference to the alleged superiority of Posey hip protector products on the basis of Mr. Ghandi's work or on the basis of any other "testing" without prior submission of the testing to the Plaintiff for review;
- A preliminary injunction requiring Posey to publish and pay for distribution of a corrective statement to its entire customer and marketing lists at least quarterly during the next year, the corrective statement to admit that Posey's catalog advertising and "White Paper" are *literally false;* and
- A preliminary injunction requiring Posey to pay for HipSaver's publication of corrective advertising to Posey's entire customer and marketing list.

2.   In support of this Motion, HipSaver states that it is entitled to injunctive relief and submits the enclosed Memorandum of Law, including the Affidavit of Edward L. Goodwin and the expert report of Wilson C. Hayes, PhD.

THEREFORE, The HipSaver Company, Inc. respectfully requests a hearing on this Motion within three weeks and injunctive relief as requested.

Respectfully submitted,
THE HIPSAVER COMPANY, INC.
By its Attorneys,

 s/ Edward J. Dailey
Lee Carl Bromberg
BBO no. 058480
Edward J. Dailey
BBO no. 112220
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts  02110-1618
617.443.9292
617.443.0004  (fax)
Dated:   June 17, 200

<u>Certificate of Service</u>
I certify that a copy of this document has been forwarded by overnight express today to the Defendant at it its business address of record, 5635 Peck Road, Arcadia, California  91006.

 s/ Edward J. Dailey
Edward J. Dailey                                                                  02820/00501  317568.1