HAYES + ASSOCIATES 

Injury Biomechanics. Clearly Explained.

June 14, 2004

Mr. Edward J. Dailey
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110

Re:     *HIPSAVER v. Posey*

Dear Mr. Dailey:

1.      At your request, I am writing this preliminary summary of my opinions in the above-referenced matter. My opinions are based on a reasonable degree of engineering and medical certainty and founded on my professional education and on my academic and consulting experience in the fields of injury biomechanics, anatomy, and orthopaedics. I reserve the right to amend or supplement these opinions should additional information become available.

## Qualifications

2.      I am currently employed as Professor of Exercise and Sports Science and Adjunct Professor of Mechanical Engineering at Oregon State University in Corvallis, Oregon. I have a joint appointment as Adjunct Professor of Orthopaedics and Rehabilitation at Oregon Health & Science University in Portland, Oregon. I am also President of Hayes & Associates, Inc., 301 SW 4th Street, Suite 160 Corvallis, OR, 97333.

3.      I graduated with a B.S. in Mechanical Engineering in 1964 and then an M.S. in Mechanical Engineering (Design) in 1966 from Stanford University. As an undergraduate and graduate student at Stanford University I took courses in engineering mechanics, dynamics and design and thus I am familiar with the fundamental engineering principles that are used in the reconstruction and simulation of falls and their associated injuries and with the design and testing of protective equipment such as hip padding systems. I received a Ph.D. in Theoretical and Applied Mechanics (Biomedical Engineering) in 1970 from Northwestern University, where my course of study involved both medical and engineering courses, the latter again including advanced training in engineering dynamics and kinematics, and the former in anatomy, physiology and biomechanics. I then completed two post–doctoral fellowships, the first at the Laboratory for Experimental Surgery in Davos, Switzerland in 1970, and the second at the Department of Orthopaedics at the Karolinska Institute in Stockholm, Sweden in 1971.

4.      From 1971 to 1976, I was Assistant Professor of Mechanical Engineering and Surgery (Orthopaedics) at Stanford University. While at Stanford, I directed the Laboratory for Experimental Mechanics and developed a biomechanics laboratory and an automotive crash testing facility for the study of human tolerance limits in motor vehicle impacts. From 1976 to 1979, I was Associate Professor of Orthopaedics and Bioengineering at the University of Pennsylvania. In 1979, I was named Director of the Orthopaedic Biomechanics Laboratory at Boston's Beth Israel Hospital and Associate Professor of Orthopaedic Surgery at Harvard Medical School and at the Harvard–MIT Division of Health Sciences and Technology. I was named Full Professor in 1985 and then the first incumbent of the Maurice E. Mueller Professorship of Biomechanics at Harvard Medical School in 1988, a position I held until 1998, when I joined the

faculties at Oregon State University and Oregon Health & Science University. I served as Vice Provost for Research at Oregon State from May 1998 through June 2001, when I resigned that administrative position in order to focus more fully on Hayes & Associates, Inc.

5.      I have more than 30 years of teaching, research, and consulting experience in fields ranging across mechanical engineering, experimental mechanics, accident reconstruction, occupant dynamics, injury biomechanics, human functional anatomy, and clinical orthopaedics. I have taught undergraduate, graduate, and post-graduate students in both engineering and medical school settings. I have lectured on the subject of falls and injury biomechanics in a wide variety of post-graduate courses and conferences for engineers, medical students and residents, clinical orthopaedists, forensic scientists and accident reconstructionists.  At Stanford, I taught courses in engineering mechanics, experimental mechanics and biomechanics, often using examples related to injury biomechanics and fracture prevention. From 1985 to 1998 I was one of the three Course Directors of Human Functional Anatomy at Harvard Medical School. In this role, I was responsible for lectures, prosecution demonstrations, and laboratory dissections, primarily related to the functional anatomy of the musculoskeletal system. I routinely made use of radiographs, MRI's, and CT's in the course of my teaching.

6.      I have served as Principal or Co-Principal Investigator on 61 research grants from federal, foundation or industrial sources, all of them involving the biomechanics of the musculoskeletal system. Most of these grants have directly involved injury biomechanics. I have been funded continuously since 1990 by the National Institutes of Health for a research program entitled Fall Biomechanics and Hip Fracture Risk. This research has produced validated mathematical models for the dynamics of human falls and their associated injuries. We have also developed, tested, patented and published novel hip protectors for the prevention of hip fractures.  Our research results on this and other topics have appeared in the peer-reviewed literature and are widely cited by scientists and experts in the field.  I have authored or co-authored over 190 peer-reviewed publications, over 60 chapters, and three books. I was the founding editor of the Journal of Orthopaedic Research and served as its Co-Editor-in-Chief from 1983 to 1995. The Journal is now the preeminent and most widely cited research journal in orthopaedics.

7.      My curriculum vitae is attached as Exhibit 1.

### Case Materials

8.      I reviewed the following materials in connection with my work in the case:  Bimal Gandhi's Master's Thesis; White Paper by Bimal Gandhi; Bimal Gandhi's Web Page; Posey product brochure; Product sample PE4 as tested at Tampere U and used 4/2000 to present; test results from Beth Israel Orthopaedic Biomechanics Laboratory (April 1996); Test results from Tampere University (February 2000; September 2000).

### Overview

9.      Hip fractures among the elderly are a public health problem of crisis proportions[6]. Currently, there are over 300,000 hip fractures annually in the United States, with costs in excess of $10 billion[6].   Recent evidence suggests that the crisis will only deepen as the average age of our population continues to increase.  Prior to the mid-1990's, conventional wisdom was that hip fractures were primarily the consequence of age-related bone loss, or osteoporosis.  At about this time, our group at Harvard's Beth Israel-Deaconess Medical Center began to study the biomechanics of falls and their role in the etiology of age-related fractures. Our results demonstrated that fall biomechanics dominate hip fracture etiology, with energies

available in a typical fall from standing height several times in excess of the energies required to fracture the elderly hip[2,6,10,12,13]. Our group also noted that the fracture process could productively be described as an interplay between the fall impact forces applied to the hip and hip's own residual strength[6]. We called the ratio of the impact force applied to the femur divided by its fracture load the "factor of risk"[6].

10.      Not surprisingly, as this enhanced understanding of hip fracture etiology became more widely appreciated, the focus of hip fracture prevention shifted from what had previously had been an exclusive attention on how to prevent the loss of bone strength (through drugs and other modalities for the prevention and treatment of osteoporosis) to ways in which the applied impact loads might be reduced[6,7,11]. In subsequent years, a number of groups developed and tested hip padding systems designed to directly attenuate, spread out, or "shunt" the impact forces harmlessly into the surrounding soft tissues. Based on encouraging early research and clinical results, these development efforts eventually resulted in commercial products, expanding clinical trials, and more widespread acceptance and use. Given the large numbers and high rates of growth in annual numbers of hip fractures both in the United States and abroad, the increasing popular acceptance that falls are a dominate causative factor in hip fracture etiology, and the unit production costs and sales prices for these devices, the current and future markets, both domestically and internationally, for effective and acceptable trochanteric padding systems is obviously already enormous and can only be expected to grow dramatically in the future.

11.      The HipSaver (HipSaver Company, Inc.; Canton, MA 02021) and Hipster (Posey, Inc.; Arcadia, CA, 91006) hip padding systems at issue in this matter reflect this trend toward the commercialization and use of trochanteric padding systems for the prevention of age-related hip fractures. The current HipSaver product had its roots in development efforts and testing conducted by Mr. Ed Goodwin in early 1995. The Posey Hipster appears to have been first marketed in 1999. As part of their marketing efforts, Posey has made advertising claims that reference empirical testing conducted at the Department of Biomedical Engineering, University of California, Los Angeles, and reported in a Master's Thesis in biomedical engineering in 2003 (Gandhi, B: Transient Dynamic Response in a Surrogate Hip Model During a Simulated Lateral Fall; Department of Biomedical Engineering, University of California, Los Angeles; Professor Vijay Gupta, Chair)[4]. Selected data from these experiments were subsequently produced in a Posey "White Paper" (Gandhi, B: A solution to hip fractures using performance tested hip protectors, Biomedical Engineering, University of California, Los Angeles; prepared August, 2003)[1,3]. As I understand the legal issues involved, under the Lanham Act, advertising claims that reference empirical testing must establish with reasonable certainty that empirical testing establishes each claim. As I also understand it, a claim is literally false if the testing fails with reasonable certainty to establish a claim.

## Analysis

12.      Based on my review of the materials provided and on my background, education and training, you have asked me to address, to a reasonable degree of engineering and medical certainty, the following series of questions: a) Does the testing conducted support the claim in the "White Paper" that Posey Hipsters have been compared to "market competitors"? b) Were competitive products tested or simply parts of those products? c) Does the "White Paper" disclose the fact that at least one of the "products" produce greater force attenuations than those disclosed? d) Is there a legitimate basis for having excluded any products that were, in fact, excluded? e) Do the test results support the claim in the 'White Paper" that Posey Hipsters "have shown superiority when tested in-vitro to those of competitors"? f) Does the testing support the claim in the "White Paper" that "Posey Hipster outperforms several other hip protectors"? g) Does

the testing support the claim in the "White Paper" that the "Posey Hipster outperformed all competitive hip protectors tested"? h) Does the testing support the claim in the catalog, "Posey Hipsters proven most effective in-vitro testing"? i) Does the testing support the claim in the catalog that "Posey Hipsters out performed all other energy absorbing hip protectors tested"? j) Does the testing support the claim in the catalog that, "In recent tests at UCLA, Posey Hipsters were shown effective in reducing the force of impact in simulated falls to 36% below the average fracture threshold of the proximal femur, and Posey Hipsters outperformed all other hip protectors tested?" With respect to these questions, I understand you are seeking my opinions and a bases for them for the extent to which each claim is literally false.

## Methods

13.    To address the above questions, I have in turn reviewed the Gandhi Thesis and "White Paper" and compared the objectives, methods, results and interpretation against independent tests of trochanteric padding systems performed at the Orthopedic Biomechanics Laboratory, Beth Israel (Hayes, 1996[5]) and the Department of Applied Mechanics, Tampere University of Technology[8,9] and against relevant peer-reviewed literature[7,11,12]. These comparisons provided the bases for addressing the following issues: a) The stated purpose of the testing conducted by Bimal Gandhi at the Department of Biomedical Engineering, University of California, Los Angeles; b) The type of testing conducted by Gandhi, the extent to which the methods are generally excepted, the ability of the tests to measure force attenuation to below bone fracture threshold, and the extent to which Mr. Gandhi confirmed that the test apparatus was accurate and reliable for the stated purposes; c) The state of knowledge at the time the test were conducted on the "fracture threshold" for the femur; d) The extent to which Mr. Gandhi followed and maintained a generally excepted chain of custody of the hip pad systems tested and thereby confirmed the identity of the tested "products" and ensured the integrity of the "products" was not compromised; e) Whether or not the tests conducted at UCLA properly defined what was tested and the extent to which products or parts of products were tested; f) If only part of a commercial product was tested, whether or not it was proper to have identified the part as equivalent to the entire commercial product; g) If the "airbag" encapsulation of the HipSaver product was stripped what are the mechanisms for and consequences of testing the foam insert without the encapsulation.

## Results

14.    My assessments of the issues raised above are as follows:

a) *Objectives.* The objective of the testing conducted at UCLA is described in the Thesis abstract of Mr. Gandhi as determining "...the transient dynamic responses recorded during a simulated lateral fall on the greater trocanter using various hip protectors."[4]  Test objectives are not provided in the Gandhi "White Paper"[3]. This failure to provide a clear statement of goals in the body of the research manuscript is at significant variance with guidelines for scientific writing (see, for instance, Wright et al., 1999[14];Zeiger, 1991[15]). Both Robinovitch et al. (1995)[11] and Kannus et al. (1999)[7] provide clear statements of purpose at the ends of the introductory sections of their publications on comparative testing of trochanteric padding systems. Such clear statements of purpose inform the reader (and significantly, commit the author) to a defined set of research questions that can be expected to be addressed in the subsequent methods, results and discussion. Without a clear statement of purpose, these research questions remain clouded and can, as I believe happened here, leave the research questions unclear or allow misrepresentation or distortion of the experimental results.

b) *Methods.* The methodology used in the testing conducted by the UCLA graduate student, Bimal Gandhi, is described in Chapter 3 of his thesis and presented in brief in the "White Paper" (page 8). While the test configuration deviates significantly from the methods used by others and published in the peer-reviewed literature (Robinovitch et al., 1995[11]; Kannus et al., 1999[7], in that a drop tower rather than a pendulum was used to apply impact loads to the surrogate hip, this deviation from accepted protocols is not seen as significant. Drop testing is commonly used for impact testing of both materials and structures and Mr. Gandhi used commercially available equipment for this purpose. Moreover, he appears to have thoughtfully addressed some (but certainly not all) of the testing requirements needed to accurately and reliably reflect the effectiveness of trochanteric padding systems. For example, he has taken from literature and based his experiments on appropriate values for the effective mass and compliance of the pelvis (Robinovitch et al., 1991[10]). Similarly, while his choice to constrain the distal (lower) end of the femur with a pinned joint is not ideal since it allows unmeasured and thus unknown forces and moments (the twisting effects of forces) to influence the experimental results (such forces and moments are often referred to in structural testing as "parasitic"), there is precedence for such a testing configuration in the peer-reviewed literature (Kannus et al., 1999)[7]. Unfortunately and significantly, however, there is a fundamental and I believe fatal flaw in Mr. Gandhi's experimental methods. This flaw is sufficiently serious to render his tests not only unreliable and inaccurate but completely unrepresentative of a fall on the hip. Thus, his tests also do not represent the performance and comparison of protective padding systems designed to attenuate forces from such a fall. The root of the problem is that Mr. Gandhi chose to concentrate the impact forces through an impact hammer of a highly limited cross-sectional area (about 3 inches in diameter; see Fig. 3.4 on page 40 of Gandhi thesis)[4]. The cross-sectional area of the Gandhi impactor is about three-fold less than that used by Kannus et al.[7] and several orders of magnitude less than that used by Robinovitch el al.[7]. When one realizes that these testing configurations are meant to simulate and represent impact from a fall, with impact on the hip, the profound consequences of this difference in methodology can be immediately appreciated by noting that people fall and break their hip by landing on large, flat surfaces such as the floor and not by falling and landing on a 3-inch diameter cylinder, projecting upward from the floor. To make matters worse, Mr. Gandhi (presumably with the agreement of his advisor) has chosen to represent the force attenuating properties of the surrounding soft tissues of the hip (often referred to in the literature as "shunting") in a completely inadequate way. The consequence of these two deviations from accepted protocols (the use of a small area impactor and the failure to adequately reflect trochanteric soft tissues) serve to magnify differences between the intrinsic mechanical properties of the materials used to construct the pads and to ignore the consequences on the structural performance of differences in cross-sectional area or the use of relatively rigid layers. Put more simply, the tests perfomed by Mr. Gandhi would not distinguish between a large diameter pad and a much smaller diameter pad, despite the obvious improvement in force attenuation that would be provided by a larger pad. Moreover, the Gandhi test would, in the absence of an effective surrogate for surrounding soft tissue, completely ignore the fact that rigid trochanteric padding systems can function extremely effectively by "shunting" impact forces harmlessly into surrounding soft tissues (see for instance the test results of Kannus et al.[7] with rigid covers, and of Robinovitch et al.[11] with a horseshoe-shaped, non-rigid, shunting device). In addition to these fundamental flaws, noted above, in the experimental protocols employed by Mr. Gandhi, there are a series of secondary flaws that should also be noted. Although the Kistler load cell employed by Mr. Gandhi to measure the attenuated forces was calibrated by the manufacturer, there is no record that the calibration values were independently determined and certified by Mr. Gandhi. There is also no record that the pre-impact load cell transducer was calibrated or certified.

