# Posey's False Advertising Campaign

## The "White Paper"

*Posey Hipsters proved to be superior in controlled laboratory impact tests.*

### PERFORMANCE EVALUATION OF POSEY HIPSTERS® COMPARED TO MARKET COMPETITORS

The Posey Hipsters have shown superiority when tested *in vitro* compared to those of other competitors. By simulating a lateral fall of an elderly woman, the Posey Hipster outperformed several other hip protectors.

| Hip Protector | Max Force [N] ± S.D. [N] | % Maximum Attenuation | % Below Mean Fracture Threshold |
|---|---|---|---|
| Posey | 2629 ± 91 | 61.9 | 36.2 |
| HipSaver (Slimsaver) | 2955 ± 120 | 57.2 | 28.2 |
| HipSaver | 3622 ± 144 | 47.5 | 12.0 |
| Fall Guard | 2769 ± 98 | 59.9 | 32.7 |

The Posey Hipsters reduced the impact force below all other levels tested. All variables were consistent throughout each test.

### CONCLUSIONS

Hip protectors have been shown to be a cost-effective means of reducing the incidence of hip fractures. In a controlled laboratory impact test, Posey Hipsters reduced impact energy below harmful levels, and outperformed all competitive hip protectors tested. Furthermore, the viscoelastic memory foam uses in the Posey Hipsters returns to its original configuration, allowing it to perform at optimal levels should repeated impacts occur.

Posey Catalogs

# POSEY HIPSTERS PROVEN MOST EFFECTIVE IN IN-VITRO TESTING

In in-vitro laboratory testing performed at UCLA, Posey Hipsters were shown effective in reducing the force of impact in simulated falls to 36% below the average fracture threshold of the proximal femur, and Posey Hipsters outperformed all other energy-absorbing foam hip protectors tested.



Data on file at J.T. Posey Company

