# Importance of pouch to pad biomechanical efficacy: the airbag effect

**Why the pouch is important and why a test of only the foam is misleading (as a comparative basis of foam-in-pouch pad systems).**

When an open cell foam pad is enclosed in an air-tight pouch it becomes part of an air management system where there is a synergy of the foam and the pouch.

When an object impacts on the foam-in-pouch pad, the foam first absorbs some of the force and then the air pushed out of the foam distends and stiffens the pouch. This has the effect of redistributing the impact over a larger surface area such as the soft tissue of the hip and buttock area. The impact force to the hip bone can thereby be spread over a larger area, reducing the chance of a fracture.

This photo series shows the distension of the pouch when a force is applied.


*Relaxed pad on hydrolic press bed*


*Pad after hydrolic compression showing air distension*


*Close-up view of distension*

*The photo below shows an orange HipSaver pad (bottom)) and a green Posey pad (top). The HipSaver pad is 44 sq.in. and the Posey pad is 30 sq.in. The coverage to the hip and the compressed air distension capacity of the HipSaver is therefore about 45% greater than the Posey.*

*The HipSaver product comprises foam in a pouch. A simple test comparing only the foam would not reveal these important differences. In its actual and complete state, the HipSaver pad covers more surface and is capable of spreading the force over a larger surface area, reducing the impact to hip.*

