# New Fall Protection Solutions

*Replaceable pads before knock-off at Hipsave — year = 2000*


## HIPSTERS
*Indications: Patients at risk for falling; those at risk for hip fracture.*



Several studies have documented the efficacy of external hip protectors in preventing hip fractures. Posey Hipsters help minimize potential damage, including hip fractures, that can occur from a fall. Made of comfortable, poly-cotton, they are designed to be worn under clothing to preserve dignity. The removable, body-contouring, hip pads provide maximum protection of the critical fracture area. Pads are made with EVA foam that meets current ASTM (American Society Testing Materials) standards for shock-absorbency. They feature a unique, perforated design that allows skin to breathe while reducing perspiration and skin breakdown. Available in 4 sizes; see chart below. Machine washable. One per package.

#6010 Pants with protective pads
#6015 Pants only

| PLEASE SPECIFY SIZE WHEN ORDERING | | |
|---|---|---|
| Size | Waist Size | Hip Size |
| S | 28-30" | 35-37" |
| M | 32-34" | 39-41" |
| L | 36-38" | 43-45" |
| XL | 40-42" | 47-49" |






## FLOOR CUSHION
*Indication: Patients at risk for falls.*



Reduces the possibility of impact-related injuries while minimizing the use of bed rails. Made from unique EVA foam, the floor covering meets ASTM standards for shock absorbency. Bacteriostatic, vinyl covering on the top of the Floor Cushion easily wipes clean, while the non-skid bottom helps prevent slipping. 1" thick foam creates a low profile that is safer for patient ambulation. The Floor Cushion measures 69 ½" long x 26" wide providing extensive coverage of the bed exit area.
#6020

**HIGH PERFORMANCE**
## WITHOUT THE HIGH PRICE

1-800-44-POSEY
800-767-3933 Fax