# HipSaver Order

Order # _____   x=2001

Date _____ Jnb Pach

Ordered by _Victoria Walters_

Tel # _818 953 6567_

| Qty | Size | Model |
|---|---|---|
| 1 | L | NH |
| 1 | L | SF |

54⁹⁸

ship to: _____
Facility _____
address _5635 Pecks Rd_
city, state, zip _Arcadia, CA 91006_
residents name: _____

bill to: V 4128 0038 9542 0729
Accounts Payable dept.    12/03
Name _____
address _____
city state zip _____
phone _____

PO# _____

☑ Shipped    2/27
☑ Invoiced   16876

# HipSaver Order

Order # _____

Date _____
Ordered by __Vikky Walters__
Tel # __818 9536567__

| Qty | Size | Model | |
|---|---|---|---|
| 4 | L | SF | 209.93 |
| 3 | L | NH | 92.99 |

ship to:
Facility _____
address __5635 Pech Rd__
city, state, zip __Arcadia CA 91006__
reuidents name: _____

bill to: __4128 0088 9542 0779__
Accounts Payable dept. __12/03__
Name _____
address _____
city state zip _____
phone _____

PO# _____

☐ Shipped _____

☐ Invoiced _____

# HipSaver Order        Order #_____

Date _____ R.
Ordered by __Linda Tornquist__
Tel # __626-962-2757__

| Qty | Size | Model |
|---|---|---|
| 1 | M | SF |
| 1 | S | SF |

ship to: _____
Facility _____
address __1631 West Loving Av__
city, state, zip __West Covina, CA__
reuidents name: _____91796_____
    M(C
bill to: __5424 1804 1256 4970__
Accounts Payable dept. _____6/02_____
Name _____
address _____
city state zip _____
phone _____

PO# _____

☑ Shipped     __5/9/01__

☑ Invoiced    __934805__    __64.99__

# A & M HOMECARE MEDICAL SUPPLY

617 W. Huntington Drive • Monrovia, CA 91016
(626) 357-9441 • Fax (626) 357-9092

## INVOICE

☐ DELIVER    ☐ VIA TRUCK
☐ RETURN     ☐ VIA OFFICE

PATIENT NAME _Hipsaver_    DATE _2-25-03_

ADDRESS _____    CITY _____

DELIVER TO _Contact Vickie at phone above_    PHONE _____

TIME  ☐ AM  ☐ PM    MEDICAL DOCTOR _____    ☐ PRIVATE   ☐ MEDI-CARE

| NO. | DESCRIPTION | RENTAL CHARGE | SALE | M-CARE COVERED | M-CARE NOT COVERED | AMOUNT |
|---|---|---|---|---|---|---|
|   | OXYGEN ☐H ☐E ☐D ☐M  CONCENTRATOR ☐ |   |   |   |   |   |
|   | GASES ☐H ☐G ☐E ☐M |   |   |   |   |   |
|   | HAND CART ☐H ☐E  FLOOR STAND ☐H ☐E |   | ATTN: |   |   |   |
|   | REGULATOR ☐H ☐E |   |   |   |   |   |
|   | NASAL CANNULA ☐  HUMIDIFIER ☐ |   | Helen |   |   |   |
|   | HOSPITAL BED AND MATTRESS ☐ELECTRIC ☐SEMI. ☐STANDARD |   |   |   |   |   |
|   | SIDE RAILS ☐HALF ☐FULL  TRAPEZE BAR ☐STANDARD ☐W/STD. |   | ORDER Dept |   |   |   |
|   | WHEELCHAIR ☐STANDARD ☐LIGHT WEIGHT ☐ARMS ☐OTHER |   |   |   |   |   |
|   | WALKING AID ☐PICK-UP ☐W/WHEELS  QUAD. CANE ☐WB ☐NB |   |   |   |   |   |
|   | CRUTCHES ☐WEEK ☐MONTH |   |   |   |   |   |
|   | BATH/SHOWER CHAIR ☐W/BACK ☐NO BACK |   |   |   |   |   |
| 6 | ~~COMMODE ☐STANDARD ☐DELUXE ☐ALL PURPOSE~~ Hipsaver Nursing Home |   |   | X | Med |   |
|   | RAISED TOILET SEAT ☐PLASTIC ☐STANDARD ☐W/ARMS |   |   | X | Med |   |
| 6 | Fit Hipsaver Slim Fit |   |   |   |   |   |
|   | DATE OF BIRTH: |   |   |   |   |   |
|   | DIAGNOSIS: |   |   |   |   |   |
|   | INSURANCE NO.: |   |   |   |   | 359.88 |
|   | Shipping |   |   |   |   | 14.99 |

