# Posey's Knock-off Campaign



**Posey Hipster 2001**
EVA foam, pad must be removed for laundering

**HipSaver SlimFit Designed 1999**
features sewn-in, soft foam encapsulated in air-tight pouch, machine wash & dry without removing pads

**Victoria Walters (Lewis), Posey Hipster product manager, orders and obtains HipSaver products**

↓



**Posey Hipster III 2002**
sewn-in, soft foam encapsulated in air-tight pouch, "washable" without removing pads - fall apart in laundry