# Thin Films, Interfaces, and Composites Characterization Laboratory at UCLA

## Graduate Students

- HOME
- UCLA
- Site Map

**ACADEMICS**
- Useful Links
- Undergraduate Students
- Publications
- Previous Students
- Graduate Students
- Faculty

**INDUSTRIAL APPLICATIONS**
- Research Interests
- Testing Equipment
- Contact the Lab!

### Bimal Gandhi

**Education**
Ph.D., Biomedical Engineering (2001 - ?)
UCLA
M.S., Biomedical Engineering (2003)
UCLA
B.S., Biomedical Engineering (2000)
UCSD



Click here to email this student.

**Title: Performance based testing and characterization of industrial grade hip protectors**

The purpose of my research was to test in vitro the energy (or force) absorbing characteristics of various industry produced hip protectors. Hip protectors are medical devices sold as undergarments (usually) that protect the hip during a fall. When worn correctly, the energy absorbing material, typically a polyurethane/polyethylene foam or a hard shell or a combination of both, covers the hip so that any impact will be reduced to safer levels such that a hip fracture will be averted.

Impacts were conducted using an Instron 8250 DynaTup apparatus. A surrogate hip model (Fig. 1) was fabricated and impact conditions were simulated for an elderly female subject. The average energy introduced into the apical surface of the substrate was 80 J, with an impact velocity of 2.14

m/s. The crosshead was outfitted with the approximate effective mass (35 kg) during a fall onto the lateral side of a patient, specifically the greater trochanter of the femur.



Figure 1. A surrogate hip model

Results showed that all hip protectors tested were capable of reducing the maximum force recorded during impact below the fracture threshold limit of 4117 N. Only one hip protector was unable to reduce the maximum force below the 1 S.D. value of the mean (Fig. 2).



Figure 2. Left chart shows the average impact force registered at the mass/tissue interface. Right chart shows the attenuated force as a result of energy absorption through the indicated hip protector and surrogate hip model.

### Title: Cell micropatterning using the laser spallation technique (LST)

Cell patterning is a novel technique that allows one to juxtapose various cells on a substrate. This allows researchers to grow different types of cells in varying geometrical configurations, eventually for the purpose of growing organs or other tissue types. Future work looks at using LST as a high-throughput method for positioning different cells on the same material.