# A Solution to Hip Fractures Using Performance Tested Hip Protectors

Bimal Gandhi, M.S.
Biomedical Engineering
University of California, Los Angeles
Prepared August 2003

# A Solution to Hip Fractures Using Performance Tested Hip Protectors

Bimal Gandhi, M.S.
Biomedical Engineering
University of California, Los Angeles
Prepared August 2003

### Summary

This white paper describes what a hip fracture is, the epidemiology of hip fractures, current treatment methods, and hip fracture prevention. This includes a performance-based evaluation of various medical devices termed hip protectors.

### Understanding a Hip Fracture

A hip fracture is a break near the top of the thighbone (greater trochanter of the femur) where it angles into your hip socket, usually as the result of a fall. When you break your hip, it usually hurts too much to stand and your leg may turn outward or shorten. In most cases, you need hospitalization and surgery.

*A fracture of the hip may result in morbidity and mortality.*



Falls and fall-related injuries are among the most serious and common medical problems facing aging populations. Fractures of the femoral neck and trochanteric regions of the femur, the major bone associated with the hip joint, are a serious health care issue associated with the elderly. Falls that do not result in injury can lead to fear of falling[1], loss of confidence[2], and functional deterioration[3]. But falls can also cause severe trauma to the hip joint such as vascular damage and tissue rupture, and can eventually lead to avascular necrosis and secondary osteoarthritis[4].

*Close to 300,000 hip fractures occur each year in the US.*

In the United States alone, an estimated 30 million falls occur each year, or an average of one per second. Of these, only about 1% results in some form of fracture of the hip[5,6,7]; however, those account for a large share of the disability, death, and medical costs associated with falls. In 1997, an

estimated lifetime cost attributable to hip fracture was $81,300 USD per patient, with a total projected expenditure exceeding $20 billion USD[8]. Thus, it has become the goal of many to find novel approaches in reducing the prevalence of this epidemic, minimizing the overall cost to patients and their families.

## EPIDEMIOLOGY OF HIP FRACTURE IN THE U.S.

Within the United States, the projected increase in population over the age of 65 from 1990 to 2050 is expected to be dramatic; from 32 million to 69 million individuals. Worldwide, projected growth of this age group within the same time reference is staggering; from 323 million to 1.56 billion people. For people over the age of 85 years in the U.S., the increase is expected to escalate from 3 to 15 million, an overwhelming growth of 500%[9]. According to epidemiologic estimates by Cooper et al., the worldwide annual number of hip fractures will increase exponentially from 1.66 million in 1990 to 6.26 million by 2050. This rise will be in great part due to the huge increase in the elderly population of the world.

*Due to the increasing age of the elderly population, the number of hip fracture patients will increase exponentially.*

Although the current estimate of 300,000 hip factures that occur each year in the United States is large, by the year 2040, a total of 512,000 hip fractures can be expected annually[10]. If the elderly population in America grows more rapidly than predicted due to our ability to prevent and/or cure age-dependent diseases and disorders, the number could be as high as 840,000[11]. In a more extreme case, if the overall incidence of hip fractures continues to rise at 3% as shown by numerous investigators, the frequency of occurrence in the United States could be well over 1 million.[12,13,14,15]

## METHODS OF TREATMENT AND PREVENTION

A great deal of work has been focused on drug intervention designed to increase bone strength and reduce the incidence of hip fracture. Drug intervention has been aimed at promoting increased bone mass through calcium uptake by the intestines. Other preventive measures include the ingestion of bisphosphonates, such as alendronate and risedronate, or hormone replacement therapy such as estrogen or parathyroid hormone (PTH) to reduce the risk of osteoporosis.

### Calcium and Vitamin D

*Vitamin D supplements have been shown to decrease the hip fracture rate.*

Vitamin D is an important regulator of calcium homeostasis in the body. Through various metabolic pathways in the liver and kidneys, vitamin $D_3$ is converted to an active hormone that subsequently acts on the intestine to enhance absorption of calcium and phosphorus. There appears to be an age-related decline in production of intermediate enzymes that are responsible for production of the active hormone. This leads to less uptake of calcium, essential in the formation of strong bones. Recent studies have shown:

- § women consuming more than 12.5 µg of vitamin D/day from food plus supplements had a 37% lower risk of hip fracture (RR = 0.63; 95% CI; 0.42, 0.94) than women consuming <3.5 µg/day

