ABSTRACT OF THE THESIS

Transient Dynamic Response in a Surrogate Hip Model

During a Simulated Lateral Fall

by

Bimal Pradeep Gandhi

Master of Science in Biomedical Engineering

University of California, Los Angeles, 2003

Professor Vijay Gupta, Chair

The primary objective of this thesis analyzes the transient dynamic responses recorded during a simulated lateral fall on the greater trochanter using various hip protectors. The secondary objective is to characterize the temporal peak forces relative to the phase of compression of the pelvis using an ultrafast digital camera at 1000 fps. A surrogate hip model was constructed and impacted using an Instron 8250 DynaTup apparatus. An average of 80 J was introduced at the apical surface of the hip protector during impact, with an average impact velocity of 2.14 m/s. A strain gauge incorporated into the impact hammer registered the applied load, while a piezoelectric load cell located beneath the femoral head measured the transmitted load. Applied forces varied with

protector type, however, the resultant force-time curves exemplify the overall force attenuating capacity of the material. Results showed all materials reduced the maximum impact load under the mean fracture threshold of 4113 N $\pm$ 1527 N. Only one hip protector was unable to reduce the resultant force 1 S.D. below the fracture value.

Image analysis showed the greatest dynamic effect occurring within 65 ms following initial impact. Maximum compression of the pelvis correlated with peak transmitted forces observed between 45 and 55 ms. Further investigation and research proposes a secondary mechanism such as partially filled liquid systems that would transfer the impact energy in the radial direction supplementing the energy dispersing effect of the polymer matrix.

*3.5 Design of Experiment*

A total of four impact tests were carried out on each of the five hip protectors. A relaxation time of 5 minutes between drops was strictly followed to allow collapsed foam cells time to rebound to their original conformation. A new 3 in x 5 in surrogate soft tissue pad was used for every impact test conducted. This was to prohibit any non-transient densification of the foam that may have occurred in the experiment from being in any subsequent tests. The foam was oriented such that the longer dimension was parallel to the femoral shaft, as denoted in Figure 3.1. The surrogate soft tissue was oriented flat, such that it was parallel to the pelvic mass (refer to Fig. 3.1).

Each impact was prepared such that the hammer was directly over the greater trochanter. Baseline impact testing of only the surrogate soft tissue was conducted. Details of this can be seen in Chapter 4. The aluminum base was securely fastened to the base of the impact machine, to prevent any movement of the model during testing. Every impact was considered complete after the platen came to rest on the hip protector, and the surrogate hip model was static. This was experimentally verified by determining the point at which the slope of the curve displayed on the oscilloscope was zero. The system was reset to the original drop height once the test was over. The data for each hip protector was plotted out in Excel, and the maximum forces as well as rise times were computed. Averages and standard deviations for maximum force, rise time, velocity, and input energy were produced.

The second part of the experiments characterized the phase of displacement with respect to impact force as a function of time. An ultrafast digital recording device

45

(RedLake Model MotionPro, San Diego, California) was mounted to the side of the impact machine so that a profile video sequence was acquired. Video was recorded at 1000 frames per second, and at a resolution of 512 x 1024 pixels. Control of video capture was accomplished and manipulated using Midas 2.0 video editing software (Xcitex, Cambridge, Massachusetts), running on a 2.4 GHz Pentium 4 computer with 1 GB of RAM.

# CHAPTER 4

## RESULTS OF IMPACT TESTING

All results shown are quantified according to the product name for each hip protector. Table 4.1 relates the product name and their physical characteristics to each manufacturer.

**Table 4.1** Product name and manufacturer for each hip protector.

| Manufacturer | Product Name | Physical Characteristics |
|---|---|---|
| Posey | Hipster | Foam |
| HipSaver | Slimsaver | Foam |
| HipSaver | Hipsaver | Foam with rubber base |
| HIPrptector | SafeHip | Hard shell |
| Fall Guard | Fall Guard | Hard shell with foam base |

*4.1 Results from LC1*

Results gathered from load cell 1 are shown in Table 4.2. Force-time curves for all cases are shown in Fig. 4.1.

Impacts across all hip protectors registered an average impact energy of 80 J ± 0.5 J (standard deviation) (p < 0.01). The average impact velocity was 2.14 m/s ± 0.01 m/s, calculated by the software used and Equ. 3.1. Impact on the surrogate soft tissue without the assistance of any hip protector was used as our control model (n = 1). The impact force for the control was 7285 N.

