**POSEY FALL MANAGEMENT - FALL PROTECTION**

# POSEY


E-Z On Model


Incontinent Brief


Male Fly Brief



## POSEY HIPSTERS

**Indications:** Patients at risk for falling; those at risk for hip fracture.

Studies have documented the efficacy of external hip protectors in preventing hip fractures. Posey Hipsters feature impact-absorbing pads over the critical hip fracture area to minimize potential damage that can occur from a fall. The brief is made from comfortable poly/cotton Lycra® with a low profile pad positioned over each hip. These low profile pads are sewn into a slim fitting brief allowing the Hipsters to be discreetly worn under clothing. The one-piece design allows for easy home or institutional laundering.

Hipsters are available in four styles; standard unisex brief, male fly brief, incontinent, and E-Z On models. The standard unisex brief (#6016) and male fly models (#6018) easily slip on over undergarments or can be worn as underwear. The incontinent brief (#6017) features a snap front for easier application over adult diapers. The E-Z On model (#6019) is made of polyester mesh material with hook-and-loop leg straps, and replaceable pads, and is ideal for shower and incontinent use. Hipsters fit comfortably around the patient's waist and feature a latex-free elastic waistband.

| CAT. # | STYLE | SIZE | WAIST SIZE | HIP SIZE |
|---|---|---|---|---|
| 6016 | Standard Brief | S | 28-30" | 35-37" |
| 6017 | Incontinent Brief | M | 32-34" | 39-41" |
| 6018 | Male Fly Brief | L | 36-38" | 43-45" |
| 6019 | EZ-On | XL | 40-42" | 47-49" |
| 6008 | Replacement Pad (for use with model #6019) | XXL | 44-46" | 51-53" |

### Posey Hipsters Proved Effective in Impact Testing

In recent tests performed at UCLA, Posey Hipsters were shown effective in reducing the force of impact in simulated falls to 36% below the average fracture threshold of the proximal femur, and Posey Hipsters outperformed all other hip protectors tested.

 

*Low Profile - All styles fit discreetly under men's and women's clothing.*

# POSEY

**1-800-44-POSEY**
www.posey.com

# POSEY HIPSTERS PROVEN MOST EFFECTIVE IN IN-VITRO TESTING

In in-vitro laboratory testing performed at UCLA, Posey Hipsters were shown effective in reducing the force of impact in simulated falls to 36% below the average fracture threshold of the proximal femur, and Posey Hipsters outperformed all other energy-absorbing foam hip protectors tested.



Data on file at J.T. Posey Company



*Low Profile - All styles fit discreetly under men's and women's clothing.*

## POSEY HIPSTERS

**Indications:** Patients at risk for falling or hip fracture.

Protect your patients and residents against fall-related injuries with Posey Hipsters. Hipsters hip protectors feature impact-absorbing pads over the critical fracture area to minimize potential damage, including hip fractures, that can occur from a fall. The low-profile pads withstand institutional laundering and allow Hipsters to be worn discreetly under normal clothing.

| CAT. # | STYLE | SIZE | WAIST SIZE | HIP SIZE |
|---|---|---|---|---|
| 6016 | Standard Brief | S | 28-30" | 35-37" |
| 6017 | Incontinent Brief | M | 32-34" | 39-41" |
| 6018 | Male Fly Brief | L | 36-38" | 43-45" |
| 6019 | EZ-On | XL | 40-42" | 47-49" |
| 6008 | Replacement Pad (for use with model #6019) | XXL | 44-46" | 51-53" |



"FallGard™" is a trademark of FallGard™, LLC. "HipSaver®" and "SlimSaver™" are trademarks of Hipsaver.®