```
>From: "Brian Anderson" <banderson@posey.com>
>To: <hipsavers@msn.com>
>Subject: The ONLY SCIENTIFICALLY VALIDATED hip protector?
>Date: Wed, 21 Jan 2004 14:59:53 -0800
>
>Hey guys
>
>Posey Hipsters are scientifically validated. In fact, they are
>scientifically better than the "HipSaver". You might want to check out the
>whitesheet put out by UCLA on August 2003. You're using some pretty old
>data on your site too. An "MSN.com" email address doesn't come off as being
>all that slick either.
>
>:)
>
>
>Brian Anderson
>Posey TeleSales Representative    <<ole0.bmp>>
>Care Alternatives Division
>
>Phone:   (800) 447-6739  Ext. 177
>Fax:     (800) 767-3933  Attn: Brian
>
>banderson@posey.com
>http://www.posey.com
>
```

1