UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

The HipSaver Company, Inc.
        Plaintiff,

CIVIL ACTION
NO.  04-11294-PBS

v.

J.T. Posey Company
        Defendant.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                      June 21, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion for Preliminary Injunction on **August 4, 2004**, at **4:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                              By the Court,


                                                /s/ Robert C. Alba
                                              Deputy Clerk


Copies to:  All Counsel