UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HIPSAVER COMPANY, INC.),<br><br>    Plaintiff,<br><br>v.<br><br>J.T. POSEY COMPANY,<br><br>    Defendant. | Civil Action<br>No. 04-11294-PBS |

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3**

I, Shannon S. Sheldon, certify as follows:

1. I am an associate of the law firm of Sheldon & Mak PC, and maintain my principal office in the firm's Pasadena, California office, which is located at 225 South Lake Avenue, Ninth Floor, Pasadena, CA 91101.

2. I am a member in good standing of the Bar of the State of California, Bar No. 216199.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify the foregoing is true and correct.

Dated: June 24, 2004

_____
Shannon S. Sheldon