UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE HIPSAVER COMPANY, INC., ) | |
| Plaintiff, ) | |
| v. ) | Case No. 04-11294-PBS |
| J.T. POSEY COMPANY, ) | |
| Defendant. ) | |

## ASSENTED-TO MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Attorneys William J. Brutocao, Jeffrey G. Sheldon, and Shannon S. Sheldon of the law firm of Sheldon & Mak PC be permitted to appear and participate in this action *pro hac vice* for the purpose of representing defendant J.T. Posey Company, in association with the law firm of Duane Morris LLP by Anthony J. Fitzpatrick.

In support of this Motion, counsel states as follows:

1. Mr. Fitzpatrick of Duane Morris LLP is a member in good standing of the Bar of this Court and is actively engaged in the practice of law within Massachusetts from the offices of Duane Morris LLP, 470 Atlantic Avenue, Suite 500, Boston, Massachusetts 02210.

2. As set forth in the Certifications attached hereto as Exhibits A through C, Attorneys Brutocao, Sheldon and Sheldon are members in good standing of the Bar of the State of California. There is no disciplinary action pending against Attorneys Brutocao, Sheldon or Sheldon in any jurisdiction.

3. As set forth in their Certifications, Attorneys Brutocao, Sheldon and Sheldon have familiarized themselves with the Local Rules of this Court.

4. Counsel for the plaintiff has indicated that the plaintiff assents to this motion.

WHEREFORE, it is respectfully requested that this Court admit Attorneys William J. Brutocao, Jeffrey G. Sheldon, and Shannon S. Sheldon *pro hac vice*, for the purpose of representing defendant J.T. Posey Company in this action.

J.T. POSEY COMPANY,

By its attorneys,

_/s/_ Anthony J. Fitzpatrick_____
Anthony J. Fitzpatrick (BBO # 564324)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210
(617) 289-9200

ASSENTED TO:

__/s/__Lee Carl Bromberg_____
Lee Carl Bromberg (BBO No. 058480)
Edward J. Dailey (BBO No. 112220)
BROMBERG SUNSTEIN, LLP
125 Summer Street, 11th Floor
Boston, MA 02110-1618
(617) 443-9292

Counsel to The HipSaver Company, Inc.

June 28, 2004

BOS\105691.1