UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HIPSAVER COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J.T. POSEY COMPANY, )<br>)<br>Defendant. )<br>) | Case No. 04-11294-PBS |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION

The parties hereby stipulate and agree that the time for defendant to respond to the Complaint and the Motion for Preliminary Injunction in this matter shall be, and the same hereby is, extended to July 15, 2004.

| THE HIPSAVER COMPANY, INC. | J.T. POSEY COMPANY |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/  Lee Carl Bromberg | /s/ Anthony J. Fitzpatrick |
| Lee Carl Bromberg (BBO No. 058480)<br>Edward J. Dailey (BBO No. 112220)<br>BROMBERG SUNSTEIN, LLP<br>125 Summer Street, 11th Floor<br>Boston, MA 02110-1618<br>(617) 443-9292 | Anthony J. Fitzpatrick (BBO No. 564324)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>(617) 289-9200 |

Date:   June 28, 2004

BOS\105693.1