UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11294PBS

| | |
|---|---|
| The HipSaver Company, Inc., <br> Plaintiff, <br><br> v. <br><br> J.T Posey Company, <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AFFIDAVIT OF SERVICE OF PROCESS**

I, Edward J. Dailey. state under penalty of perjury that:

1. I am counsel to the Plaintiff, the HipSaver Company, Inc..

2. Pursuant to the Massachusetts longarm statute, G.L. 223a, §6, I certify that the Complaint in this action was served on Ernest M. Posey, Chief Executive Officer of the J.T. Posey Company, 5635 Peck Road, Arcadia, California 91006 by overnight express on June 11, 2004 and by certified mail on June 21, 2004.

3. A copy of the certified mail receipt signed by Jaime Carlos is enclosed.

 s/ Edward J. Dailey
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
617.443.0004 (fax)
Dated: June 25, 2004

<u>Certificate of Service</u>
I certify that a copy of this document has been forwarded by USPS today to the Defendant's local counsel, Anthony J. Fitzpatrick, Esq., DUANE MORRIS LLP, 470 Atlantic Avenue, Boaton, MA 02210.

 s/ Edward J. Dailey                                   02820/00501 319503.1

2820|50|

**DOCKET**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): Jaime Carlos   B. Date of Delivery: 6-21-04<br>C. Signature: X Jaime Carlos   ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Ernest M. Posey, CEO<br>J. T. Posey Company<br>5635 Peck Road<br>Arcadia, CA   91006 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label): 7001 0360 0003 4082 3182 | |
| PS Form 3811, July 1999   Domestic Return Receipt   2820|50|   102595-00-M-0952 | |

REC...
JUN 2 4 ENT'D
BROMBERG & SUNSTEIN