# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. No. 04-11294-PBS

| | |
|---|---|
| HIPSAVER COMPANY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| J.T. POSEY COMPANY, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER RE: MOTION OF DEFENDANT J.T. POSEY COMPANY FOR AN ORDER:
(1) PERMITTING EXPEDITED DISCOVERY;
(2) EXTENDING TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION;
(3) CONTINUING THE HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Upon the Motion of Defendant J.T. Posey Company ("Posey") for an order continuing the hearing on Plaintiff The HipSaver Company, Inc. ("HipSaver") Motion For A Preliminary Injunction (the "Motion"), and in consideration of the facts and arguments presented by Posey and HipSaver, for good cause shown, IT IS HEREBY ORDERED:

1. Either party (pursuant to subpoena) may depose Bimal P. Gandhi.

2. Plaintiff The HipSaver Company, Inc.'s ("HipSaver") shall make its two declarants, Edward L. Goodwin and Wilson C. Hayes, Ph.D., available for deposition, such depositions being limited to issues relevant an opposition to the Motion, at least five (5) business days in advance of the date Posey is required to file and serve its opposition to the Motion.

3. Posey's opposition to the Motion currently due on July 15, 2004 shall instead be due two (2) weeks prior to the hearing date of _____, 2004.

  4.  HipSaver's reply papers, if any, be filed and served on the date that is one (1) week prior to the hearing date of _____, 2004.

  5.  The hearing for the Motion shall be continued from August 4, 2004 until _____, 2004 at _____.

  6.  [Posey may supplement any opposition papers already filed].

**IT IS SO ORDERED:**

Date: _____            _____
                            U.S. District Judge

Respectfully submitted,

J.T. POSEY COMPANY
By its Attorneys,


\_\_\_\_\_s/Anthony J. Fitzpatrick_____
Anthony J. Fitzpatrick (BBO # 564324)
Eric B. Goldberg  (BBO # 564398)
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
(617) 289-9200

and

Jeffrey G. Sheldon
William J. Brutocao
Shannon S. Sheldon
SHELDON & MAK, PC
225 South Lake Avenue, 9th Floor
Pasadena, California 91101
(626) 796-4000


Dated: 9th day of July, 2004