UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. No. 04-11294-PBS

HIPSAVER COMPANY, INC.,  )
)
Plaintiff,  )
)
v.  )
)
J.T. POSEY COMPANY,  )
)
Defendant.  )

## DECLARATION OF JEFFREY G. SHELDON

I, Jeffrey G. Sheldon, declare:

1. I am a member of the firm of Sheldon & Mak, admitted to practice law in the State of California, and have been admitted or requested to be admitted pro hac vice in the matter.

2. I am a partner of Sheldon & Mak, and have been practicing intellectual property law for over 28 years. I have represented Defendant J.T. Posey Company ("Posey") for over three years. I have previously represented Posey in patent litigation matters.

3. I am lead counsel in this matter. Posey has requested that I handle the hearing on the preliminary injunction motion.

4. I am unable to attend the hearing as currently scheduled. About six months ago I made reservations for a trip for my wife and I overseas. The trip includes a visit with a foreign exchange student previously living with us followed by a cruise in the Baltic region of Europe. Most of the expense of the trip has already been paid, and we did not purchase trip cancellation

JGS Declaration for Posey Motion for Expedited Discovery.wpd

insurance. The trip commences on Saturday, July 24, 2004, and we return to the United States on Sunday, August 8, 2004.

5.    In view of the desire of Posey to have me represent it during the hearing in this matter and the expense associated in changing my travel schedule, and in order to accommodate Posey's request to take depositions, I request the indulgence of the Court and ask the Court to move the hearing for a preliminary injunction to some time on or after August 18, 2004.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of July, 2004 at Pasadena, California.

_____
Jeffrey G. Sheldon

JGS Declaration for Posey Motion for Expedited Discovery.wpd