UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. No. 04-11294-PBS

| | |
|---|---|
| HIPSAVER COMPANY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| J.T. POSEY COMPANY, | ) |
| Defendant. | ) |

### DECLARATION OF ERNEST M. POSEY

I, Ernest M. Posey, declare:

1. I am the Chief Executive Officer of J.T. Posey Company ("Posey").

2. Posey no longer distributes the documentary materials about which The HipSaver Company has complained, namely the "White Paper" authored by Bimal P. Gandhi and Posey has altered to conceal information derived from the White Paper contained in catalog pages.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of July, 2004 at Arcadia, California.

*Ernest M. Posey*
Ernest M. Posey