UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HIPSAVER COMPANY, INC., )
)
Plaintiff, )
)
v. ) Case No. 04-11294-PBS
)
J.T. POSEY COMPANY, )
)
Defendant. )

## STIPULATION AND PROPOSED ORDER TO RESCHEDULE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, AND BRIEFING SCHEDULE

Plaintiff The HipSaver Company, Inc. ("HIPSAVER") and Defendant J.T. Posey Company ("POSEY") through their respective counsel hereby stipulate, and request that the Court order, as follows:

1. The hearing on HIPSAVER's Motion For Preliminary Injunction presently set for August 4, 2004 shall be continued to a date on or after August 18, 2004 to be set by the Court;

2. POSEY's Response to the Motion For Preliminary Injunction shall be due fourteen days prior to the hearing;

3. HIPSAVER's reply shall be due five days prior to the hearing;

4. The parties may each take one deposition of the other party's expert as follows:

   a. POSEY shall designate its expert and serve its expert's report on or before July 19, 2004 (HIPSAVER has previously filed a report from its expert, Wilson Hayes, as an attachment to its Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction);

  b. Expert depositions may be taken between July 21 and July 28, 2004;

5. POSEY's responsive pleading to the complaint shall be due July 19, 2004.

| THE HIPSAVER COMPANY, INC. | J.T. POSEY COMPANY |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Edward J. Dailey<br>Lee Carl Bromberg (BBO No. 058480)<br>Edward J. Dailey (BBO No. 112220)<br>BROMBERG SUNSTEIN, LLP<br>125 Summer Street, 11th Floor<br>Boston, MA 02110-1618<br>(617) 443-9292 | /s/ Anthony J. Fitzpatrick<br>Anthony J. Fitzpatrick (BBO No. 564324)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>(617) 289-9200<br><br>Jeffrey G. Sheldon<br>William J. Brutocao<br>Shannon S. Sheldon<br>SHELDON & MAK, PC<br>225 South Lake Avenue, 9th Floor<br>Pasadena, California 91101<br>(626) 796-4000 |

July 14, 2004

SO ORDERED:

_____
Patti B. Saris
United States District Judge

Date: