UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11294PBS

| | |
|---|---|
| The HipSaver Company, Inc., | ) |
|     Plaintiff, | ) |
|     Counterclaim Defendant | ) |
| | ) |
| v | ) |
| | ) |
| J.T Posey Company, | ) |
|     Defendant, | ) |
|     Counterclaim Plaintiff | ) |

### ANSWER TO COUNTERCLAIM

Plaintiff, The HipSaver Company, Inc. ("HipSaver"), answers J.T. Posey Company's Counterclaim as follows:

1. Paragraph 45 is admitted.

2. Paragraph 46 is admitted, and HipSaver states it is a Massachusetts business corporation.

3. HipSaver does not have sufficient information to answer Paragraph 47.

4. HipSaver admits that part of Paragraph 48 asserting that Posey is a nationwide supplier of more than 600 health care products. HipSaver admits that Posey is the

assignee of two patents related to so-called "straight jackets". HipSaver denies the balance of Paragraph 48.

5. Paragraph 49 is denied.

6. Paragraph 50 is admitted.

7. Paragraph 51 is denied. Further answering, HipSaver states that it is a single product company but designs, manufactures, and sells multiple product lines.

8. Paragraph 52 is denied. Further answering, HipSaver states that Posey was informed that its product copied elements of a patent which was about to be issued to Mr. Goodwin, US 6,519,780. Posey altered its design and was then advised that its redesigned product no longer raised an infringement issue.

9. Paragraph 53 is denied. Further answering, HipSaver states that Posey has copied, imitated, and "knocked-off" HipSaver products.

10. Paragraph 54 is denied. Further answering, HipSaver states that Posey products may be subject to rapid degradation.

11. HipSaver admits that part of Paragraph 55 asserting that it maintains a website but denies that the website improperly denigrates competing products. Further answering, HipSaver says there is no cause of action for denigration.

12. HipSaver admits the following subsections in Paragraph 56: A, B, C, D, E, F, G, H, I. Further answering, HipSaver denies these statements are false or misleading.

13.     HipSaver denies the allegations in Paragraph 56 J and Paragraph 56 K. Further answering, HipSaver denies that its statements with respect to the marketplace and adaptive models are false or misleading.

14.     HipSaver denies that its conduct is wrongful in any respect or that Posey has suffered any but self inflicted damage.

15.     HipSaver denies Paragraphs 59, 60.

16.     In answer to Paragraph 61, HipSaver repeats its answers to Paragraphs 1- 60.

17.     In answer to Paragraph 62, HipSaver admits it is engaged in business in the Commonwealth of Massachusetts.

18.     HipSaver denies Paragraphs 63, 64, 65, and 66.

19.     HipSaver denies that Posey is entitled to the relief sought in the Counterclaim.

### **AFFIRMATIVE DEFENSE**

20      HipSaver states that the Counterclaim lacks a factual basis for the critical elements of a claim for violation of the Lanham Act, 15 U.S.C. § 1125.

21.     HipSaver states that the Counterclaim lacks a factual basis for the critical elements of a claim for violation of G.L. c.93A, §11.

        THEREFORE, HipSaver states that it is entitled to summary Judgment dismissing the Counterclaim under Fed.R.Civ.P. 56(b).

THE HIPSAVER COMPANY, INC.
By its Attorneys,

s/ Brian M. Donovan
Lee Carl Bromberg
BBO no. 058480
Edward J. Dailey
BBO no. 112220
Brian M. Donovan
BBO no. 650551
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts  02110-1618
617.443.9292
617.443.0004  (fax)
Dated:   August 4, 2004

### Certificate of Service

I certify that a copy of this document has been forwarded by USPS First Class mail today to Defendant's counsel of record, Anthony J. Fitzpatrick, Esq., DUANE MORRIS LLP, 470 Atlantic Avenue, Boston, Massachusetts  02210 and by USPS First Class mail to William J. Brutocao, Esq., SHELDON & MAK, 225 South Lake Avenue, 9th Floor, Pasadena, California  91101.

 s/ Brian M. Donovan

02820/00501   326280.1