UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11294-PBS

HIPSAVER COMPANY, INC., )
)
Plaintiff, )
)
v. )
)
J.T. POSEY COMPANY, )
)
Defendant. )

## DECLARATION OF SHANNON S. SHELDON

I, Shannon S. Sheldon, declare:

1. I am a member of the firm of Sheldon & Mak, admitted to practice law in the State of California, and have been admitted or requested to be admitted pro hac vice in the matter.

2. I submit this declaration in support of Defendant J.T. Posey Company's ("Posey") Opposition to Plaintiff The HipSaver Company's ("HipSaver") Motion for Preliminary Injunction.

3. A true and correct copy of the relevant portions of Bimal P. Gandhi's master thesis is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of August, 2004 at Pasadena, California.

/s/ Shannon S. Sheldon
_____
Shannon S. Sheldon

**EXHIBIT "C"**

The thesis of Bimal Pradeep Gandhi is approved.

_____
J. Michael Kabo

_____
Ajit Mal

_____
Vijay Gupta, Committee Chair

University of California, Los Angeles

2003

ii

ABSTRACT OF THE THESIS

Transient Dynamic Response in a Surrogate Hip Model

During a Simulated Lateral Fall

by

Bimal Pradeep Gandhi

Master of Science in Biomedical Engineering

University of California, Los Angeles, 2003

Professor Vijay Gupta, Chair

The primary objective of this thesis analyzes the transient dynamic responses recorded during a simulated lateral fall on the greater trochanter using various hip protectors. The secondary objective is to characterize the temporal peak forces relative to the phase of compression of the pelvis using an ultrafast digital camera at 1000 fps. A surrogate hip model was constructed and impacted using an Instron 8250 DynaTup apparatus. An average of 80 J was introduced at the apical surface of the hip protector during impact, with an average impact velocity of 2.14 m/s. A strain gauge incorporated into the impact hammer registered the applied load, while a piezoelectric load cell located beneath the femoral head measured the transmitted load. Applied forces varied with

protector type, however, the resultant force-time curves exemplify the overall force attenuating capacity of the material. Results showed all materials reduced the maximum impact load under the mean fracture threshold of 4113 N ± 1527 N. Only one hip protector was unable to reduce the resultant force 1 S.D. below the fracture value.

Image analysis showed the greatest dynamic effect occurring within 65 ms following initial impact. Maximum compression of the pelvis correlated with peak transmitted forces observed between 45 and 55 ms. Further investigation and research proposes a secondary mechanism such as partially filled liquid systems that would transfer the impact energy in the radial direction supplementing the energy dispersing effect of the polymer matrix.

1

switch. Both buttons located on the control box needed to be initiated sequentially for the system to operate. A secondary safety measure forced all doors that allowed access to the enclosure to be closed during operation. Once the crosshead was released, two guide rails directed the entire mass along the axis of impact.

The impact platen, or hammer, was constructed in the UCLA Engineering Machine Shop using stainless steel (Fig. 3.4). Its final mass was measured at 0.53 kg. The impact area of the hammer was 0.0045 $m^2$, the approximate contact surface area covering the greater trochanter found in fall patients after striking the ground [Lauritzen et al.]. The threaded top of the platen screwed directly into the impact arm of the support brackets, which secured the bulk mass together.



Fig. 3.4 Impact hammer constructed from stainless steel.

Impact height was measured as the absolute distance from the free surface of the hammer to the apical surface of the hip protector. Drop height was manipulated such that the kinetic energy at impact was equivalent to 80 J, well above the average fracture

40



Fig. 4.3 Force-time curves of Plastazote at single and double thicknesses. These values are those captured by LC1.

### 4.3 Mechanical Properties of Materials

Compression analysis was conducted on all devices, excluding the SafeHip hip protector due to irregular geometry. Load versus displacement curves were produced using an Instron 5544 tensile/compression apparatus (Instron, Canton, Massachussetts) running Merlin version 3.03 (Fig. 4.4 – 4.6). The load limit of the cross head for this instrument was 500 N. Compression was stopped at 80% of this value to insure no damage was incurred by the crosshead clamp. Pseudo-impact strain-rates of 1 mm/sec