# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. No. 04-11294-PBS

| | |
|---|---|
| HIPSAVER COMPANY, INC., | ) |
| Plaintiff. | ) ) ) |
| v. | ) ) |
| J.T. POSEY COMPANY. | ) ) |
| Defendant. | ) ) ) |

## DECLARATION OF THOMAS PAUL HEDMAN, Ph. D.

I, Thomas Paul Hedman, declare:

1.      I am an Associate Professor of Research, Department of Biomedical Engineering, School of Engineering, University of Southern California, and an Associate Professor of Research, Department of Orthopaedic Surgery, Keck School of Medicine of the University of Southern California. My experience and qualifications are set forth in my curriculum vitae, a true and correct copy of which is attached hereto as Exhibit A. My curriculum vitae truly and accurately states my qualifications in this matter.

1

2. I have prepared a letter report of preliminary conclusions regarding the master's thesis of Bimal P. Gandhi and related matters, a true and correct copy of which is attached hereto as Exhibit B. The attached letter report truly and accurately states my opinions and conclusions in this matter.

I declare under penalty of perjury in accordance with the laws of the United States of America that the foregoing is true and correct.

Executed July 30, 2004 at Los Angeles, California.

Thomas Paul Hedman, Ph. D.