301 SW 4th Street, Suite 160  ^  Corvallis, OR  97333

541.754.9645  ^  *fax* 541.754.9949  ^  *cell* 541.912.7222  ^  *email* wch@hayesassoc.com  ^  *www.hayesassoc.com*

c: *Fracture Threshold.* Mr. Gandhi chose to compare his test results against published "fracture thresholds" for the hip. While a number of independent experiments have been conducted and reported in the literature, the Gandhi tests focused on a single experiment reported by Courtney et al. (1994)[2]. The reasons for focusing on these data to the exclusions of others is not explained. Robinovitch et al. (1995)[11] also compared their results with Courtney et al. (1994)[2] at a time when data on the strength of the proximal femur were more limited. Subsequent tests of trochanteric padding systems (Kannus et al., 1999)[7] took advantage of an expanding database of femoral fracture tests from independent laboratories. Mr. Gandhi did not explain why he did not choose to do so as well. Moreover, Mr. Gandhi chose to relate his results (which, it should be noted, are fundamentally flawed, for the reasons noted above) to these "fracture thresholds" expressed as a mean +/- one standard deviation. While there is literature precedence for this approach as well (see, for instance, Fig. 6 of Robinovitch et al., 1995)[11], there is nothing "magic" about being below the average value from a single series of fracture tests of the hip or more that one standard deviation below that average. Since a singe standard deviation would represent roughly 60 percent of the data from a test set, having a trochanteric padding system attenuate forces to below one standard deviation would be equivalent to preventing fractures in roughly 60 percent of the population reflected by that set of tests. Similarly, being below two standard deviations from the mean would reflect an ability to attenuate forces for roughly 95 percent of the represented population. There are also far more sophisticated, probabilistic models for predicting fracture risk from impact loads that have been developed for the purposes of improving occupant safety in motor vehicle collisions. Such techniques, now reflected in Federal Motor Vehicle Safety Standard 208, allow the probability of fracture from a particular loading to be accessed. This allows researchers to state that a particular impact load (or, alternatively, a force attenuation level of a trochanteric padding system) is equivalent to a 70 percent (for example) risk of hip fracture. However, such techniques, while widely employed in the motor vehicle arena have not yet been reflected in testing the effectiveness of hip padding systems and thus Mr. Gandhi cannot be faulted for this. In general, however, as long as it is clearly understood that comparisons between trochanteric padding systems only reflect differences in the ability to attenuate force (assuming, again, that the test methods reliably reflect that ability, and are not, as in this case, fundamentally flawed) and do not test the ability to "prevent fracture" or "prevent fracture" better than some other device. There are thus no generally recognized and statistically significant force levels below the fracture threshold. Thus, "superiority" for one product that is further below the so-called "fracture threshold" than another product cannot be claimed on statistics.

15.    When performing experimental tests for any purpose, it is crucial that not only should the testing methodologies be accurate and reliable, but that the test specimens, subjects or products be properly identified and maintained in a condition that is clearly described. This appears not to have been the case with the Gandhi tests performed in the Department of Biomedical Engineering at UCLA. In addition, for testing commercial products, it is crucial that such products be maintained in a form that is equivalent to that which is manufactured, sold, and potentially used by the buying public. In this instance, Gandhi does not provide a clear and complete description of the test materials. It is not until page 48 of his thesis in Chapter 4: Results of Impact Testing, that the types of hip pads tested are even mentioned (see Table 4.1, Page 47, Gandhi Thesis)[4]. Here, the manufacturer, product name and a cursory reference to physical characteristics are provided. This is in sharp contrast to literature standards in which pads are referenced and described by citations to literature or sources. Robinovitch et al. (1995)[11], for instance, cite literature sources for the tested pads and in the caption to Figure 6, again identify sources and literature citations for the padding systems tested. Similarly, Kannus et al. (1999)[7] provide detailed descriptions of the tested pads and a drawing demonstrating their

characteristics (see Figure 2 of Kannus et al., 1999)[7]. Moreover, there appears to be evidence in this case that the tested devices may have been altered prior to testing (for instance, by removing the plastic encapsulation surrounding an open-celled, porous foam). If true, this would represent a major deviation from accepted scientific practices and raise additional and serious concerns about both the motivation for and integrity of the test results. Since the behavior of an air-filled, open-celled porous foams in fact depend on the difference between the internal pressure of the air in the foam and the external pressure at its boundaries, eliminating the plastic encapsulation and thereby changing the pressures at the boundaries of the foam (as well as the stiffening effect provided by the air filled capsule itself) can be expected to severely distort the behavior of the encapsulated foam. It would not be expected that a padding system without its normal encapsulation would be representative of how the manufactured product is used by consumers. In fact, tests conducted without the encapsulation in place could be expected to markedly underperform (in terms of force attenuation characteristics) the commercially available product. The extent to which performance would be degraded under these circumstances is difficult to predict, solely on theoretical grounds, but could be confirmed through mechanical testing following accepted protocols (Robinovitch et al.,1995)[11]; Kannus et al., 1999)[7].

**Opinions**

16.        Based on my review of the case materials and on my background, education, training and experience in injury biomechanics generally and the testing of trochanteric padding systems specifically, I conclude, to a reasonable degree of engineering and medical certainty, that: a) The testing conducted in the Gandhi thesis does not support the claim in the "White Paper" that Posey Hipsters have been compared to "market competitors." A valid chain of custody of the tested products has not been established, nor have the products (or parts of products) been clearly described. To the extent that any of these "products" have been altered in *any* way (especially if an open-celled porous foam has been tested without its plastic encapsulation) could not be assumed to be representative of the commercial product. In fact, such an altered product would be expected to underperform its commercial version (and potentially markedly so). I therefore conclude that this claim is literally false; b) On the basis of information available to me at this time, I cannot confirm or reject whether or not commercially available products have been tested or simply parts of these products; c) The "White Paper" does not in fact disclose that one of the "products" has been omitted from the results included in the "White Paper". Not only has no justification been provided for doing so, but no possible scientific justification is available. In fact, given that the data for the most effective pad have been eliminated, I believe the only inference available is that the test results have been intentionally distorted to show the Posey system in a more favorable light; d) In my view, there is no legitimate basis for having excluded any products that were tested. Having done so is in my view a clear reflection of an attempt to distort the record and provide competitive advantage to the Posey system. This unjustified elimination of key results, especially given that they support false claims, is equivalent to scientific fraud; e) As noted above, the testing protocols are fundamentally flawed, given that they focus solely on the material behavior of competing products and do not reflect the advantages of geometric or structural differences such as larger area or the ability to "shunt" impact forces into the soft tissues. This conclusion, especially when taken in combination with the unjustified elimination of certain test results, leads me to conclude that the testing does not support the claim in the "White Paper" that "Posey Hipster outperforms several other hip protectors". Again, in my view, this claim is literally false; g) Similarly, the testing does not support the claim in the "White Paper" that the "Posey Hipster outperformed all competitive hip protectors tested". This claim too is literally false; h) The testing also does not support the claim in the catalog "Posey Hipsters proven most effective in in-vitro testing". Again,

this claim is literally false; i) Similarly, the testing does not support the claim in the catalog that "Posey Hipsters outperformed all other energy absorbing hip protectors tested". Again, this claim is literally false; j) Finally, and again, similarly, the testing does not support the claim in the catalog that "In recent tests performed at UCLA, Posey Hipsters were shown effective in reducing the force of impact in simulated falls to 36% below the average fracture threshold of the proximal femur, and Posey Hipsters outperformed all other hip protectors."  Again the claim is literally false.

Thank you for the opportunity to review this case. Please let me know if you have any questions.


Respectfully Submitted,


Wilson C. "Toby" Hayes, Ph.D.
Hayes & Associates, Inc.

301 SW 4th Street, Suite 160  ⌒  Corvallis, OR  97333
541.754.9645  ⌒  *fax* 541.754.9949  ⌒  *cell* 541.912.7222  ⌒  *email* wch@hayesassoc.com  ⌒  **www.hayesassoc.com**

## Bibliography

1. Posey Hipsters Proven Most Effective in In-Vitro Testing. Posey. Notes: Posey advertisement

2. Courtney AC, Wachtel EF, Myers ER, Hayes WC: Effects of loading rate on strength of the proximal femur. Calcif. Tissue Int. 1994;55:53-58.

3. Gandhi BP. A Solution to Hip Fractures Using Performance Tested Hip Protectors. 2003. Biomedical Engineering, University of California, Los Angeles.

4. Gandhi BP. Transient Dynamic Response in a Surrogate Hip Model During a Simulated Lateral Fall. 2003. University of California, Los Angeles. Notes: Master of Science in Biomedical Engineering

5. Hayes WC: Hip Pad Testing: Impact Test Results. Report

6. Hayes WC, Myers ER, Robinovitch SN, Kroonenberg Avd, Courtney AC, and McMahon TA. Etiology and prevention of age-related hip fractures. Bone 18, 77S-86S. 96.

7. Kannus P, Parkkari J, Poutala J: Comparison of Force Attenuation Properties of Four Different Hip Protectors Under Simulated Falling Conditions in the Elderly: An In Vitro Biomechanical Study. Bone 1999;25:229-235.

8. Parkkari J and Poutala J. Trochanteric pad tests HipSaver. 2000. Tampere, Finland.

9. Parkkari J and Poutala J. Trochanteric padding material tests HipSaver. 2000. Tampere, Finland.

10. Robinovitch SN, Hayes WC, McMahon TA: Prediction of femoral impact forces in falls on the hip. Journal of Biomechanical Engineering 1991;113:366-374.

11. Robinovitch SN, Hayes WC, McMahon TA: Energy-shunting hip padding system attenuates femoral impact force in a simulated fall. J. Biomech. Eng. 1995;13:956-62.

12. Robinovitch SN, McMahon TA, Hayes WC: Force attentuation in trochanteric soft tissues during impact from a fall. J Orthop Res. 1995;13:956-962.

13. van den Kroonenberg AJ, Hayes WC, McMahon TA: Dynamic models for sideways falls from standing height. Journal of Biomechanical Engineering 1995;117:309-317.

14. Wright TM, Buckwalter JA, Hayes WC: Writing for the Journal of Orthopaedic Research. J. Orthop. Res. 1999;17:459-66.

15. Zeiger M: Essentials of Writing Biomedical Research Papers. New York, NY, McGraw -Hill, Inc. (Health Professions Division), 1991.

6/14/2004

Exhibit 1
## WILSON C. HAYES, Ph.D.

Professor of Exercise and Sport Science, College of Health and Human Performance
and
Adjunct Professor of Mechanical Engineering, College of Engineering
Oregon State University
and
Adjunct Professor of Orthopaedics and Rehabilitation
Oregon Health Sciences University

President/CEO
Hayes & Associates, Inc.
301 SW 4th Street, Suite 160
Corvallis, OR 97333
(541) 754-9645
Fax: (541) 754-9949
Email: wch@hayesassoc.com
Web: www.hayesassoc.com

| | |
|---|---|
| Date of Birth: | January 15, 1943 |
| Place of Birth: | San Diego, California |
| Child: | Molly W. Hayes |

**Education**

| | |
|---|---|
| B.S., Mechanical Engineering, Stanford University | 1964 |
| M.S., Mechanical Engineering, Stanford University | 1966 |
| Ph.D., Theoretical and Applied Mechanics, Northwestern University | 1970 |

**Postdoctoral Training**

| | |
|---|---|
| Research Fellow, Laboratory for Experimental Surgery, Davos, Switzerland   (Chief, S. Perren, M.D.) | 1969-1970 |
| NIH Special Research Fellow, Department of Orthopaedic Surgery, Karolinska Institute, Stockholm, Sweden (Chief, C. Hirsch, M.D.) | 1970-1971 |

**Faculty Appointments**

| | |
|---|---|
| Instructor, Department of Orthopaedic Surgery, Northwestern University | 1967-1969 |
| Assistant Professor, Department of Mechanical Engineering and (by courtesy) Department of Surgery (Orthopaedics), Stanford University | 1971-1976 |
| Associate Professor, Department of Orthopaedic Surgery, University of Pennsylvania | 1976-1979 |
| Associate Professor, Department of Orthopaedic Surgery, Harvard Medical   School, Beth Israel Hospital | 1979-1985 |
| Associate Professor of Orthopaedic Surgery, Harvard-MIT Division of Health Sciences and Technology, Massachusetts Institute of Technology | 1979-1985 |
| Professor of Biomechanics, Department of Orthopaedic Surgery, Harvard Medical School, Beth Israel Hospital | 1985-1998 |
| Professor of Biomechanics, Harvard-MIT Division of Health Sciences and Technology, Massachusetts Institute of Technology | 1985-1998 |
| Maurice Edmond Mueller Professor of Biomechanics, Harvard Medical School | 1988-1998 |
| Hospital and Administrative Appointments | |
| Chief, Biomechanics Unit, Department of Orthopaedic Surgery, University of Pennsylvania | 1976-1979 |
| Member, Graduate Group, Department of Metallurgy and   Materials Science, University of Pennsylvania | 1976-1979 |