**RENTAL CHARGES SHOWN ARE MINIMUMS & NON-REFUNDABLE * ALL SALES ARE FINAL**
YOUR ACCOUNT WILL BE SUBJECT TO A 1 - 1/2% PER MONTH SERVICE CHARGE ON THE UNPAID BALANCE IF NOT PAID WITHIN 30 DAYS. MINIMUM RENTAL CHARGE 1 MONTH. NO REFUNDS. FIRST MONTHS RENTAL ONLY APPLIES TOWARDS PURCHASE PRICE. IN THE EVENT THIS ACCOUNT BECOMES DELINQUENT AND IS REFERRED TO AN OUTSIDE COLLECTION AGENCY, I HEREBY UNDERSTAND THAT I AM RESPONSIBLE FOR ANY AND ALL COLLECTION COSTS INCLUDING BUT NOT LIMITED TO COURT COSTS AND ATTORNEY FEES. NO CREDIT WILL BE GIVEN FOR EQUIPMENT RETURNED AFTER COLLECTION PROCEEDINGS HAVE BEGUN.

TAX
TOTAL
PAID    NOT PAID

CK #5852    374.87

**SUPPLIER NOTICE:**
Medicare will only pay for services that it determines to be **reasonable and necessary** under section 1862(a) (1) of the Medicare law. If Medicare determines that a particular service, although it would be otherwise covered, is **not reasonable and necessary**, under Medicare program standards, Medicare will deny payment for that service. I believe that, in your case, Medicare is likely to deny for _____ for the following reasons: _____

**BENEFICIARY AGREEMENT:**
I have been notified by my supplier that he or she believes that, in my case, Medicare is likely to deny payment for the items or services identified above, for the reasons stated. If Medicare denies payment, I agree to be personally and fully responsible for payment.

Signed _____

READ CAREFULLY: No warranty, express or implied, as to the condition, fitness for a particular purpose, quality or any other matter is attached to or connected with said merchandise or equipment. Licensee expressly releases and hereby indemnifies licensor against any and all damages resulting from the use of said merchandise or equipment by licensee or any other person or persons. Licensee acknowledges receipt of said merchandise and/or equipment in good condition and acknowledges that the same has been inspected and has been received "as is." Licensee assumes responsibility for return of said merchandise or equipment in good condition.

DRIVER'S INITIALS _____    CUSTOMER'S SIGNATURE _____

A & M HOMECARE MEDICAL SUPPLY
617 W. HUNTINGTON DR. 626-357-9441
MONROVIA, CA 91016

5853
16-24
1220 4885

PAY TO THE ORDER OF: Shaheen

DATE 2-25-02

$374 83/100

Three hundred seventy four and 83/100 ————— DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
California
www.wellsfargo.com

FOR Equipment for Casey

Barbara B. Barrington

⑆005853⑆ ⑈122000247⑈ 0895044423⑈



**The HipSaver Company**
7 Hubbard Street
Canton, MA 02021
Tel: 781.828.3880  Fax: 781.821.6514
Hipsavers@msn.com
www.hipsaver.com

# FAX Transmission

Date:   29 April 2002

To:     Vicki Querol
        A & M Home Care

From:   Helen
        HipSaver Company

Subj:   order

Fax #: 626-357-~~9441~~ 9092

Number of pages: 1

Hi Vicki,

Your order shipped out on Saturday. Here's a copy of the invoice. Please call me if you have any questions.
Thank you for order.

Cheers,

Helen

**HipSaver Order**   Order # _____

Querol - sales contacts

Date 4/

Ordered by  Vicki  A+M Home Care

Tel # 626-357-9441 , Medical Supply

| Qty | Size | Model |   |   |
|---|---|---|---|---|
| 4 | M | QC | 34.99 | 139.96 |
| 4 | M | NH |   | 119.96 |
| 4 | M | SF |   | 119.96 |
| 4 | M | SFEF |   | 131.96 |
|   |   |   |   | 511.84 |
|   |   |   |   | 528.83 |

ship to:

Facility   617 West Huntington Dr.

address   Monrovia, CA 91016

city, state, zip

residents name: _____  FAX 626-357-9092  catalog

bill to:   fax acknowledgment

Accounts Payable dept.   to receipt

Name

address

city state zip

phone   — Lee Rash —

VISA 4851 5157 0001 1710

PO# _____  exp 05/03

☑ Shipped   4/27/02

☑ Invoiced   4/27/02