4

- § vitamin $D_3$ alone without calcium co-supplementation was not associated with any reduction in incidence of hip fracture (RR = 1.20; 95% CI; 0.83, 1.75)

- § vitamin D with calcium supplementation was shown to decrease hip fracture risk[16]

*Bisphosphonates*

*Bisphosphonates must be taken every day by patients.*

Bisphosphonates are a class of compounds that act by selectively inhibiting osteoclast function, and thus bone resorption during the bone remodeling cycle. There are two types: alendronic and risedronic acid. Alendronic acid is believed to prevent destruction of bone by osteoclasts by changing the structure of calcium salts in the bone. Alendronate must be orally ingested daily, with strict adherence to prescription. Two studies in 1996 and 1998 showed:

- § the relative hazard ratio for hip fracture using alendronic acid versus placebo was 0.49, or less than half

*Prescriptions must be followed rigorously.*

- § alendronic acid decreased the risk of non-spinal fractures by 36% in women with baseline osteoporosis at the femoral neck

- § women with higher bone mineral density showed no statistical decrease in hip fracture rate

Risedronic acid is another form of orally ingested bisphosphonate. Very similar to alendronate in pharmacokinetics, administration guidelines, and mechanisms of action, risedronate is approved by the FDA for treating and preventing osteoporosis in the United States. Its effectiveness as an interventional drug for the treatment of hip fractures is still premature, however, some studies have shown its usefulness. The Vertebral Efficacy with Risedronate Therapy trial showed:

- § treatment with 5 mg/day of risedronic acid compared with placebo decreased the cumulative incidence of new vertebral fractures by 41% (P = 0.003; 95% CI; 18%-58%)[17]

*To date, statistical evidence on the effect bisphosphonates have on hip fracture is controversial.*

- § the cumulative incidence of new non-vertebral fractures was reduced by 39% (P = 0.02; 95% CI; 6%-61%)

Other studies aimed at hip fracture prevention found:

- § a 1.3% decrease in incidence rate of hip fractures for women under the age of 80 years, with the placebo group at 3.2%[18]

- § there was no statistically significant reduction in the hip fracture risk in patients who were over the age of 80 years[18]

Clearly, more research must be conducted to further determine the efficacy and long-term effect of bisphosphonates on hip fractures.

*Estrogen and PTH therapy have produced mixed results.*

*Estrogen Therapy*

Estrogen deficiency is recognized to be a major pathogenetic factor in bone loss after menopause and oophorectomy with subsequent risk to develop osteoporosis. Estrogens have been well documented through preclinical and clinical trials to protect against loss of bone mineral post-adolescence, primarily in women. They regulate the fusion of the epiphyses--and thus growth--in childhood, and increase bone strength throughout puberty. Their effectiveness in the reduction in the risk of hip fracture is debatable, however. For example:

- § A study of over 9700 post-menopausal women aged 65 years or older found that estrogen use was associated with a significant reduction in the relative risk for wrist fractures and for all nonspinal fractures regardless of whether subjects were taking estrogen alone, or estrogen plus progesterone[19]

- § A 1995 study by the same author showed no reduction in hip fracture incidence in postmenopausal women who received estrogen and progesterone therapy

- § The use of low potency estrogens did not reduce the overall risk of hip fracture[20]

*Parathyroid Hormone Therapy*

Parathyroid hormone (PTH) is a skeletal anabolic agent used to increase osteoblast activity in human bones. PTH promotes bone formation through osteoid synthesis and accelerated mineralization. It has been shown to reduce the risk of vertebral fractures in elderly women by as much as 9%, and nearly 3% for those associated with non-vertebral injuries. Unfortunately, current studies have produced very little statistical evidence of decreased incidence of hip fracture using parathyroid hormone therapy.

**Hip Protectors**

Hip fractures have become a serious epidemic among the elderly. Within the past decade or so, a push for hip fracture intervention has led to the development of numerous medical devices (according to Section 201(h) of the FD&C Act) known as "hip protectors."