**Table 4.2** Results from LC1 after impact. Max forces are with respect to the first peak for each curve.

Note: surrogate soft tissue was used in conjunction with all hip protectors (cases 3a through 7a) as shown in Figure 3.1.

| Case No. | Hip Protector | N | Energy at Impact [J] | Max Force [N] ± S.D. [N] | Rise Time to 1st Peak [ms] |
|---|---|---|---|---|---|
| 1a | ----- | 1 | 86.98 | 8660 ± 0 | 1.63 |
| 2a | Soft Tissue | 1 | 79.93 | 7285 ± 0 | 11.76 |
| 3a | Hipster | 4 | 80.39 | 2363 ± 207 | 21.33 |
| 4a | Slimsaver | 4 | 79.58 | 2619 ± 132 | 20.96 |
| 5a | Hipsaver | 4 | 80.57 | 3904 ± 275 | 19.45 |
| 6a | SafeHip | 4 | 79.38 | 2052 ± 354 | 19.65 |
| 7a | Fall Guard | 4 | 79.86 | 2657 ± 107 | 18.74 |



**Fig. 4.1** Average force-time curves captured by LC1. Time resolution is 60 ms in duration, after which the curves decay to a static load of 343 N for an effective mass of 35 kg. Curves shown are averages.

Data from Fig. 4.1 shows that case 5a attenuated 46.4% of the force normally felt during a lateral fall without hip protection; the worst of all hip protectors tested in this scenario. The most energy absorbent material based on maximum force registered by LC1 was case 6a, a hard shell, with an impact force of 2052 N. Case 7a was also an energy shunting device coupled with an absorptive capacity (description provided by manufacture), however, results show that its maximum force during initial impact was 29.5% greater than that of case 6a. Rise times for the first and second peaks were 19.8 ms $\pm$ 0.85 ms and 50.1 ms $\pm$ 2 ms, respectively. For comparison purposes, one test was conducted without any surrogate soft tissue or protection (case 1a). At impact, the force shattered the greater trochanter of proximal femur. This test was conducted after all other experiments were performed.

### 4.2 Results from LC2

Values obtained from LC2 are shown in Table 4.3. Force-time curves for all cases are shown in Fig. 4.2. As stated previously, there was no synchronization of load cells during impact, thus the delay time has not been adjusted for in the force-time curves diagram. Analysis of this is carried out in section 4.3 using a high-speed camera.

Results based on LC2 are more important with respect to the functionality and energy shunting and/or absorbing capability of the hip protector. The force attenuating capacity of the surrogate soft tissue used was 6%, found by taking the difference of the peak values in Fig. 4.1 and 4.2, then dividing by the peak value in Fig. 4.1. The largest force allowed to enter the proximal femur by a material was case 5b (2986 N $\pm$ 126 N).

49

**Table 4.3** Results from LC2 after impact. Max forces are with respect to the first peak for each curve.

Note: surrogate soft tissue was used in conjunction with all hip protectors (cases 3b through 7b) as shown in Fig. 5. Maximum force for direct bone impact was unattainable. Maximum attenuation is taken as the difference of forces between each hip protector and case 2b divided by the maximum force in case 2b.

| Case | Hip Protector | N | Max Force [N] ± S.D. [N] | % Maximum Attenuation | % Below Mean Fracture Threshold | % Below 1 S.D. |
|------|---------------|---|--------------------------|-----------------------|----------------------------------|----------------|
| **1b** | —— | 0 | —— | —— | —— | —— |
| **2b** | Soft Tissue | 1 | 6898 ± 0 | —— | —— | —— |
| **3b** | Hipster | 4 | 1726 ± 131 | 75.0 | 58.0 | 33.3 |
| **4b** | Slimsaver | 4 | 1977 ± 104 | 71.3 | 52.0 | 23.6 |
| **5b** | Hipsaver | 4 | 2986 ± 126 | 56.7 | 24.5 | -15.4 |
| **6b** | SafeHip | 4 | 1492 ± 409 | 78.4 | 63.8 | **42.3** |
| **7b** | Fall Guard | 4 | 1614 ± 145 | 76.6 | 60.8 | 37.7 |



**Fig. 4.2** Force-time curves captured by LC2. Fracture threshold is shown as dashed line ( – – – ) with one S.D. below mean ( – · – ).  Curves shown are averages.

The greatest force attenuation occurred with case 6b (1492 N ± 409 N). All hip protectors reduced the peak impact force found during the first and second impulse below the mean fracture threshold of 4113 N. During the first peak, only the Hipsaver failed to reduce the impact force 1 standard deviation below the mean fracture threshold. During the second impulse, only case 6b reduced the impact force 1 standard deviation below the mean fracture threshold. Interpretation and analysis concerning the increase in force recorded during the second impulse is discussed in Chapter 5 of this thesis.