- 1 -

6/14/2004

| | |
|---|---|
| Director, Orthopaedic Biomechanics Laboratory, Dept. of Orthopaedic Surgery, Beth Israel Hospital | 1979 |
| Member, Admissions Committee, Harvard-MIT Division of Health Sciences and Technology | 1984-1988 |
| Member, Joint Faculty Committee, Harvard-MIT Division of Health Sciences and Technology | 1985 |
| Member, Committee of Professors, Harvard Medical School | 1985-1989 |
| Member, Promotions and Appointments Committee, Harvard-MIT Division of Health Sciences and Technology | 1986-1998 |
| Member, Standing Committee on Promotions, Reappointments, and Appointments, Harvard Faculty of Medicine | 1987-1990 |
| Member, Research Operations Committee, Beth Israel Hospital | 1988 |
| Member, Personnel Committee, Harvard University-Massachusetts Institute of Technology, Division of Health Sciences and Technology | 1990 |
| Member, Orthopaedic Executive Committee, Harvard Combined Orthopaedic Program, Harvard Medical School | 1990-1998 |
| Member, Conference of Department Heads, Harvard Medical School | 1990 |
| Member, Subcommittee of Professors, Harvard Medical School Faculty of Medicine | 1991-1994 |
| Associate Chief, Department of Orthopedic Surgery, Beth Israel Hospital | 1992-1993 |
| Vice Chairman Research, Department of Orthopedic Surgery, Beth Israel Hospital | 1993 |
| Member, Biometrics Center Advisory Committee, Beth Israel Hospital | 1995 |

**Honors**

| | |
|---|---|
| Industrial Design Society Student Merit Award | 1966 |
| Sigma Xi | 1969 |
| Engineering Research Initiation Award, National Science Foundation | 1972 |
| Research Career Development Award, National Institutes of Health | 1978-1983 |
| Research Award for Spinal Research, Eastern Orthopaedic Association | 1981 |
| Kappa Delta Award, American Academy of Orthopaedic Surgeon's Award for Orthopaedic Research | 1981 |
| American Academy of Orthopaedic Sports Medicine Research Award | 1983 |
| Samuel Higby Camp Visiting Lectureship, University of Michigan | 1983 |
| Research Career Award, Schweizerische Arbeitsgemeinschaft fur Osteosynthesefragen | 1983-1986 |
| Leon L. Wiltse Guest Speaker, North American Spine Society | 1986 |
| Founding Fellow, American Institute of Medical and Biological Engineering | 1993 |
| American Society of Biomechanics Giovanni Borelli Award | 1995 |
| Bristol-Myers Squibb/Zimmer Institutional Grant for Excellence in Research in Orthopaedic Treatment | 1996 |
| Profiles in Ethical Integrity Award, The Program for Ethics, Science and the Environment, Department of Philosophy, Oregon State University | 2000 |

**Membership in Professional Societies**

| | |
|---|---|
| American Society of Biomechanics, Advisory Board | 1981-1983 |
| American Society of Mechanical Engineers | 1975 |
| Orthopaedic Research Society | 1972 |
| American Academy of Orthopaedic Surgeons, Associate Member | 1985 |
| National Osteoporosis Foundation, Scientific Advisory Board | 1992-2000 |
| American Society of Bone and Mineral Research | 1996 |
| Sigma Xi, The Scientific Research Society | 1999- |
| American Institute for Medical and Biological Engineering | 2000- |
| International Society of Biomechanics | 2002- |
| American Society of Safety Engineers | 2002- |
| International Society for Fall Protection | 2002- |
| National Association of Traffic Accident Reconstructionists and Investigators | 2002- |
| Association for the Advancement of Automotive Medicine | 2003- |

6/14/2004

**Professional Activities**

| | |
|---|---|
| Member, Planning Committee, First Gordon Conference on Bioengineering and Orthopaedic Science | 1978 |
| Member, Bioengineering and Orthopaedic Sciences Travel Group to the People's Republic of China | 1979 |
| Chairman, Program Committee, Orthopaedic Research Society | 1980 |
| Member, Executive Committee, Orthopaedic Research Society | 1980-1981 |
| Organizing Committee and Panel Member, NIH Consensus Development Conference on Total Hip Joint Replacement | 1982 |
| Task Group Member, NIH Musculoskeletal Diseases Program Evaluation | 1982-1983 |
| Member, Scientific Advisory Board, Osteoarthritis Research Center, Wallerfangen Saarlouis, West Germany | 1984 |
| Member, NIH Study Section, Orthopaedics and Musculoskeletal | 1985-1989 |
| Chairperson, Special Ad Hoc Committee, National Institutes of Health Study Section | 1986 |
| Chairperson, Injury Prevention Working Group of the Surgeon General's Workshop on Health Promotion and Aging, Washington, DC | 1988 |
| Member, NIH Reviewers Reserve | 1989-1993 |
| Member, NIH NIAMSD National Plan Task Force, Co-Chair Musculoskeletal Diseases Panel, Bethesda, MD | 1990-1991 |
| Member, American Academy of Orthopaedic Surgeon's Council on Research | 1990-1993 |
| Scientific Member, AO Switzerland | 1991 |
| Participant, AAOS Symposium on Outcomes and Effectiveness in Musculoskeletal Research, San Antonio, TX | 1993 |
| Member, CDC Injury Research Grant Review Committee Study Section, Atlanta, GA | 1993 |
| Co-Chairman, AAOS Workshop on Fall Prevention in the Elderly, Rosemont, IL | 1993 |
| Member, NIH Study Section, Orthopedics and Musculoskeletal | 1993-1997 |
| Participant, CDC Biomechanics Research Planning Workshop, Atlanta, GA | 1994 |
| Member, Scientific Advisory Board, National Osteoporosis Foundation, Washington, DC | 1996 |
| Acting Director, AO/ASIF Research Institute, Davos, Switzerland | 1996-1997 |
| Member, OREF Peer Review Committee, Rosemont, IL | 1997-2002 |
| Member, Board of Directors, American Society of Bone and Mineral Research | 1997 |
| Consultant, Penn State Hip Fracture Project Review Meeting, Hershey, PA | 1998 |
| Member, National Space Biomedical Research Institute Reviewer's Reserve | 1999- |

**Grants Awarded**

| | |
|---|---|
| National Science Foundation Engineering Research Initiation Award, "Stress-remodeling relationships in compact bone" Principal Investigator | 1972-1973 |
| National Science Foundation Center for Materials Research, Stanford University, "Fracture of compact bone" Principal Investigator | 1972-1976 |
| National Institutes of Health, "Mechanics of normal, arthritic and prosthetic knees" Principal Investigator | 1975-1983 |
| President's Fund, California Institute of Technology, "Mechanics of the knee joint" Principal Investigator | 1975-1976 |
| Orthopaedic Research and Education Foundation, "Flow independent viscoelastic properties of cartilage matrix" Principal Investigator | 1977-1978 |
| National Institutes of Health Research Career Development Award, "Material and structural properties of the knee" Principal Investigator | 1978-1983 |
| Veterans Administration Research Grant, "Analysis of fracture healing with internal fixation" Co-Principal Investigator | 1978-1983 |
| MIT Whitaker Health Sciences Fund, "Biomechanical studies of healing after spinal dislocation" Co-Principal Investigator | 1979-1980 |
| Laboratory for Experimental Surgery, "Mechanics of compression plate fixation" Principal Investigator | 1980-1981 |
| Zimmer USA, "Finite element and experimental studies of the Miller porous coated multi-radius tibial component" Co-Principal Investigator | 1980-1981 |

6/14/2004

| | |
|---|---|
| Air Force Office of Scientific Research, "Fracture and viscoelastic characteristics of the human cervical spine" Principal Investigator | 1981-1983 |
| Howmedica, Inc., Orthopaedics Division, "Geometrical characterization of the proximal femur" Principal Investigator | 1981-1982 |
| Howmedica, Inc., Orthopaedics Division, "Effects of proximal femoral geometry on femoral component stem design" Principal Investigator | 1982-1983 |
| William F. Milton Fund, "Skeletal Aging and Exercise" Co-Principal Investigator | 1982-1983 |
| National Institutes of Health, "Stress morphology relations for trabecular bone in-vivo" Principal Investigator | 1982-1983 |
| Cintor Orthopaedic Division, Johnson & Johnson Products, Inc., "Geometrical Characterization of the distal femur" Principal Investigator | 1982-1983 |
| Cintor Orthopaedic Division, Johnson & Johnson Products, Inc., "OptimizedTotal Joint Replacement Designs" Principal Investigator | 1982-1984 |
| National Institutes of Health, "Bone/Gelatin Particulate Composite for Fracture Fixation" Co-Principal Investigator | 1982-1984 |
| National Institutes of Health, "Biochemistry of the Intervertebral Disc" Co-Investigator | 1982-1985 |
| Howmedica, Inc., Orthopaedic Division, "Biomechanics of the Asnis Screw System" Principal Investigator | 1983-1984 |
| National Science Foundation/Wenner Gren Foundation for Anthropological Research, Inc., "Biomechanical Characterization of the Primate Femur and Tibia Using CT Scanning" Co-Investigator | 1983-1984 |
| Electro-Biology, Inc., Medical Systems Division, "The Use of Pulsing Electromagnetic Fields in the Prevention of Disuse Osteoporosis" Principal Investigator` | 1983-1984 |
| General Motors Research Laboratories, "Biomechanical Studies of the Human Cervical Spine" Co-Principal Investigator | 1984-1984 |
| Johnson & Johnson, Inc. Orthopaedics, "Failure Analysis and Design Studies for a Porous-Coated Patellar Total Knee Component" Principal Investigator | 1984-1985 |
| Howmedica, Inc., "Design Parameters for Proximal Femoral Prosthetic Stems" Principal Investigator | 1984-1985 |
| Fiber Materials, Inc., "In-Vivo Testing of Carbon/Carbon Rods for Bone Ingrowth" Principal Investigator | 1985-1986 |
| National Cancer Institute, "Biomechanics of Metastatic Defects in Bone" Principal Investigator | 1985-1999 |
| Pfizer Hospital Products Group, "Finite Element Analysis of Prosthetic ACL Attachment" Principal Investigator | 1985-1986 |
| National Institutes of Health, "Hip Fracture Risk Prediction by X-ray Computed Tomography" Principal Investigator | 1986-1995 |
| General Motors Research Laboratories, "Mechanical Response and Strength of the Human Cervical Spine" Co-Principal Investigator | 1986-1987 |
| Johnson & Johnson, Inc. Orthopaedics, "Finite Element Design Analysis of a Carbon Fiber Femoral Prosthesis" Co-Principal Investigator | 1987-1988 |
| Protek, "Prosthetic Shoulder Design" Principal Investigator | 1987-1988 |
| Centers for Disease Control, "Biomechanics, Epidemiology, and Treatment of Hip Fractures" Principal Investigator | 1987-1990 |
| AO-Stiftung/ASIF-Foundation, "Fatigue Characteristics of Posterior-Lumbar Fixations" Co-Principal Investigator | 1988-1989 |
| National Institutes of Health, "Multiscan Photon Absorptiometry and Osteoporotic Fracture Risk" Principal Investigator | 1989-1992 |
| Centers for Disease Control, "Biomechanics of Hip Fracture Risk" Principal Investigator | 1990-1993 |
| National Institutes of Health, "Fall Biomechanics and Hip Fracture Risk" Principal Investigator | 1990-2000 |
| National Institute of Dental Research "Mechanics and bone remodeling in an osteoporotic mandible" Co-Principal Investigator | 1990-1995 |

- 4 -

6/14/2004

| | |
|---|---|
| Whitaker Foundation, "Magnetic Resonance Imaging of Bone Structure with Metastatic Defects in Bone" Co-Principal Investigator | 1991-1994 |
| AO-Stiftung/ASIF-Foundation, "Biodegradable Particulate Composites for Orthopaedic Applications" Principal Investigator | 1991-1992 |
| Genetics Institute, "Geometric, densitometric, and torsional properties of healing segmental defects in rat femoral tested with recombinant human BMP" Co-Principal Investigator | 1991-1993 |
| Howard Hughes Medical Institute Medical Student Research Training Co-Principal Investigator | 1991-1993 |
| National Institute on Aging, "Neuromotor changes with exercise in elderly women" Co-Principal Investigator | 1991-1994 |
| National Institutes of Health, "Hip fracture risk prediction by QDR" Principal Investigator | 1991-2001 |
| Norwich Eaton Pharmaceuticals "Effects of disphosphonates on biomechanical and morphological properties of bone in dogs" Co-Principal Investigator | 1991-1992 |
| Norwich Eaton Pharmaceuticals "Effects of NE-58095 on the biomechanical and morphological properties of bone from dogs treated for two years" Co-Principal Investigator | 1992-1993 |
| Osteonics, "Predicted effects of surface treatment on the long-term performance of cementless hip implants" Co-Principal Investigator | 1992-1993 |
| National Center for Research Resources, Shared Instrumentation Grant Principal Investigator | 1992-1993 |
| Merck, Sharp & Dohme Research Laboratories, "Evaluation of the effects of MK-217 treatment on bone biomechanics" Co-Principal Investigator | 1992-1995 |
| National Institutes of Health, "Structural consequences of post-yield behavior of bone" Co-Principal Investigator | 1992-1998 |
| DynaGen, Inc., "PPF-based biodegradable particulate composites for orthopaedic applications" Principal Investigator | 1992-1993 |
| Massachusetts General Hospital "Effects of PTH on biomechanical and morphological properties of bone in rats" Co-Principal Investigator | 1992-1993 |
| National Institutes of Health "DXA based bone geometry and osteoporotic fracture risk" Principal Investigator | 1993-1998 |
| Centers for Disease Control and Prevention, Program Project Grant "Hip fracture prevention from falls in the elderly" Principal Investigator | 1993-1998 |
| Orthopaedic Research and Education Foundation, Bristol-Myers Squibb/Zimmer Institutional Award, "Clinical biomechanics of the patellofemoral joint" Principal Investigator | 1996-2001 |
| ClinTrials BioResearch Ltd., "Bone biomechanical procedures for a long-term efficacy study of risedronate as a treatment in the osteopenic, ovariectomized rat model" Principal Investigator | 1997- |
| ClinTrials BioResearch Ltd., "Bone biomechanical procedures for a long-term efficacy study of risedronate as a preventative treatment in the osteopenic, ovariectomized rat model" Principal Investigator | 1997- |
| ClinTrials BioResearch Ltd., "Bone biomechanical procedures for a 26-week oral (capsule) comparative efficacy study of NE-58095 and NE-10503 in the female beagle dog" Principal Investigator | 1997 |
| ClinTrials BioResearch Ltd., "A 26-week oral (capsule) fracture healing study with risedronate (NE-58095) in male and female beagle dogs" Principal Investigator | 1997- |
| National Institutes of Health "The effects of jumping on growing bones" Co-Investigator | 2002- |
| National Institutes of Health "Fall biomechanics and hip fracture risk" Principal Investigator | 2002- |