*Hip protectors have been shown to be effective in numerous clinical studies.*

Hip protectors are designed to be worn as undergarments, with protective padding covering the greater trochanter. The purpose here is to provide another mechanism, other than those discussed previously, that will lower the absolute force entering the proximal femur to below the fracture threshold during the impact phase of a fall. Typically constructed from polyethylene, polypropylene, or some other polymer of similar mechanical properties, they can either be used in energy absorbing, shunting, or a combination of both configurations. Various clinical studies have shown:

- § Lauritzen et al. determined the relative risk of hip fractures among women and men in the group using hip protectors was 0.44 (95% CI 0.21-0.94)[21]

6

- § Eckman et al. showed the relative risk of hip fracture for residents with hip protectors versus controls was 0.33 (No hip fractures occurred to hips protected by hip protectors in their study)[22]

- § Jensen et al found that the use of hip protectors reduced the incidence rate of hip fracture by 4.5%, with a decrease in hazard ratio for high-risk residents of 0.93[23]

- § a Cochrane Database Systems Review conducted in 2000 looked at 5 clinical trials studies, including those by Lauritzen et al. and Eckman et al., which showed that the occurrence of hip fractures was 16/660 (2.4%) for those allocated to wear hip protectors, against 63/951 (6.6%) to those not allocated to wear protectors

*Simplistic approach to fracture prevention.*

Hip protectors are affordable, and have shown in many clinical situations that they are effective in preventing hip fractures. Functionally, their success is based on a simple equation: reduction of applied force below the fracture threshold of the femur.

## MECHANISTIC APPROACH OF A FOAM-BASED HIP PROTECTOR

The function of a hip protector can be explained using the following diagram:



$F_{applied}$ is the maximum force generated during a lateral fall on the greater trochanter of the femur. During impact, the hip protector substrate will absorb the energy created from the fall, disperse the energy throughout the material, or reflect the energy in what is known as "throw back". Different materials will do some combination of the three. Any energy that is not changed by one of these methods will transmit through the substrate and into the subject's hip. If

*Hip protectors reduce the impact force to tolerable levels.*

$$F_{transmitted} < F_{fracture}$$

then the hip will not fracture. If the force transmitted is greater than the force required to fracture the hip, trauma will result. The fracture threshold for each patient will vary depending on bone mineral density, thickness of soft tissue covering the impact region, and the angle of impact, however, it has been shown in studies that a force of 4113 N ± 1527 N is the average force required to fracture the femoral neck [Courtney et al.].

7

## TYPES OF HIP PROTECTORS

Currently, there are two types of hip protectors available to patients:

*Two basic methods for energy reduction.*

1. Energy absorbing foams
2. Energy shunting devices

The Posey Hipster is one hip protector that works based on the principle of energy absorption. Energy shunting devices, such as the HIProtector Safehip®, reduce the impact force by redistributing the energy to the soft tissue around the hip region rather than absorbing the energy. The device is essentially a shell that covers the femoral region of the hip. Other devices are engineered to incorporate both energy absorbing and shunting mechanisms. The Fall Guard™ is a hybrid between both systems that uses foam in conjunction with a hard plastic shell.

## LABORATORY BASED IMPACT TESTING OF HIP PROTECTORS

Performance based testing of hip protectors yields the most consequential information when they are subjected to conditions that mimic real world falling situations. Therefore, a surrogate hip model, or mechanical hip, was created and impacted as shown:

*Illustration of surrogate hip model used during impact testing.*



Each component of the surrogate hip model was based on relevant data relating to the mechanical properties of the human hip. The figure shown above describes the nature of each element. The total mass used at impact was 35 kg, or the average effective mass of an elderly female.

### PERFORMANCE EVALUATION OF POSEY HIPSTERS® COMPARED TO MARKET COMPETITORS

The Posey Hipsters have shown superiority when tested *in vitro* compared to those of other competitors. By simulating a lateral fall of an elderly woman, the Posey Hipster outperformed several other hip protectors.

*Posey Hipsters proved to be superior in controlled laboratory impact tests.*

| Hip Protector | Max Force [N] ± S.D. [N] | % Maximum Attenuation | % Below Mean Fracture Threshold |
|---|---|---|---|
| Posey | 2629 ± 91 | 61.9 | 36.2 |
| HipSaver (Slimsaver) | 2955 ± 120 | 57.2 | 28.2 |
| HipSaver | 3622 ± 144 | 47.5 | 12.0 |
| Fall Guard | 2769 ± 98 | 59.9 | 32.7 |

The Posey Hipsters reduced the impact force below all other levels tested. All variables were consistent throughout each test.

### CONCLUSIONS

Hip protectors have been shown to be a cost-effective means of reducing the incidence of hip fractures. In a controlled laboratory impact test, Posey Hipsters reduced impact energy below harmful levels, and outperformed all competitive hip protectors tested. Furthermore, the viscoelastic memory foam uses in the Posey Hipsters returns to its original configuration, allowing it to perform at optimal levels should repeated impacts occur.