*Resolution of Added Thickness*

Impacting testing was also conducted using two layers of Plastazote foam without any hip protectors (Fig. 4.3). This was to eliminate any possibilities that force attenuation in section 4.2 was simply due to added thickness of foams, rather than the use of commercial hip protectors. In other words, this experiment showed that simply covering the greater trochanter with an extra layer of soft tissue of average thickness would not reduce the peak force below the fracture threshold. For comparison purposes, the force-time curve of the Hipster foam is also provided. All test variables are exactly the same as those carried out for each test specimen. As one can see from Fig. 4.3, although the impact curve for two layers of Plastazote is clearly different in shape and breadth, the important point is that the maximum force achieved is greater than the fracture threshold. Also, it is without question a different force-time curve compared to that of the Hipster foam, showing that simply doubling the surrogate soft tissue does not effectively reduce the maximum force attained during a simulated lateral fall within a safe limit.



**Fig. 4.3** Force-time curves of Plastazote at single and double thicknesses. These values are those captured by LC1.

### 4.3 Mechanical Properties of Materials

Compression analysis was conducted on all devices, excluding the SafeHip hip protector due to irregular geometry. Load versus displacement curves were produced using an Instron 5544 tensile/compression apparatus (Instron, Canton, Massachussetts) running Merlin version 3.03 (Fig. 4.4 – 4.6). The load limit of the cross head for this instrument was ¯500 N. Compression was stopped at 80% of this value to insure no damage was incurred by the crosshead clamp. Pseudo-impact strain-rates of 1 mm/sec

52

*4.4 Analysis of Variance*

A one-way analysis of variance (ANOVA) using the maximum force associated with each hip protector showed that the values given at the LC1 interface were statistically significant ($p < 0.0001$). Although this value is convincing, it is somewhat immaterial since it does not convey any relevant information about the energy absorption/dissipation characteristics of the actual hip protector. ANOVA conducted on repeated measurements for LC2 values, however, is much more substantial because it validates the interventional effect hip protectors have when worn properly by a patient. Using the Kruskal-Wallis one-way analysis of variance for non-parametric, or non-normalized data showed that the differences in the median values among the treatment groups are greater than would be expected by chance; there is a statistically significant difference ($P = 0.00632$).

To isolate the group or groups that differ from the others we use the Student Newman-Keuls (SNK) multiple comparison procedure based off the Kruskal-Wallis ANOVA. This data is presented in Table 4.6 and 4.7. Table 4.7 shows that the Hipsaver hip protector was statistically different than the rest of the treatment population, i.e. it did not protect the hip as well as the other devices. Unfortunately, other comparison tests were unable to show any other statistically significant relationship between the other hip protectors. Reasons for this are discussed in Chapter 5.

59

*Load Cell 2 Interface*

All devices were able to attenuate the incoming energy below the mean fracture threshold of 4113 N, although energies of each profile vary with the amount of momentum transferred to the pelvic spring-mass system. Of all the LDPE and polyurethane foams, the Posey Hipster attenuated the most amount of force (61.9 %) when compared to the control. Also, its percentage decrease from the first rise determined by LC1 was the highest among the three, possibly showing it has the fastest rebound nature among the foams impacted. This becomes extremely important when dealing with repeated impacts. In clinical situations, repeated falls by patients are possible. If the hip protector does not return to its original conformation, its energy absorbing and/or shunting behavior will be compromised, leading to possible injury. It is interesting to show that the Posey Hipster still attenuated more incoming force than the Fall Guard, although the later was based on redistributing energy to the surrounding tissue coupled with absorption, rather than pure absorption and dissipation.

The LDPE foams have similar profiles, however, there is a difference in mechanical properties for each. Again, the Hipsaver foam transmitted the greatest amount of force, and was the only foam to cross the fracture limit one S.D. below the mean value during the first rise time. The Posey Hipster, Hipsaver Slimsaver, and Fall Guard breeched the same limit on their second rise, however, if one includes the standard deviation of 91 N for the Posey product, it falls below this fracture value. Only the SafeHip shell was able to lower the peak force entering the proximal femur below 2.5 kN. There is a definite difference in shunting behavior between the SafeHip and Fall Guard,

as seen by Fig. 4.2. Addition of a second layer is more detrimental based on this information than just a pure shunting system. If the foam layer was changed to a less dense material, the Fall Guard may show superior effects, however, this has not been proven.

Doubling the hip proctector material thickness has shown to be positively effective. Impact tests done on the Posey Hipster at 2x thickness reduced the peak femoral force at the LC1 interface below 2.8 kN and increased time to peak force for the first and second rise times 5 and 11 seconds, respectively. Thus, total energy was spread over a longer time frame, slowing the transfer of momentum to the surrogate hip. Unfortunately, this is not practical since compliance by patients for thicker hip protectors is extremely low. Nonetheless, better systems of force management are possible, and if applied to more streamline hip protectors will certainly prove more useful in a clinical situation.