**Editorial and Review**

| | |
|---|---|
| Journal of Orthopaedic Research, Founding Co-Editor-in-Chief | 1983-1995 |
| Journal of Biomechanical Engineering, Associate Editor | 1981-1985 |
| Journal of Biomechanics, Editorial Advisory Board | 1981-1983 |

6/14/2004

Annals of Biomedical Engineering, Editorial Board         1980-1982
Clinical Orthopaedics and Related Research
Critical Reviews in Bioengineering, CRC Press
Journal of Applied Mechanics
Journal of Bioengineering
Journal of Biomedical Materials Research
Journal of Bone and Joint Surgery
National Science Foundation
National Aeronautics and Space Administration

**Doctoral Theses Supervised**

Subrata Saha, Ph.D.: Tensile impact properties of bone and their relation to microstructure, Department of Applied Mechanics, Stanford University, 1973. (Professor and Director, Orthopedic Biomechanics Lab, Department of Orthopedic Surgery, Loma Linda University Medical Center, Loma Linda, CA)

Timothy M. Wright, Ph.D.: Tensile properties and fracture mechanics of bone, Department of Materials Science, Stanford University, 1976. (Professor and Director, Department of Biomechanics, Hospital for Special Surgery, New York, NY; Past President, Orthopaedic Research Society)

Dennis R. Carter, Ph.D: The fatigue behavior of compact bone, Department of Biomedical Engineering, Stanford University, 1976. (Professor, Department of Mechanical Engineering and Director, Biomechanics Lab, Stanford University, Stanford, CA; past-President, Orthopaedic Research Society)

Eric E. Sabelman, Ph.D: An organ culture method for study of fetal mouse bone under stress, Department of Mechanical Engineering, Stanford University, 1976. (Senior Research Associate, VA Medical Center, Palo Alto, CA)

Christopher B. Ruff, Ph.D.: Structural remodeling of the femur and tibia with aging: An automated digital analysis of the Pecos skeletal sample, Department of Anthropology, University of Pennsylvania, August 1981. (Associate Professor, Department of Cell Biology and Anatomy, Johns Hopkins School of Medicine, Baltimore, MD)

Carol A. Oatis, Ph.D.: The use of a mechanical model to predict the motion of the knee in normal locomotion: A study of healthy younger and older adult males, Department of Anatomy, University of Pennsylvania, 1982. (Associate Professor, Department of Physical Therapy, Beaver College, Philadelphia, PA)

W. Thomas Edwards, Ph.D.: A biomechanical analysis of the lumbar and lumbo-sacral spine in the sagittal plane. Interdepartmental Program in Biomedical Engineering, Massachusetts Institute of Technology, May, 1983. (Visiting Associate Professor, Department of Bioengineering, Mechanical Aerospace Manufacturing Engineering, Syracuse University, Syracuse, NY)

Anthony M. DiGioia III, M.D.: The role of interfragmentary strain in fracture healing. Harvard Medical School, Honors Thesis, March 1986. (Assistant Professor, Department of Orthopaedic Surgery, University of Pittsburgh, Pittsburgh, PA)

Edward J. Cheal, Ph.D.: Trabecular bone remodeling around implants. Massachusetts Institute of Technology, June 1986. (Director of Applied Research, Johnson & Johnson Orthopaedics, Raynham, MA)

Cheryl L. Riegger, Sc.D.: Tibiofemoral contact pressure, area and force in neutral, varus, valgus, and post-osteotomy loadings. Boston University, July 1986. (Assistant Professor, University of Colorado, Morrison, CO)

Jeffrey C. Lotz, Ph.D.: Fracture risk predictions for the human femoral neck. Massachusetts Institute of Technology, August, 1988.    (Assistant Professor of Orthopaedic Surgery and Director, Orthopaedic Biomechanics Laboratory, University of California at San Francisco School of Medicine, San Francisco, CA).

Brian D. Snyder, M.D., Ph.D.: Anisotropic structure property relations for trabecular bone. University of Pennsylvania, February, 1991. (Instructor, Dept. of Orthopaedic Surg, Harvard Medical School, Boston, MA)

6/14/2004

Dr.med. Ralf H. Wittenberg: Biomechanische und Klinische Untersuchungen dorsaler lumbaler und lumbosakraler Fusions techniken. St. Josef Hospital, Assistant Professor, Bochum University, Germany, 1991.

Xiang-Dong Edward Guo, Ph.D.: Fatigue of trabecular bone. Harvard/M.I.T. Division of Health Sciences and Technology, October, 1993. (Assistant Professor, Department of Mechanical Engineering, Columbia University, New York, NY)

Jeffrey A. Guy, M.D.: The long term effects of the bisphosphonate alendronate on the mechanical and physical properties of bone in the estrogen-deficient rat. Harvard Medical School, Honors Thesis, February, 1994. (Orthopaedic Resident, Harvard Combined Orthopaedic Program, Boston, MA)

Amy C. Courtney, Ph.D.: Mechanical properties of the proximal femur: Changes with age. Harvard-Massachusetts Institute of Technology Division of Health Sciences and Technology, May, 1994. (Staff Scientist, Department of Biomedical Engineering, Cleveland Clinic Foundation, Cleveland, OH)

Rebecca Elovic, D.M.D., Sc.D.: The effect of ovariectomy on the rat mandible. Harvard University, May, 1994. (Private practice, Brookline, MA)

Philippe K. Zysset, Ph.D.: A constitutive law for trabecular bone. Ecole Polytechnique Federale de Lausanne, Switzerland. June, 1994. (Assistant Professor, ETH, University of Lausanne, Lausanne, Switzerland)

Stephen N. Robinovitch, Ph.D.: Hip fracture and fall impact biomechanics. Harvard-Massachusetts Institute of Technology Division of Health Sciences and Technology, September, 1994. (Assistant Professor and Director, Biomechanics Laboratory, San Francisco General Hospital, San Francisco, CA)

Aya van den Kroonenberg, Ph.D.: Dynamic models of human falls for prediction of hip fracture risk. Massachusetts Institute of Technology, January, 1995. (Staff Scientist, TNO Road Vehicle Institute, Crash Safety Research Center, Delft, The Netherlands)

J. Douglas Patterson, M.D.: Parathyroid hormone (PTH 1-84) increases bone morphologic and biomechanical properties in estrogen-deficient rats: Promise for the treatment of established osteoporosis. Harvard Medical School, Honor's Thesis, February, 1995. (Orthopaedic Resident, Duke University, Durham, NC)

Michael J. Yaszemski, M.D., Ph.D.: The design, synthesis, characterization, and mechanical testing of a novel degradable polymeric biomaterial for use as a bone substitute. Massachusetts Institute of Technology, June, 1995. (Assistant Professor, Department of Orthopedics, Mayo Clinic, Rochester, MN)

Matthew J. Silva, Ph.D.: Predicting the failure behavior of the human vertebral body. Massachusetts Institute of Technology, February, 1996. (Director, Biomechanics Laboratory, Department of Orthopedic Surgery, Washington University School of Medicine, St. Louis, MO)

Catherine M. Ford, Ph.D.: Failure of the human proximal femur: Material and structural properties. Massachusetts Institute of Technology, September, 1996. (Staff Scientist, Failure Analysis Associates, Philadelphia, PA)

Steven M. Bowman, Ph.D.: Creep of trabecular bone. Harvard-Massachusetts Institute of Technology Division of Health Sciences and Technology, May, 1997. (Senior Engineer, Mitek Products, Westwood, MA)

Conrad Wang, M.D.: Densitometric and mechanical testing in an animal model of tumor-induced osteolysis in long bones. Harvard Medical School, M.D. Thesis, February, 1998. (Orthopaedic Resident, Harvard Medical School, Boston, MA)

Sara E. Wilson, Ph.D.: Analysis of the Forces on the Spine During a Fall with Application towards Predicitng Vertebral Fracture Risk. Harvard-MIT Division of Health Sciences and Technology, June, 1999. (Research Assistant, Motion Analysis and Motor Performance Lab, University of Virginia, VA)

Cecile N. Smeesters, Ph.D.: Fall Biomechanics and Hip Fracture Risk. Division of Applied Sciences, Harvard University, June, 1999. (Research Fellow, Biomechanics Research Laboratory, Mechanical Engineering and Applied Mechanics, University of Michigan, Ann Arbor, MI)

6/14/2004

**Publications**

**A. Refereed Articles**

1.  Hayes, W.C. and Mockros, L.F.: Viscoelastic properties of human articular cartilage. J. Appl. Physiol., 31: 562-568, 1971.

2.  Hayes, W.C.: Some viscoelastic properties of human articular cartilage. Acta Orthop. Belg., 38: 23-32, 1972.

3.  Hayes, W.C., Keer, L.M., Herrmann, G., Mockros, L.F.: A mathematical analysis for indentation tests of articular cartilage. J. Biomech., 5: 541-551, 1972.

4.  Hayes, W.C. and Perren, S.M.: Plate-bone friction in the compression fixation of fractures. Clin. Orthop., 89: 236-240, 1972.

5.  Saha, S. and Hayes, W.C.: Instrumented tensile-impact tests of bone. Exper. Mech., 14: 473-478, 1974.

6.  Perren, S.M. and Hayes, W.C.: Biomechanik der plattenosteosynthese. Medizinish-Orthop.Technik, 2: 56-61, 1974.

7.  Carter, D.R. and Hayes, W.C.: Fatigue life of compact bone. I. Effects of stress amplitude, temperature and density. J. Biomech., 9: 27-34, 1976.

8.  Carter, D.R., Hayes, W.C., Schurman, D.J.: Fatigue life of compact bone. II. Effects on microstructure and density. J. Biomech., 9: 211-218, 1976.

9.  Saha, S. and Hayes, W.C.: Tensile impact properties of human compact bone. J. Biomech., 9: 243-251, 1976.

10. Hayes, W.C. and Carter, D.R.: Post-yield behavior of subchondral trabecular bone. J. Biomed. Mat. Res., 7: 537-544, 1976.

11. Wright, T.M. and Hayes, W.C.: The fracture mechanics of fatigue crack propagation in compact bone. J. Biomed. Mat. Res., 7: 637-648, 1976.

12. Carter, D.R. and Hayes, W.C.: Bone compressive strength: The influence of density and strain rate. Science, 194: 1174-1176, 1976.

13. Wright, T.M. and Hayes, W.C.: Tensile testing of bone over a wide range of strain rate: Effects of strain rate, microstructure and density. Med. and Biol. Eng., 14: 671-680, 1976.

14. Wright, T.M. and Hayes, W.C.: Comments on "The elastic properties of compact bone tissue" by Reilly, D.T. and Burstein, A.H., J. Biomech., 9: 744, 1976.

15. Jones, H.H., Priest, J.D., Hayes, W.C., Tichenor, C.C. and Nagel, D.A.: Humeral hypertrophy in response to exercise. J. Bone Joint Surg. [Am], 59(2): 204-208, 1977.

16. Carter, D.R. and Hayes, W.C.: Compact bone fatigue damage. I. Residual strength and stiffness. J. Biomech., 10: 325-337, 1977.

17. Wright, T.M. and Hayes, W.C.: Fracture mechanics parameters for compact bone. Effects of density and specimen thickness. J. Biomech., 10: 419-430, 1977.

18. Hayes, W.C. and Wright, T.M.: An empirical strength theory for compact bone. Fracture (Proc. 4th Int'l Conf. on Fracture), Volume III: 1173-1180, 1977.

19. Carter, D.R. and Hayes, W.C.: Compact bone fatigue damage. II. A microscopic examination. Clin. Orthop., 127: 265-274, 1977.

20. Saha, S. and Hayes, W.C.: Relations between tensile impact properties and microstructure of compact bone. Calcif. Tissue Res., 24: 65-72, 1977.

21. Carter, D.R. and Hayes, W.C.: The compressive behavior of bone as a two-phase porous material. J. Bone Joint Surg. [Am], 59: 954-962, 1977.

- 8 -

6/14/2004

22. Hayes, W.C., Swenson, L.W., and Schurman, D.J.: Axisymmetric finite element analysis of the lateral tibial plateau. J. Biomech., 11: 21-33, 1978.

23. Hayes, W.C. and Bodine, A.J.: Flow-independent viscoelastic properties of articular cartilage matrix. J. Biomech., 11: 407-419, 1978.

24. Wright, T.M. and Hayes, W.C.: Technical note: Strain gage application on compact bone. J. Biomech., 12: 471-475, 1979.

25. Nagurka, M.L. and Hayes, W.C.: Technical note: An interactive graphics package for calculating cross-sectional properties of complex shapes. J. Biomech., 13: 59-64, 1980.

26. Woo, S. L-Y, Kuei, S.C., Amiel, D., Gomez, M.A., Hayes, W.C., White, F.C. and Akeson, W.H.: The effect of prolonged physical training on the properties of long bone. A study of Wolff's Law. J. Bone Joint Surg. [Am], 63: 780-786, 1981.

27. Ruff, C.B. and Hayes, W.C.: Subperiosteal expansion and cortical remodeling of the human femur and tibia with aging. Science, 217: 945-948, 1982.

28. Posner, I., White, A.A., Edwards, W.T., Hayes, W.C.: A biomechanical analysis of the clinical stability of the lumbar and lumbosacral spine. Spine, 7: 374-389, 1982.

29. Ruff, C.B. and Hayes, W.C.: Cross sectional geometry of Pecos Pueblo femora and tibiae: A biomechanical investigation. I. Method and general patterns of variation. Am. J. Phys. Anthrop., 60: 359-381, 1983.

30. Ruff, C.B. and Hayes, W.C.: Cross-sectional geometry of Pecos Pueblo femora and tibiae: A biomechanical investigation. II. Sex, age and size differences. Am. J. Phys. Anthrop., 60: 383-400, 1983.

31. Beaupre, G.S., Hayes, W.C., Jofe, M.H. and White, A.A.: Monitoring fracture site properties with external fixation. J. Biomech. Eng., 105: 120-126, 1983.

32. Cheal, E.J., Hayes, W.C., White, A.A., III, and Perren, S.M.: Stress analysis of a simplified compression plate fixation system for fractured bones. J. Computers and Structures, 17: 845-855, 1983.

33. Stone, J.L., Beaupre, G.S., and Hayes, W.C.: Multiaxial strength characteristics of trabecular bone. J. Biomech., 16: 743-752, 1983.

34. Hayes, W.C., Gran, J.D., Nagurka, M.L., Feldman, J.M., and Oatis, C.: Leg motion analysis during gait  by multiaxial accelerometry: Theoretical foundations and preliminary validations. J. Biomech. Eng., 105: 283-289, ·1983.

35. Huberti, H.H. and Hayes, W.C.: Patellofemoral contact pressures: The influence of Q-angle and tendo-femoral contact. J. Bone Joint Surg. [Am], 66: 715-724, 1984.