Both the Posey Hipster and Hipsaver Slimsaver act similarly in energy absorption based on peak forces, however, their load vs. displacement curves clearly shows there is a difference between the materials when compressed, as shown in Fig. 4.4b. Based on information provided here, the SafeHip was best in reducing the maximum force entering the proximal femur for all materials. An important point to consider here was the mounting configuration of both the SafeHip and Fall Guard devices used during impact testing. Tests carried out based on a purely energy absorbing configuration definitely showed an increase in peak force at the LC2 interface. This seemed non-practical in terms of *in vitro* testing since its operation *in vivo* is based on energy shunting. Thus, to

70

keep all parameters such as material configuration and methodology the same between test specimens, both the SafeHip and Fall Guard materials were tested in shunting orientations.

Among foam based hip protectors, the Posey Hipster displayed the best characteristics for force attenuation. If parameters such as cellular size, configuration, and porosity are further investigated, it is possible that a better combination of these variables could reduce the maximum force even further. Based on mechanical properties in section 4.3, it is clear that each material is different. For even better performance, newer hip protectors should focus on better energy absorption which would flatten the impulse profile further.

### 5.2 Validity of Second Impulse

No data published to date has shown the *in vivo* response of a lateral impact sustained by an elderly person. Experiments conducted *in situ* have provided force-time curves that are characterized by a single impulse (Fig. 1.6), not two rise times as ascertained in this thesis. Thus, it is reasonable to assume that the dynamic effect one would see if a subject were to fall on their hip during a lateral impact without the assistance of hip protectors is that of a single impulse.

The secondary impulse seen in Fig. 4.1 and 4.2 based on the information provided in literature is therefore most likely artifact of the test setup. There is no evidence to support that a secondary rise, in particular one that is higher in force than the first rise, would be an actual event characteristic of a fall on the greater trochanter. Therefore, the

71

results shown in section 4.1 and 4.2 based on maximum force determined by LC1 and LC2 must be taken with caution. It is also impossible to postulate that an accurate force-time response utilizing a hip protector would be the average of the first and second impulse, or that the true maximum force would be the mean of the first and second peaks as experimentally shown in this thesis.

Reasons for these inconsistencies are supported by the fact that Plastazote, i.e. surrogate soft tissue, is not exactly a true representation of the viscoelastic properties characterized by the summation of all the soft tissues covering the greater trochanter. Our surrogate soft tissue is still a foam, and will behave in a similar fashion to that of Fig. 2.1 at low strain-rates. Thus, some error will be inherent within our results, however, we assume that the material properties of Plastazote are consistent and the error has propagated through each of our experiments. For our comparative analysis, this is acceptable. Also, the use of steel springs do not represent the exact compliance of the human pelvic system, but is a good estimate of its load bearing nature when stressed.

Nonetheless, we are able to draw conclusions based on the first impulse of Fig. 4.1 and 4.2. As stated in section 4.2, all hip protectors were able to reduce the maximum force of the first peak below the mean fracture threshold. All but the Hipsaver further reduced the peak force 1 S.D. or more below the mean fracture threshold. Under these conditions, the performance characteristics of each hip protector are more than acceptable. However, when examining their relative functionality with respect to the second impulse, this is not the case. In the next section, analysis of a lateral impact on the mechanical test

72

setup using high-speed imagery may explain the emergence of the second impulse, and show why we can reject the data associated with it.

### 5.3 Statistically Significant Data

Analysis of variance (ANOVA) carried out in Chapter 4.4 showed that the values obtained in Table 4.3 were only significant 95% of the time, i.e. there is only a 5% chance that the maximum force data determined were drawn from the same population. This value clearly shows that one or all of the treatment groups, i.e. hip protectors, actually was better than another. Further calculations using the Student-Newman Keuls method to find specific differences between two hip protectors in the entire group showed that the Hipsaver hip protector was statistically worse than the other devices. This means that the other four products actually attenuated the impact load to a degree that was quantifiable using a population sample of 4 repeated impacts. The significance of this is described next.

Reasons that other treatment groups other than the Hipsaver were not statistically different can be attributed to numerous reasons. One such possible reason is due to the low number of impacts (n = 4) carried out for each hip protector. Although not shown, it was calculated that a p-value less than 0.05 would have been achieved if $n \geq 11$, assuming maximum impact values remained within $\pm 1$ S.D. of the means given in Table 4.3. Another potential reason is that all the hip protector substrates exhibit similar mechanical properties when subjected to high rates of deformation. Mechanical testing shown in Chapter 4.3 was a result of quasi-static impact loading rates, and do not reflect