36. Ruff, C.B., Larsen, C.S., and Hayes, W.C.: Structural changes in the femur with the transition to agriculture on the Georgia coast. Am. J. Phys. Anthrop., 64: 125-136, 1984.

37. Huberti, H.H., Hayes, W.C., and Stone, J.L.: Force ratios in the quadriceps tendon and ligamentum patellae. J. Orthop. Res., 2: 49-54, 1984.

38. Ruff, C.B. and Hayes, W.C.: Bone mineral content in the lower limb: Relationship to cross-sectional geometry. J. Bone Joint Surg. [Am], 66: 1024-1031, 1984.

39. Cheal, E.J., Hayes, W.C., White, A.A., III, and Perren, S.M.: Three-dimensional finite element analysis of a simplified compression plate fixation system. J. Biomech. Eng., 106: 295-301, 1984.

40. Ruff, C.B. and Hayes, W.C.: Age changes in geometry and mineral content of the lower limb bones. Ann. Biomed. Eng., 12: 573-584, 1984.

41. Cheal, E.J., Hayes, W.C., White, A.A., III, and Perren, S.M.: Stress analysis of compression plate fixation and its effects on long bone remodeling. J. Biomech., 18:141-150, 1985.

42. McBroom, R.J., Hayes, W.C., Edwards, W.T., Goldberg, R.P., and White, A.A.: Prediction of vertebral body compressive fracture using quantitative computed tomography. J. Bone Joint Surg. [Am], 67: 1206-1214, 1985.

6/14/2004

43. Kaplan, S.J., Hayes, W.C., Mudan, P., Lelli, J.L., and White, A.A.: Monitoring the healing of a tibial osteotomy in the rabbit treated with external fixation. J. Orthop. Res., 3: 325-330, 1985.

44. Kaplan, S.J., Hayes, W.C., Stone, J.L., and Beaupre, G.S.: Tensile strength of bovine trabecular bone. J. Biomech., 18: 723-727, 1985.

45. Beaupre, G.S. and Hayes, W.C.: Finite element analysis of a three-dimensional open-celled model for trabecular bone. J. Biomech. Eng., 107: 249-256, 1985.

46. Cheal, E.J., Hayes, W.C., Lee, C.H., Snyder, B.D., and Miller, J.: Stress analysis of a condylar knee tibial component: Influence of metaphyseal shell properties and cement injection depth. J. Orthop. Res., 3: 424-434, 1985.

47. Gerhart, T.N., Hayes, W.C., and Stern, S.H.: Biomechanical optimization of a model particulate composite for orthopaedic applications. J. Orthop. Res., 4: 76-85, 1986.

48. DiGioia, A.M. III, Cheal, E.J., and Hayes, W.C.: Three-dimensional strain fields in a uniform osteotomy gap. J. Biomech. Eng., 108: 273-280, 1986.

49. Edwards, W.T., Hayes, W.C., Posner, I., White, A.A. and Mann, R.: Variation of lumbar spine stiffness with load. J. Biomech. Eng., 109: 35-42, 1987.

50. Cheal, E.J., Snyder, B.D., Nunamaker, D.M., and Hayes, W.C.: Trabecular bone remodeling around smooth and porous implants in an equine patellar model. J. Biomech., 20: 1121-1134, 1987.

51. McBroom, R.J., Cheal, E.J., and Hayes, W.C.: Strength reductions from metastatic cortical defects in long bones. J. Orthop. Res., 6: 369-378, 1988.

52. Huberti, H.H. and Hayes, W.C.: Contact pressures in chondromalacia patellae and the effects of capsular reconstructive procedures. J. Orthop. Res., 6: 499-508, 1988.

53. Ruff, C.B., and Hayes, W.C.: Sex differences in remodeling of the femur and tibia. J. Orthop. Res., 6: 886-896, 1988.

54. Rohlmann, A., Cheal, E.J., Hayes, W.C., and Bergmann, G.: A non-linear finite element analysis of interface conditions in porous coated hip endoprostheses. J. Biomech., 21: 605-611, 1988.

55. Gerhart, T.N., Roux, R.D., Horowitz, G., Miller, R.L., Hanff, P., and Hayes, W.C.: Antibiotic release from an experimental biodegradable bone cement. J. Orthop. Res., 6: 585-592, 1988.

56. Snyder, B.D., Edwards, W.T., and Hayes, W.C.: Letter to the Editor: Trabecular changes with vertebral osteoporosis. N. Engl. J. Med., 319: 793-794, 1988.

57. Gerhart, T.N., Miller, R.L., Kleshinski, S., and Hayes, W.C.: In vitro characterization and biomechanical optimization of a biodegradable particulate composite bone cement. J. Biomed. Mat. Res., 22: 1071-1082, 1988.

58. Gerhart, T.N., Renshaw, A.A., Miller, R.L., Noecker, R.J., and Hayes W.C.: In vivo histologic and biomechanical characterization of a biodegradable particulate composite bone cement. J. Biomed. Mat. Res., 23: 1-16, 1989.

59. Hipp, J.A., McBroom, R.J., Cheal, E.J., and Hayes, W.C.: Structural consequences of endosteal metastatic lesions in long bones. J. Orthop. Res., 7: 828-837, 1989.

60. Esses, S.I., Lotz, J.C., and Hayes, W.C.: Biomechanical properties of the proximal femur determined in-vitro by single-energy quantitative computed tomography. J. Bone Miner. Res., 4: 715-722, 1989.

61. Lotz, J.C., Gerhart, T.N., and Hayes, W.C.: Mechanical properties of trabecular bone from the proximal femur: A quantitative CT study. J. Comput. Assist. Tomogr., 14: 107-114, 1990.

62. Lotz, J.C. and Hayes, W.C.: The use of QCT to estimate risk of fracture of the hip from falls. J. Bone Joint Surg. [Am], 72: 689-700, 1990.

63. Lewallen, D.G., Riegger, C.L., Myers, E.R., and Hayes, W.C.: Effects of retinacular release and tibial tubercle elevation in patellofemoral degenerative joint disease. J. Orthop. Res., 8: 856-862, 1990.

6/14/2004

64. Hipp, J.A., Edgerton, B.C., An, K.-N., and Hayes, W.C.: Structural consequences of transcortical holes in long bones loaded in torsion. J. Biomech., 23: 1261-1268, 1990.

65. Wittenberg, R.H., Moeller, J., Shea, M., White, A.A., and Hayes, W.C.: Compressive strength of autologous and allogenous bone grafts for thoraco-lumbar and cervical spine fusion. Spine, 15: 1073-1078, 1990.

66. Witschger, P.M., Gerhart, T.N., Goldman, J.B., Edsberg, L.E., and Hayes, W.C.: Biomechanical evaluation of a biodegradable composite as an adjunct to internal fixation of fracture of the proximal femur. J. Orthop. Res., 9: 48-53, 1991.

67. Cheal, E.J., Mansmann, K.A., DiGioia, A.M. III, Hayes, W.C., and Perren, S.M.: Role of interfragmentary strain in fracture healing: Ovine model of a healing osteotomy gap. J. Orthop. Res., 9: 131-142, 1991.

68. Lotz, J.C., Gerhart, T.N., and Hayes, W.C.: Mechanical properties of metaphyseal bone in the proximal femur. J. Biomech., 24: 317-329, 1991.

69. Shea, M., Edwards, W.T., White, A.A., and Hayes, W.C.: Variations of stiffness and strength along the human cervical spine. J. Biomech., 24: 95-107, 1991.

70. Wittenberg, R.H., Shea, M., Swartz, D.E., Lee, K.S., White, A.A., and Hayes, W.C.: Importance of bone mineral density in instrumented spine fusions. Spine, 16: 647-652, 1991.

71. Hipp, J.A., Katz, G.Z., and Hayes, W.C.: Local demineralization as a model for bone strength reductions in lytic transcortical metastatic lesions. Invest. Radiol., 26: 934-938, 1991.

72. Jofe, M.H., Takeuchi, T., and Hayes, W.C.: Compressive behavior of human bone-cement composites. J. Arthroplasty, 6: 213-219, 1991.

73. Lotz, J.C., Cheal, E.J., and Hayes, W.C.: Fracture prediction for the proximal femur using finite element models. Part I: Linear analysis. J. Biomech. Eng., 113: 353-360, 1991.

74. Lotz, J.C., Cheal, E.J., and Hayes, W.C.: Fracture prediction for the proximal femur using finite element models. Part II: Nonlinear analysis. J. Biomech. Eng., 113: 361-365, 1991.

75. Myers, E.R., Sebeny, E.A., Hecker, A.T., Corcoran, T.A., Hipp, J.A., Greenspan, S.L., and Hayes, W.C.: Correlations between photon absorption properties and failure load of the distal radius in vitro. Calc. Tissue Int., 49: 292-297, 1991.

76. Robinovitch, S.N., Hayes, W.C., and McMahon, T.A.: Prediction of femoral impact forces in falls on the hip. J. Biomech. Eng., 113: 366-374, 1991.

77. Shea, M., Edwards, W.T., Clothiaux, P.L., Crowell, R.R., Nachemson, A.L., White, A.A., and Hayes, W.C.: Three-dimensional load/displacement properties of posterior lumbar fixation. J. Orthop. Trauma, 5: 420-427, 1991.

78. Swartz, D.E., Wittenberg, R.H., Shea, M., White, A.A., and Hayes, W.C.: Physical and mechanical properties of calf lumbosacral trabecular bone. J. Biomech., 24: 1059-1068, 1991.

79. Cheal. E.J., Spector, M., and Hayes, W.C.: Role of loads and prosthesis material properties on the mechanics of the proximal femur after total hip arthroplasty. J. Orthop. Res., 10: 405-422, 1992.

80. Carpenter, J.E., Hipp, J.A., Gerhart, T.N., Rudman, C.G., Hayes, W.C., and Trippel, S.J.: Failure of growth hormone to alter fracture healing in biomechanics in a rabbit. J. Bone Joint Surg. [Am], 74: 359-367, 1992.

81. Wittenberg, R.H., Shea, M., Edwards, W.T., Swartz, D.E., White, A.A., and Hayes, W.C.: A biomechanical study of the fatigue characteristics of thoracolumbar fixation implants in a calf spine model. Spine 17: S121-S128, 1992.

82. Hipp, J.A., Rosenberg, A.E., and Hayes, W.C.: Mechanical properties of trabecular bone within and adjacent to osseous metastases. J. Bone Miner. Res., 7: 1165-1171, 1992.

83. Shea, M., Wittenberg, R.H., Edwards, W.T., White, A.A., and Hayes, W.C.: In vitro hyperextension injuries in the human cadaveric cervical spine. J. Orthop. Res., 10: 911-916, 1992.

- 11 -

6/14/2004

84.  Toolan, B.C., Shea, M., Myers, E.R., Borchers, R.E., Seedor, J.G., Quartuccio, H., Rodan, G., and Hayes, W.C.: Effects of the 4-amino-1-hydroxybutylidene bisphosphonate on bone biomechanics in rats. J. Bone Miner. Res., 7: 1399-1406, 1992.

85.  Kleeman, B.C., Takeuchi T.Y., Gerhart, T.N., and Hayes, W.C.: Holding power and reinforcement of cancellous screws in human bone. Clin. Orthop., 284: 260-266, 1992.

86.  Mizrahi, J., Silva, M.J., and Hayes, W.C.: Finite element stress analysis of simulated metastatic lesions in the lumbar vertebral body. J. Biomed. Eng., 14: 467-475, 1992.

87.  Maitland, L.A., Hipp, J.A., Myers, E.R., Hayes, W.C., and Greenspan, S.L.: Read my hips: Measuring trochanteric soft tissue thickness. Calcif. Tissue Int., 52: 85-89, 1993.

88.  Hayes, W.C., Myers, E.R., Morris, J.N., Gerhart, T.N., Yett, H.S., and Lipsitz, L.A.: Impact near the hip dominates fracture risk in elderly nursing home residents who fall. Calcif. Tissue Int., 52: 192-198, 1993.

89.  Myers, E.R., Hecker, A.T., Rooks, D.S., Hipp, J.A., and Hayes, W.C.: Geometric variables from DXA of the radius predict forearm fracture load in vitro. Calcif. Tissue Int., 52: 199-204, 1993.

90.  Michel, M.C., Guo, X.E., Gibson, L.J., McMahon, T.A., and Hayes, W.C.: Compressive fatigue behavior of bovine trabecular bone. J. Biomech., 26: 453-463, 1993.

91.  Keaveny, T.M., Borchers, R.E., Gibson, L.J., and Hayes, W.C.: Technical Note: Theoretical analysis of the experimental artifact in trabecular bone compressive modulus. J. Biomech., 26: 599-607, 1993.

92.  McGowan, D.P., Hipp, J.A., Takeuchi, T., White, A.A., and Hayes, W.C.: Strength reductions from trabecular destruction within thoracic vertebrae. J. Spinal Disorders, 6: 130-136, 1993.

93.  Cheal, E.J., Hipp, J.A., and Hayes, W.C.: Evaluation of finite element analysis for prediction of the strength reduction due to metastatic lesions in the femoral neck. J. Biomech., 26: 251-264, 1993.

94.  Gerhart, T.N., Roux, R.D., Hanff, P.A., Horowitz, G.L., Renshaw, A.A., and Hayes, W.C.: Antibiotic-loaded biodegradable bone cement for prophylaxis and treatment of experimental osteomyelitis in a rat model. J. Orthop. Res., 11: 250-255, 1993.

95.  Laurencin, C., Gerhart, T.N., Witschger, P.M., Satcher, R.R., Domb, A.A., Rosenberg, A., Hanff, P.P., Edsberg, L.E., Hayes, W.C., and Langer, R.R.: Bioerodible poly(anhydrides) for antibiotic drug delivery: In-vivo osteomyelitis treatment in a rat model system. J. Orthop. Res., 11: 256-262, 1993.

96.  Crowell, R.R., Shea, M., Edwards, W.T., Clothiaux, P.L., White, A.A., and Hayes, W.C.: Cervical injuries under flexion and compression loading. J. Spinal Disorders, 6: 175-181, 1993.

97.  Holmes, C.A., Edwards, W.T., Gerhart, T.N., Lewallen, D.G., Crowell, R.R., and Hayes, W.C.: Biomechanics of pin and screw fixation of femoral neck fractures. J. Orthop. Trauma, 7: 242-247, 1993.

98.  Lauritzen, D.B., Balena, R., Shea, M., Seedor, J.G., Markatos, A., Le, H.M., Toolan, B.C., Myers, E.R., Rodan, G., and Hayes, W.C.: Effects of combined prostaglandin and alendronate treatment on the histomorphometry and biomechanical properties of bone in ovariectomized rats. J. Bone Miner. Res., 8: 871-879, 1993.

99.  Keaveny, T.M., Borchers, R.E., Gibson, L.J., and Hayes, W.C.: Trabecular bone modulus and strength can depend on specimen geometry. J. Biomech., 26: 991-1000, 1993.

100.  Guy, J.A., Shea, M., Peter, C.P., Morrissey, R., and Hayes, W.C.: Continuous alendronate treatment throughout growth, maturation and aging in the rat results in both increased mechanical properties and bone mass. Calcif. Tissue Int., 53: 283-288, 1993.

101.  Snyder, B.D., Piazza, S., Edwards, W.T., and Hayes, W.C.:Role of trabecular morphology in the etiology of age-related vertebral fractures. Calcif. Tissue Int., 53: S14-S22, 1993.

102.  Wittenberg, R.H., Lee, K.S., Shea, M., White, A.A., and Hayes, W.C.: Effect of screw diameter, insertion technique and bone cement augmentation on pedicular screw fixation strength. Clin. Orthop., 296: 278-287, 1993.

6/14/2004

103. Silva, M.J., Hipp, J.A., McGowan, D.P., Takeuchi, T., and Hayes, W.C.: Strength reductions of thoracic vertebrae in the presence of transcortical osseous defects: Effects of defect location, pedicle disruption and defect size. Euro. Spine Journal, 2: 118-125, 1993.

104. Mizrahi, J., Silva, M.J., Keaveny, T.M., Edwards, W.T., and Hayes, W.C.: Finite element stress analysis of the normal and osteoporotic lumbar vertebral body. Spine, 18: 2088-2096, 1993.

105. Hecker, A.T., Shea, M., Hayhurst, J.O., Myers, E.R., Meeks, L.W., and Hayes, W.C.: Pull-out strength of suture anchors for rotator cuff and bankart lesion repair. Am. J. Sports Med., 21: 874-879, 1993.

106. Brown, C., Hecker, A.T., Hipp, J.A., Myers, E.R., and Hayes, W.C.: The biomechanics of interference screw fixation of patellar tendon ACL grafts. Am. J. Sports Med., 21: 880-886, 1993.

107. Keaveny, T.M. and Hayes, W.C.: A 20-year perspective on the mechanical properties of trabecular bone. J. Biomech. Eng., 115: 534-542, 1993.

108. Balena, R., Toolan, B.C., Shea, M., Markatos, A., Myers, E.R., Lee, S.C., Opas, E.E., Seedor, J.G., Klein, H., Frankenfield, D., Quartuccio, H., Fioravanti, C., Clair, J., Brown, E., Hayes, W.C., and Rodan, G: The effects of two-year treatment with the aminobisphosphonate Alendronate on bone metabolism, bone histomorphometry and bone strength in ovariectomized non-human primates. J. Clinical Invest., 92: 2577-2586, 1993.

109. Guo, X.-D.E., McMahon, T.A., Keaveny, T.M., Hayes, W.C., and Gibson, L.J.: Finite element modeling of damage accumulation in trabecular bone under cyclic loading. J. Biomech., 27: 145-155, 1994.

110. Greenspan, S.L., Myers, E.R., Maitland, L.A., Resnick, N.M., and Hayes, W.C.: Fall severity and bone mineral density as risk factors for hip fracture in ambulatory elderly. JAMA, 271: 128-133, 1994.

111. Bowman, S.M., Keaveny, T.M., Gibson, L.J., Hayes, W.C., and McMahon, T.A.: Compressive creep behavior of bovine trabecular bone. J. Biomech., 27: 301-310, 1994.

112. Hayes, W.C.: Reply to Letter to the Editor: Impact near the hip dominates fracture risk in elderly nursing home residents who fall. Calcif. Tissue Int., 54: 175-177, 1994.

113. Steiner, M.E., Hecker, A.T., Brown, C., and Hayes, W.C.: ACL graft fixation: Comparison of hamstring tendons and patellar tendon. Am. J. Sports Med., 22: 240-247, 1994.

114. Zysset, P.K., Sonny, M.M., and Hayes, W.C.: Morphology-mechanical property relations in trabecular bone of the osteoarthritic proximal tibia. J. Arthroplasty, 9: 203-216, 1994.

115. Blevins, F.T., Hecker, A.T., Bigler, G., Boland, A., and Hayes, W.C.: The effects of donor age and strain rate on the biomechanical properties of bone-patellar tendon-bone allografts. Am. J. Sports Med., 22: 328-333, 1994.

116. Silva, M.J., Wang, C., Keaveny, T.M., and Hayes, W.C.: Direct and computed tomography thickness measurements of the human lumbar vertebral shell and endplate. Bone, 15: 409-414, 1994.

117. Courtney, A.C., Wachtel, E.F., Myers, E.R., and Hayes, W.C.: Effects of loading rate on strength of the proximal femur. Calcif. Tissue Int., 55: 53-58, 1994.

118. Keaveny, T.M., Guo, X.E., Wachtel, E.F., McMahon, T.A., and Hayes, W.C.: Trabecular bone exhibits fully linear elastic behavior and yields at low strains. J. Biomech., 27: 1127-1136, 1994.

119. Keaveny, T.M., Wachtel, E.F., Ford, C.M., and Hayes, W.C.: Differences between tensile and compressive strengths of bovine tibial trabecular bone depend on modulus. J. Biomech., 27: 1137-1146, 1994.

120. Corcoran, T.A., Sandler, R.B., Myers, E.R., Lebowitz, H.H., and Hayes, W.C.: Calculation of the cross-sectional geometry of bone from CT images: Application to the study of the radius in postmenopausal women. J. Comput. Assist. Tomogr., 18: 626-633, 1994.

121. Shea, M.S., Takeuchi, T., Wittenberg, R.H., White, A.A., and Hayes, W.C.: A comparison of the effects of automated percutaneous discectomy and conventional discectomy on intradiscal pressure, disc geometry, and stiffness. J. Spinal Disorders, 7: 317-325, 1994.

122. Keaveny, T.M., Wachtel, E.F., Guo, X.E., and Hayes, W.C.: Mechanical behavior of damaged trabecular bone. J. Biomech., 27: 1309-1318, 1994.

- 13 -

6/14/2004

123. Lee, S.C., Shea, M., Battle, M.A., Kozitza, K., Ron, E., Turek, T., Schaub, R.G. and Hayes, W.C.: Healing of large segmental defects in rat femurs is aided by RhBMP2 in PLGA matrix. J. Biomed. Mat. Res., 28: 1149-1156, 1994.

124. Greenspan, S.L., Myers, E.R., Maitland, L.A., Kido, T.H., Krasnow, M.B., and Hayes, W.C.: Trochanteric bone mineral density is associated with type of hip fracture in the elderly. J. Bone Miner. Res., 9: 1889-1894, 1994.

125. Elovic, R.P., Hipp, J.A., and Hayes, W.C.: Maxillary molar extraction decreases stiffness of the mandible in ovariectomized rats. J. Dental Research, 73: 1735-1741, 1994.

126. Elovic, R.P., Hipp, J.A., and Hayes, W.C.: A method for measuring the structural properties of the rat mandible. Archives of Oral Biology, 39: 1029-1033, 1994.

127. Courtney, A.C., Wachtel, E.F., Myers, E.R., and Hayes, W.C.: Age-related reductions in the strength of the femur tested in a fall loading configuration. J. Bone Joint Surg., [Am], 77: 387-395, 1995.

128. Bouxsein, M.L., Courtney, A.C., and Hayes, W.C.: Ultrasonic and densitometric properties of the calcaneus correlate with the strength of cadaveric femurs loaded in a fall configuration. Calcif. Tissue Int., 56: 99-103, 1995.

129. Elovic, R.P., Hipp, J.A., and Hayes, W.C.: Ovariectomy decreases the bone area fraction of the rat mandible. Calcif. Tissue Int., 56: 305-310, 1995.

130. Skoff, H.D., Hecker, A.T., Hayes, W.C., Sebell-Sklar, R., and Straughn, N.: Bone suture anchors in hand surgery. Br. J. Hand Surg., 20: 245-248, 1995.

131. Borchers, R.E., Gibson, L.J., Burchardt, H., and Hayes, W.C.: Effects of selected thermal variables on the mechanical properties of trabecular bone. Biomaterials, 16: 545-551, 1995.

132. Takeuchi, T., Lathi, V.K., Khan, A.M., and Hayes, W.C.: Patellofemoral contact pressures exceed the compressive yield strength of UHMWPE in total knee replacements. J. Arthroplasty, 10: 363-368, 1995.

133. Wittenberg, R.H., Shea, M., and Hayes, W.C.: Flexibility and distraction after monosegmental and bisegmental lumbosacral fixation with angular stable fixators. Spine, 20: 1227-1232, 1995.

134. Lafage, M.H., Balena, R., Battle, M.A., Shea, M., Seedor, J.G., Klein, H., Hayes, W.C., and Rodan, G.A.: Comparison of alendronate and sodium fluoride effects on cancellous and cortical bone in minipigs: A one-year study. J. Clin. Invest., 95: 2127-2133, 1995.

135. Yaszemski, M.J., Payne, R.G., Hayes, W.C., Langer, R.S., Aufdemorte, T.B., and Mikos, A.G.: The ingrowth of new bone tissue into and initial mechanical properties of a degrading polymeric composite scaffold. Tissue Eng., 1: 41-52, 1995.

136. Elovic, R.P., Hipp, J.A., and Hayes, W.C.: Maxillary molar extraction causes increased bone loss in the mandible of ovariectomized rats. J. Bone Miner. Res., 10: 1087-1093, 1995.

137. Lotz, J.C., Cheal, E.J., and Hayes, W.C.: Stress distributions within the proximal femur during gait and falls: Implications for osteoporotic fracture. Osteoporosis Int., 5: 252-261, 1995.

138. Kroonenberg, A.v.d., Hayes, W.C., and McMahon, T.A.: Dynamic models for sideways falls from standing height. J. Biomech. Eng., 117: 309-318, 1995.

139. Shea, M., Edwards, W.T., White, A.A., and Hayes, W.C.: Optimization technique for the calculation of in-vitro three-dimensional vertebral motion. J. Biomech. Eng., 117: 366-369, 1995.

140. Silva, M.J., Gibson, L.J., and Hayes, W.C.: The effects of non-periodic microstructural variability on the elastic properties of two-dimensional cellular solids. Int. J. of Mech. Sciences, 37: 1161-1177, 1995.

141. Robinovitch, S.N., Hayes, W.C., and McMahon, T.A.: Energy-shunting hip padding system attenuates improved femoral impact force in a simulated fall. J. Biomech. Eng., 117: 409-413, 1995.

142. Robinovitch, S.N., McMahon, T.A., and Hayes, W.C.: Force attenuation in trochanteric soft tissues during impact from a fall. J. Orthop. Res., 13: 956-962, 1995.

- 14 -

6/14/2004

143. Ford, C.M., Keaveny, T.M., and Hayes W.C.: The effect of impact direction on the structural capacity of the proximal femur during falls. J. Bone Miner. Res., 11: 377-383, 1996.

144. Peter C.P., Guy, J., Shea, M., Bagdon, W., Kline, W.F., and Hayes, W.C.: Long-term safety of the aminobisphosphonate alendronate in adult dogs: I. General safety and biomechanical properties of bone. J. Pharm. and Exper. Therapeutics, 276: 271-276, 1996.

145. Kroonenberg, A.v.d., Hayes, W.C., and McMahon, T.A.: Hip impact velocities and body configurations for voluntary falls from standing height. J. Biomech., 29: 807-811, 1996.

146. Pinilla, T.P., Boardman, K.C., Bouxsein, M.L., Myers, E.R., and Hayes, W.C.: Impact direction from a fall influences the failure load of the proximal femur as much as age-related bone loss. Calcif. Tissue Int., 58: 231-235, 1996.

147. Courtney, A.C., Hayes, W.C., and Gibson, L.J.: Age-related differences in post-yield damage in human cortical bone: Experiment and model. J Biomech., 29: 1463-1471, 1996.

148. Bowman, S.M., Zeind, J., Gibson, L.J., Hayes, W.C., and McMahon, T.A.: The tensile behavior of demineralized bovine cortical bone. J. Biomech., 29: 1497-1501, 1996.

149. Yaszemski, M.J., Payne, R.G., Hayes, W.C., Langer, R.S., and Mikos, A.G.: The evolution of bone transplantation: Molecular, cellular and tissue strategies to engineer human bone. Biomaterials, 17: 175-185, 1996.

150. Yaszemski MJ, Payne RG, Hayes WC, Langer R, Mikos AG: In-vitro degradation of a poly(propylene fumarate)-based composite material. Biomaterials, 17: 2127-2130, 1996.

151. Hayes, W.C., Myers, E.R., Robinovitch, S.N., Kroonenberg, A.v.d., Courtney, A.C., and McMahon, T.A.: Etiology and prevention of age-related hip fractures. Bone, 18:77S-86S, 1996.

152. Silva, M.J., Keaveny, T.M., and Hayes, W.C.: Load sharing between the shell and centrum in the lumbar vertebral body. Spine, 22: 140-150, 1997.

153. Frazier, D.D., Lathi, V.K., Gerhart, T.N., and Hayes, W.C.: Ex-vivo degradation of a poly(propylene glycol-fumarate), biodegradable particulate composite bone cement. J. Biomed. Mat. Res. 35: 383-389, 1997.

154. Rooks, D.S., Ransil, B., and Hayes, W.C.: Self-paced exercise improves neuromotor performance in community dwelling older adults. J. of Aging & Phys. Activity 5: 135-149, 1997.

155. Williams CS, Abrahamsson S, Shea M, Seiler JG, Hayes WC, Gelberman RH: The biomechanical effects of operative nerve mobilization and transposition in a canine ulnar nerve model. J. Hand Surg., 22: 193-199, 1997.

156. Robinovitch, S.N., Hayes, W.C., and McMahon, T.A.: Distribution of contact force during impact to the hip. Ann. Biomed. Eng., 25: 499-508, 1997.

157. Robinovitch, S.N., Hayes, W.C., and McMahon, T.A.: Predicting the impact response of a nonlinear single degree of freedom shock absorbing system from the measured step response. J. Biomech. Eng., 119: 221-227, 1997.

158. Windhagen, H.J., Hipp, J.A., Silva, M.J., Lipson, S.J., and Hayes, W.C.: Predicting failure of thoracic vertebrae with simulated and actual metastatic defects. Clin. Orthop., 344: 313-319, 1997.

159. Rooks, D.S., Kiel, D.P., Parsons, C., and Hayes, W.C.: Self-paced resistance training and walking exercise in community dwelling older adults: Effects on neuromotor performance. J. Gerontol., 52: M161-M168, 1997.

160. Peter, S.J., Yaszemski, M.J., Suggs, L.J., Payne, R.G., Langer, R., Hayes, W.C., Unroe, M.R., Alemany, L.B., Engel, P.S., and Mikos, A.G.: Characterization of partially saturated poly(propylene fumarate) for orthopaedic applications. J. Biomater., 8: 893-904, 1997.

161. Riegger-Krugh, C.L., Gerhart, T.N., Powers, W.R., and Hayes, W.C.: Tibiofemoral contact pressures in degenerative joint disease. Clin. Orthop., 348: 233-245, 1998.

162. Oden, Z.M., Selvitelli, D.M., Hayes, W.C., Myers, E.R.: The effect of trabecular structure on DXA-based predictions of bovine bone failure. Calcif Tissue Int., 63: 67-73, 1998.

- 15 -

6/14/2004

163. Bowman, S.M., Guo, X.E., Cheng, D.W., Keaveny, T.M., Gibson, L.J., Hayes, W.C., and McMahon, T.A.: Creep contributes to the fatigue behavior of bovine trabecular bone. J. Biomech. Eng., 120: 647-654, 1998.

164. Bruder, S.P., Kurth, A.A., Shea, M., Hayes, W.C., Jaiswal, N., and Kadiyala, S.: Bone regeneration by implantation of purified, culture-expanded human mesenchymal stem cells. J. Orthop. Res., 16: 155-162, 1998.

165. Silva, M.J., Keaveny, T.M., and Hayes, W.C.: Computed tomography-based finite element analysis predicts failure loads and fracture patterns for vertebral sections. J. Orthop. Res., 16: 300-308, 1998

166. Muller, R., Gerber, S.C., and Hayes, W.C.: Micro-compression: A novel technique for the non-destructive assessment of local bone failure. Tech. & Health Care, 6: 433-444, 1998

167. Lee T.C., Myers E.R., Hayes W.C.: Fluorescence-aided detection of microdamage in compact bone. J. Anatomy, 193: 179-184, 1998.

168. Greenspan, S.L., Myers, E.R., Kiel, D.P., Parker, R.A., Hayes, W.C., Resnick, N.M.: Fall direction, bone mineral density, and function: Risk factors for hip fracture in nursing home elderly. Am. J. Med.,104: 539-545. 1998.

169. Colgan, S.A., Hecker, A.T., Kirker-Head, C.A., Hayes, W.C.: A comparison of the Synthes 4.5-mm cannulated screw and the Synthes 4.5-r standard cortex screw systems in equine bone. Vet Surg., 27: 540-546, 1998.

170. Bozic, K.J., Glazer, P.A., Zurakowski, D., Simon, B.L., Lipson, S.J., and Hayes, W.C.: In vivo evaluation of coralline hydroxyapatite and direct current electrical stimulation in lumbar spinal fusion. Spine, 24: 2127-2133, 1999.

171. Kraus, K.H., Kadiyala, S., Wotton, H., Kurth, A., Shea, M., Hannan, M., Hayes, W.C., Kirker-Head, C.A., and Bruder, S.: Critically Sized Osteo-Periosteal Femoral Defects: A Dog Model. J. Invest Surgery, 12: 115-124, 1999.

172. Wright, T.M., Buckwalter, J.A., Hayes, W.C.: Writing for the Journal of Orthopaedic Research. J Orthop Res., 17: 459-466, 1999.

173. Bowman, S.M., Gibson, L.J., Hayes, W.C., McMahon, T.A. Results from demineralized bone creep tests suggest that collagen is responsible creep behavior of bone. J. Biomech Eng., 121: 253-258, 1999.

174. Michaeli, D.A., Inoue, K., Hayes, W.C., Hipp, J.A. Density predicts the activity-dependent failure load of proximal femora with defects. Skeletal Radiol., 28: 90-95, 1999.

175. Hamner, D.L., Brown, C.H., Steiner, M.E., Hecker, A.T., and Hayes, W.C.: Hamstring tendon grafts for reconstruction of the anterior cruciate ligament: biomechanical evaluation of the use of multiple strands and tensioning techniques. J. Bone Joint Surg., 81-A: 549-557, 1999.

176. Hayes, W.C., Shea, M.S., and Rodan, G.A.: Preclinical evidence of normal bone with alendronate. Int'l. J. of Clin Practice, Supple 101: 9:13, 1999.

177. Lee, T.C., Arthur, T.L., Gibson, L.J., and Hayes, W.C.: Sequential labeling of microdamage in bone using chelating agents. J. Ortho. Res., 18(2): 322-325, 2000.

178. Wilson, D.R., Myers, E.R., Mathis, J.M., Scribner, R.M., Conta, J.A., Reiley, M.A., Talmadge, K.D., Hayes, W.C.: Effect of augmentation on the mechanics of vertebral wedge fractures. Spine, 25:158-165, 2000.

179. Gunter K.B., White K.N., Hayes W.C., Snow C.M.: Functional mobility discriminates non-fallers from one-time and frequent fallers. J. Gerontology A: Biological Sciences, Medical Sciences, 55: M672-676, 2000.

180. Windhagen, H., Hipp, J.A., and Hayes, W.C.: Post-fracture instability of vertebrae with simulated defects can be predicted from computed tomography data. Spine, 24 (14): 1775-1787, 2000.

181. Smeesters, C., Hayes, W.C., McMahon, T.A.: Disturbance type and gait speed affect fall direction and impact location. J Biomech., 34 (3): 309-17, 2000.

182. Cindik, E.D., Maurer, M., Hannan, M.K., Muller, R., Hayes, W.C., Hovy, L., and Kurth, A.A.: Phenotypical characterization of c-kit receptor deficient mouse femora using non-destructive, high-resolution imaging techniques and biomechanical testing. Technol Health Care, 8(5): 267-275, 2000.

- 16 -

6/14/2004

183. Kurth, A.H.A., Wang, C., Hayes, W.C., Shea, M.: The evaluation of a rat model for the analysis of densitometric and biomechanical properties of tumor-induced osteolysis. J. Orthop. Res.,19 (2): 200-205, 2001.

184. Smeesters, C., Hayes, W.C., McMahon, T.A.: The threshold trip duration for which recovery is no longer possible is associated with strength and reaction time. J Biomech., 34 (5): 589-595.

185. White, K.N., Gunter, K.B., Hayes, W.C., Snow, C.M.: The quick step: A new test for measuring reaction time and lateral stepping velocity. J. Appl Biomech., 2001.

186. Lewandrowksi, K.U., Bondre, S.P., Shea< M., Untch, C.M., Hayes, W.C., Hile, D.D., Wise, D.L., and Trantolo, D.J.: Composite poly (lactide)/hydroxylapatite screws for fixation of osteochondral osteotomies: A morphometric, histologic and radiographic study in sheep. J Biomater Sci: Polym Ed 13 (11): 1241-1258, 2002.

187. Lewandrowski K. U., Bondre S.P., Shea M., Untch C.M., Hayes W.C., Hile D.D., Wise, D.L., Trantolo, D.J.: Composite resorbable polymer/hydroxylapatite composite screws for fixation of osteochondral osteotomies. Biomed Mater Eng. 12(4); 423-438, 2002.

188. Gunter, K.B., De Costa, J.L., White, K.N., Hooker, K., Hayes, W.C., Snow, C.M.: Balance self- efficacy predicts risk factors for side falls -and frequent falls in community dwelling elderly. Journal of Aging and Physical Activity, 11; 28-39, 2003.

189. Ferrari, D.A, Wilson D.R., and Hayes, W.C. The effect of release of the popliteus and quadriceps force on rotation of the knee. Clinical Orthopaedics and Related Research, 412: 225-233, 2003.


**In Press**

Gunter K.B., Hayes, W.C., Snow, C.M.: Changes in the side fall risk variables in elderly fallers. Results from a 2-year prospective study. J. American Geriatric Society, 2002.

Ferrari, D.A., Conta, J.A., Hayes, W.C. and . Wilson, D.R.: The effect of partial and complete release of the popliteus insertion on the internal and external laxity of the knee. Clinical Orthopaedics and Related Research.

Kang KH, White KN, Hayes WC, Snow CM.: Agility and balance differ between older community and retirement facility residents. J Appl Gerontology, 2004.

Wilson, D., Moses, J., Zilberfarb, J., Hayes, W.C. Mechanics of coracoacromial ligament transfer augmentation for acromioclavicular joint injuries. Journal of Biomechanics, 2004.

**Submitted for Publication**

Smeesters, C., Hayes, W.C., McMahon T.A.: Determining fall direction and impact location for various disturbances and gait speeds using the articulated total body model. Journal of Biomechanical Engineering, 2001

Smeesters, C., Hayes W.C., McMahon, T.A.: Determining the threshold trip duration using the articulated total body model. Journal of Biomechanical Engineering, 2001

La Riviere, J., Snow, C.M., Hayes, W.C.: Reinforcement of the femoral neck using a traumatic side impact loading. Calcified Tissue International, 2002.

Gunter, K.B., White, K.N., Snow, C.M., Hayes, W.C.: Validating a falls prediction model. An argument in favor of targeting frequent fallers. Journal of the American Geriatrics Society, 2004.


**B. Chapters and Technical Reports**

1. Hayes, W.C.: Strain gage applications in bone. In: Biomedical applications, carbon stress gages, pulsed excitation, and wireless data coupling. Proc. Western Regional Strain Gage Committee (ed., Paul H. Adams). Soc. for Experimental Stress Analysis, Westport, CT, pp. 22-28, 1973.

6/14/2004

2.  Kane, T.R., Hayes, W.C., Priest, J.D.: Experimental determination of forces exerted in tennis play. In: Biomechanics IV (eds., R.C. Nelson and C.A. Morehouse). University Park Press, Baltimore, 284-290, 1974.

3.  Nagel, D.A., Perkash, I., Piziali, R.L., and Hayes, W.C.: Mechanics of dorsal-lumbar spine injuries: A preliminary report. Proc. 19th Conf. Assoc. Auto Med., 1975.

4.  Hayes, W.C.: Biomechanical measurements of bone. In: CRC Handbook of Engineering in Medicine and Biology, Section B: Instruments and Measurements (eds., A. Burstein and E. Bahniuk). CRC Press, Cleveland, Vol. 1, pp 333-372, 1978.

5.  Hayes, W.C.: Abnormal joint biomechanics in osteoarthritis. In: The Human Joint in Health and Disease (ed., W.H. Simon). University of Pennsylvania Press, pp. 136-141, 1978.

6.  Hayes, W.C.: Theoretical modeling and design of implant systems. Proc. Workshop on Mechanical Failure of Total Joint Replacement. Am. Acad. Orthop. Surg. Document 916-78: 159-179, 1978.

7.  Hayes, W.C.: Biomechanics of fracture treatment. In: Fracture Healing and Treatment, (ed., R.B. Heppenstall). W.B. Saunders, Philadelphia, pp. 124-172, 1979.

8.  Hayes, W.C. and Carter, D.R.: Biomechanics of bone. In: Skeletal Research: An Experimental Approach (eds., D.J. Simmons and A.S. Kunin). Academic Press, New York, pp. 263-300, 1979.

9.  Wright, T.M. and Hayes, W.C.: Mechanics of fracture and fracture propagation. In: Scientific Foundations of Orthopaedics, Chapter 31 (eds., O. Goodfellow and P. Bullough). William Heinemann Medical Books, Ltd., London, pp. 252-258, 1980.

10. Hayes, W.C.: Basic biomechanics of compression plate fixation. In: Current Concepts of Internal Fixation of Fractures (ed., H.K. Uhthoff). Springer-Verlag, New York, pp. 49-62, 1980.

11. Hayes, W.C., Snyder, B., Ruff, C.B., Ramaswamy, S., and White, A.A.: Some mechanics of bone architecture. In: Osteoporosis: Recent advances in pathogenesis and treatment (eds., H.F. DeLuca, H.M. Frost, S.S. Jee, C.C. Johnson, Jr., and A.M. Parfitt), pp. 161-173, 1980.

12. Carter, D.R. and Hayes, W.C.: Material/Mechanical properties of bone. Basic Science Resources III. Syllabus for A.A.O.S. Continuing Education Course, pp. 31-50, 1981.

13. Hayes, W.C. and Swenson, L.W.: Finite element stress analysis of the human knee. In: Orthopaedic Mechanics: Procedures and Devices (ed., D.N. Ghista). Academic Press, London, pp. 29-78, 1981.

14. Hayes, W.C. and Snyder, B.: Toward a quantitative formulation of Wolff's Law in trabecular bone. Proc. ASME Symposium on the Mechanical Properties of Bone, Boulder, Colorado, 43-68, 1981.

15. White, A.A., Edwards, W.T., Liberman, D., Hayes, W.C. and Lewinnek, G.E.: Biomechanics of lumbar spine and sacroiliac articulation: Relevance to idiopathic low back pain. In: Symposium on Idiopathic Low Back Pain, (eds., A.A. White and S.L. Gordon). C.V. Mosby, pp. 296-322, 1982.

16. Hayes, W.C., Snyder, B., Levine, B.M. and Ramaswamy, S.: Stress-morphology relationships in trabecular bone of the patella. In: Finite Elements in Biomechanics, (ed. B.R. Simon), pp. 223-268, 1982.

17. White, A.A., Panjabi, M.M., Posner, I., Edwards, W.T., and Hayes, W.C.: Spinal stability: Evaluation and treatment. In: Instructional Course Lectures (ed., D.G. Murray). C.V. Mosby, St. Louis, pp. 457-483, 1982.

18. Huberti, H.H. and Hayes, W.C.: Determination of patello-femoral contact pressures. In: AAOS Symposium on Sports Medicine: The Knee (ed., G. Finerman), C.V. Mosby, St. Louis, pp. 45-53, 1984.

19. Hayes, W.C.and Gerhart, T.N.: Biomechanics of bone: Applications for assessment of bone strength. In: Bone and Mineral Research, Annual III (ed., W.A. Peck). Elsevier Science Publishers, Amsterdam, pp. 259-294, 1985.

20. Hayes, W.C. and Jedrey, D.P.: Research management in biomechanics. In: Proceedings of the Fourth Meeting of the European Society of Biomechanics (eds., S.M. Perren and E. Schneider). Martinus Nijhoff Publishers, Dordrecht, The Netherlands pp. 3-14, 1985.

21. Hayes, W.C.: Bone Mechanics: From tissue mechanical properties to an assessment of structural behavior. In: Frontiers in Biomechanics (ed., S.L.Y. Woo). Springer-Verlag, New York, pp. 196-209, 1986.

6/14/2004

22.  Hayes, W.C., Esses, S.I. and Goldberg, R.P.: Fracture risk of the proximal femur by quantitative computed tomography. In: Twelfth Annual Applied Basic Sciences Course (eds., H.K. Uhthoff and Z.F.G. Jaworski). University of Ottawa, Canada, 1986.

23.  Hayes, W.C.: Basic biomechanics of the skeleton. In: Twelfth Annual Applied Basic Sciences Course (eds., H.K. Uhthoff and Z.F.G. Jaworski). University of Ottawa, Canada, pp. 3-18, 1986.

24.  Hayes, W.C. and Ruff, C.B.: Biomechanical compensatory mechanisms for age-related changes in cortical bone. In: Twelfth Annual Applied Basic Sciences Course (eds., H.K. Uhthoff and Z.F.G. Jaworski). University of Ottawa, Canada, pp. 371-377, 1986.

25.  Hayes, W.C., et al.: Symposium: Fracture healing. In: Contemporary Orthopaedics 12(4): 69-112, 1986.

26.  Cheal, E.J., and Hayes, W.C.: Finite element analysis of prosthetic ACL attachment. Pfizer Hospital Products Group. August 6, 1986.

27.  Hayes, W.C.: Bone mechanics - Material properties. In: Fracture Healing. Proceedings of the Bristol-Myers/Zimmer Fracture Symposium (ed., J.M. Lane). Churchill Livingstone, Inc., New York, pp. 97-104, 1987.

28.  Hayes, W.C., Nachemson, A.L., and White, A.A.: Forces in the lumbar spine. In: The Lumbar Spine (eds., M.B. Camins and P.F. O'Leary). Raven Press, New York pp 1-21, 1987.

29.  Rohlmann, A., Cheal, E.J., and Hayes, W.C.: Influence of porous coating thickness and elastic modulus on stress distribution in hip prostheses. In: Biomechanics: Basic and Applied Research (eds., G. Bergmann, R. Kolbel, and A. Rohlmann). Nijhoff Publishers, Dortrecht, Netherlands, pp 347-352, 1987.

30.  Chueh, H.C., Barnett, G.O., Hayes, W.C., and Beck, W.S.: Hemavid: A flexible computer-based interactive video resource for hematology. In: Symposium for Computer Applications in Medical Care. Washington, DC, November, 1988.

31.  Cheal, E.J., Lotz, J.C., Edwards, W.T., Knopf, K.B., and Hayes, W.C.: Finite element modeling of failure processes in the skeleton. In: Computational Mechanics, 1988 (eds., S.N. Atluri and G. Yagawa). Springer-Verlag, Vol. 2, pp 61-64, 1988.

32.  Rohlmann, A., Cheal, E.J., Hayes, W.C., and Bergmann, G.: A non-linear, finite element model for interface stresses in total hip replacements. In: Material Properties and Stress Analysis in Biomechanics (ed., A.L. Yettram). Brunel University, London, pp 203-213, 1989.

33.  Cheal, E.J., Gerhart, T.N., and Hayes, W.C.: Failure analysis of a porous coated patellar component. In: Computational Methods in Bioengineering - BED-Vol. 9 (eds., R.L. Spilker and B.R. Simon).   The American Society of Mechanical Engineers, New York, Book No. G00458, pp 211-221, 1989.

34.  Cheal, E.J., Gerhart, T.N., and Hayes, W.C.: Trabecular bone remodeling around smooth and porous carbon-carbon implants.   In: 1989 ASCE/ASME Mechanics Symposium (eds., P.A. Torzilli and M.H. Friedman). The American Society of Mechanical Engineers, New York, pp 293-296, 1989.

35.  Hayes, W.C., Huberti, H.H., Lewallen, D.G., Riegger, C.L., and Myers, E.R.: Patellofemoral centact pressures and the effects of surgical reconstructive procedures. In: Knee Arthroscopy (ed. J.W. Ewing) from the Bristol-Myers Symposium on Articular Cartilage and Knee Joint Function: Basic Science and Arthroscopy. Raven Press, New York, pp 57-77, 1990.

36.  Snyder, B.D., and Hayes, W.C.: Multiaxial structure-property relations in trabecular bone. In: Biomechanics of Diarthrodial Joints (eds., V.C. Mow, A. Ratcliffe, and S. L.-Y. Woo) Springer-Verlag, New York, Volume II, pp 31-59, 1990.

37.  Hayes, W.C., Myers, E.R., Greenspan, S.L., Robinovitch, S.N., and McMahon, T.A.: Biomechanics of hip fracture risk. Proc. CDC Symp. on Injury Prevention Through Biomechanics (ed. K. Yang). Wayne State University, Detroit MI, pp 35-47, 1991.

38.  Hayes, W.C., Piazza, S.J., and Zysset, P.K.: Biomechanics of fracture risk prediction using quantitative computed tomography.   In: Radiological Clinics of North America (ed D.I. Rosenthal). W.B. Saunders, Philadelphia, 29: 1-18, 1991.

- 19 -

6/14/2004

39. Hayes, W.C.: Biomechanics of cortical and trabecular bone: Implications for assessment of fracture risk. In: Basic Orthopaedic Biomechanics (eds., V.C. Mow, and W.C. Hayes) Raven Press, New York pp 930142, 1991.

40. Hipp, J.A., Cheal, E.J., and Hayes, W.C.: Biomechanics of fractures. In: Skeletal Trauma (eds., B.D. Browner, J.B. Jupiter, A.M. Levine, and P.G. Trafton) W.B. Saunders Company, Philadelphia, pp 95-125, 1991.

41. Myers, E.R., Greenspan, S.L., and Hayes, W.C.: Biomechanics of hip fracture risk. Proc. Second CDC Symp. on Injury Prevention Through Biomechanics (ed. K. Yang). Wayne State University, Detroit MI, pp 41-46, 1992.

42. Keaveny, T.M. and Hayes, W.C.: Mechanical properties of cortical and trabecular bone. In: Bone Volume VII: Bone Growth-B (ed., B.K .Hall), CRC Press, Boca Raton, pp. 285-344, 1992.

43. Hayes, W.C., Robinovitch, S.N., and McMahon, T.A.: Energy-shunting hip padding system reduces femoral impact force from a simulated fall to below fracture threshold. Proc. Third CDC Symposium on Injury Prevention Through Biomechanics (ed., K. Yang), Wayne State University, Detroit, MI, pp 147-152, 1993.

44. Kaplan, F.S., Hayes, W.C., Keaveny, T.M., Boskey, A., Einhorn, T.A., and Iannotti, J.P.: Form and Function of Bone. In: Orthopaedic Basic Science. (ed., S.R. Simon) Am. Academy of Orthop. Surg., Rosemont, IL, pp. 127-184, 1994.

45. Hayes, W.C.: Biomechanics of falls and hip fracture prevention in the elderly. Proc. AAOS Workshop on Prevention of Falls and Hip Fractures in the Elderly (eds., D.F. Apple and W.C. Hayes), AAOS, Chicago, IL, pp. 41-65, 1994.

46. Carpenter, J.E., Myers, E.R., Gerhart, T.N., Yett, H.S., Morris, J.N., and Hayes, W.C.: Functional outcome of hip fractures in the elderly. Proc. AAOS Workshop on Prevention of Falls and Hip Fractures in the Elderly (eds., D.F. Apple and W.C. Hayes), AAOS, Chicago, IL, pp. 85-91, 1994.

47. Robinovitch, S.N., Myers, E.R., Kiel, D.P., Greenspan, S.L., Hayes, W.C.: Hip fracture prevention from falls in the elderly. Proc. Fourth CDC Symposium on Injury Prevention Through Biomechanics (ed., K. Yang), Wayne State University, Detroit, MI, pp 77-81, 1994.

48. Hayes, W.C.: Age-related hip fractures: Biomechanics of fracture risk. In: Bone Formation and Repair (eds. C.T. Brighton, G. Friedlaender, J.M. Lane), Proc. AAOS Workshop on Bone Healing and Regeneration, pp. 485-498, 1994.

49. Myers, E.R. and Hayes, W.C.: Age-related hip fractures. Current Opinion in Orthop., 5:9-15, 1994.

50. Yaszemski, M.J., Mikos, A.G., Payne, R.G., and Hayes, W.C.: Biodegradable polymer composites for temporary replacement of trabecular bone: The effect of polymer molecular weight on composite strength and modulus. In: Proc. Materials Research Society Symposium on Biomaterials for Drug and Cell Delivery (eds. AG Mikos, R Murphy, H Bernstein, NA Peppas). Pittsburgh, Vol. 331, pp. 251-255, 1994.

51. Kaplan, F.S., Hayes, W.C., Keaveny, T.M., Boskey, A., Einhorn, T.A., and Iannotti, J.P.: Form and function of bone. In: Orthopaedic Basic Science, 2nd Ed. Am. Academy of Orthop. Surg., Rosemont, IL., pp. 127-184, 1994.

52. Hayes, W.C. and Myers, E.R.: Biomechanics of fractures. In: Osteoporosis: Etiology, Diagnosis and Management (2nd Edition), (eds. B.L. Riggs, L.J. Melton III), Lippincott-Raven Publishers, Philadelphia, pp. 93-114, 1995.

53. Hipp, J.A., Springfield, D., and Hayes, W.C.: Predicting pathologic fracture risk in the management of metastatic bone defects. In: Proc. Symp. on Skeletal Cancer Metastasis: Recent expansion of orthopedic expertise (eds. Drs. Ono and Glasko), Clin. Orthop., 312:120-135, 1995.

54. Frazier, D.D., Lathi, V.K., Gerhart, T.N., Altobelli, D.E., and Hayes, W.C.: In vivo degradation of a poly(propylene fumarate) biodegradable particulate composite bone cement. In: Proc. Material Research Society Symp. on Polymers in Medicine and Pharmacy (eds. AG Mikos, KW Leong, MJ Yaszemski, JA Tamada, ML Radomsky). Material Research Society, Pittsburgh, Vol. 394:15-19, 1995.

55. Yaszemski MJ, Payne RG, Aufdemorte TB, Hayes WC, Langer R, Mikos AG: The in-vitro mechanical strength and in vivo bone ingrowth of a degrading polymeric composite biomaterial. In: Proc. Material Research Society Symp. on Polymers in Medicine and Pharmacy (eds. AG Mikos, KW Leong, MJ Yaszemski, JA Tamada, ML Radomsky). Material Research Society, Pittsburgh, Vol. 394:21-24, 1995.

6/14/2004

56.  Bouxsein, M.L., Myers, E.R., and Hayes, W.C.: Biomechanics of age-related fractures: In: Osteoporosis (eds., R. Marcus, D. Feldman, J. Kelsey), Academic Press, San Diego, pp 373-393, 1996.

57.  Goldberg VM, Buckwalter JA, Hayes WC, Koval KJ: Orthopaedic challenges in an aging population. Proc AAOS Instructional Lectures (ed. D. Springfield). AAOS, Rosemont, Vol. 46:417-422, 1997.

58.  Hayes, W.C. and Myers, E.R.: Biomechanical considerations of hip and spine fracture in osteoporotic bone. Proc AAOS Instructional Lectures (ed. D. Springfield). AAOS, Rosemont, Vol. 46:431-438, 1997.

59.  Hayes, W.C., Snow, C.M., McMahon, T.A.: Toward a definition of impact loading in exercise studies of bone. ASME Bioeng. Mtng. Sun River, OR, June 1997.

60.  Hayes, W.C. and Bouxsein, M.L.: Biomechanics of cortical and trabecular bone: Implications for assessment of fracture risk. In: Basic Orthopaedic Biomechanics, 2nd Ed (eds., V.C. Mow and W.C. Hayes). Lippincott-Raven Publishers, Philadelphia, pp. 69-111, 1997.

61.  Hipp, J.A. and Hayes, W.C.: Biomechanics of fractures. In: Skeletal Trauma, 2nd Ed (eds., B.B. Browner, J.B. Jupiter, A.M. Levine, P.G. Trafton). W.B. Saunders Co, Philadelphia, pp. 97-129, 1997.

62.  Mueller, R.A. and Hayes, W.C.: Biomechanical competence of microstructural bone in the progress of adaptive bone remodeling. Proc. Int'l Soc. for Optical Engineering (SPIE) Annual Meeting. In: Developments in xray tomography (ed., U Bonse), SPIE, Bellingham, WA, pp. 3149:69-81, 1997.

## C. Books

1.  Mow, V.C., and Hayes, W.C.: Basic Orthopaedic Biomechanics. Raven Press, New York, 1991.

2.  Apple, D.F., and Hayes, W.C.: Prevention of Falls and Hip Fractures in the Elderly. American Academy of Orthopaedic Surgeons, Chicago, 1994.

3.  Mow, V.C., and Hayes, W.C.: Basic Orthopaedic Biomechanics, Second Edition. Lippincott-Raven Publishers, New York, 1997.

## D. Patents

1.  Hayes, W.C.: Sound to light visual vocalization system. U.S. Patent 3,572,919, 1971.

2.  Hagg, G., Klasson, B., Ljungquist, D.L., and Hayes, W.C.: System fur mini-atryriserad elektronic handelseraknare. Swedish Patent 7410765-7, 1974.

3.  Gerhart, T.N., and Hayes, W.C.: Bioerodible implant composition. U.S. Patent 4,843,112, 1989.

4.  Gerhart, T.N. and Hayes, W.C.: Bioerodable implant composition comprising crosslinked biodegradable polyesters. U.S. Patent 5,085,861, 1992.

5.  Hayes, W.C.: Intramedullary nailing method and apparatus. U.S. Patent 5,100,404, 1992.

6.  Gerhart, T.N., Laurencin, C.T., Domb, A.J., Langer, R.S., and Hayes, W.C.: Bioerodible polymers for drug delivery in bone. U.S. Patent 5,286,763, 1994.

7.  Hayes, W.C., Robinovitch, S.N., and McMahon, T.A.: Bone fracture prevention method. U.S. Patent 5,545,128, 1996.

8.  Hayes, W.C., Robinovitch, S.N., and McMahon, T.A.: Bone fracture prevention garment and method. U.S. Patent 5,599,290, 1997.

9.  McMahon, T.A., Robinovitch, S.N., and Hayes, W.C.: Tug-resistant link. U.S. Patent 5,712,011, 1998.

10. Carter, D.R., Beaupre, G.S., and Hayes, W.C.: Increasing bone fracture resistance by repeated application of low magnitude forces resembling trauma forces. U.S. Patent 5,752,925, 1998.

Last updated: 4/30/2004
Review date: 6/4/2004