**EXHIBIT "A"**

# CURRICULUM VITAE

## A.  Personal Information

| | |
|---|---|
| Name in full | Thomas Paul Hedman, Ph.D. |
| Business Address | USC Orthopaedic Research Laboratory |
| | 1355 San Pablo Street, DVRC-104 |
| | Los Angeles, CA  90089-9222 |
| Business Phone | (323) 442-3337 |
| Home Address | 25665 Frost Lane |
| | Stevenson Ranch, CA  91381 |
| Home Phone | (661) 255-8696 |
| Place of Birth | Minneapolis, Minnesota |
| Citizenship | U.S.A. |
| E-mail Address | hedman@usc.edu |
| Web Page | http://www-hsc.usc.edu/~hedman/ |

## B.  Education

| | |
|---|---|
| High School | Fridley High School, Fridley |
| | Fridley, MN, 1979 |
| College or University | University of Minnesota, Institute of Technology |
| | Minneapolis, B.S.M.E., 1983 |
| Graduate School | Massachusetts Institute of Technology, |
| | Cambridge, M.S.M.E., 1985 |
| | University of Strathclyde, |
| | Glasgow, Scotland, Ph.D., 1995 |
| Honors and Awards | B.S. in Mechanical Engineering awarded with distinction, |
| | J. Palmer Hermundslie Memorial Scholarship (Medtronics, Inc.) recipient. |
| | Dean's list: University of Minnesota, Institute of Technology |

Curriculum Vitae                                          Thomas P. Hedman, Ph.D.
Page 2 of 26

**C.    Professional Background**

### Academic Appointments

Associate Professor of Research, Department of Orthopaedic Surgery, Keck School of
   Medicine of the University of Southern California, 2003 to present
Associate Professor of Research, Department of Biomedical Engineering, School of
   Engineering, University of Southern California, 2003 to present
Assistant Professor of Research, Department of Biomedical Engineering, School of
   Engineering, University of Southern California, 2003
Assistant Professor of Research, Department of Orthopaedic Surgery, Keck School of
   Medicine of the University of Southern California, 1994 – 2003

### Teaching Responsibilities

Annual Lectures to Orthopaedic Residents (1-3 per year), 1995 - present
   - Covering Various Topics in Orthopaedic Biomechanics, Soft-Tissue Biomechanics,
     Spinal Biomechanics, Orthopaedic Biomaterials, Statistics.
Co-Instructor: Introduction to Biomaterials (Biomed. Eng. Dept.) BME410
   - Spring 2000, Student Evaluation 4.10/5.0 (Above Average)
   - Spring 2001, Student Evaluation Not Available
   - Spring 2002, Student Evaluation 3.95/5.0 (Above Average)
   - Fall 2002, Student Evaluation 3.81/5.0 (Above Average)
   - Fall 2003
Lecturer to First Year Medical Students-Musculoskeletal Section, 2002

### Administrative Responsibilities

Member, Anatomical Gift Program Oversight Committee, 2001- present
Director of Research and Development, Ampac Biotechnology, Inc., 2001- present
Department Representative (or alternate): Medical Faculty Assembly, 1995 - present
Member, Orthopaedic Resident Research Committee, 1995 - present
Director, USC Orthopaedic Research Laboratory, University of Southern California,
   1994 - Present
Interim Director, Arthritis Centre, Biomechanics Laboratory,
   The Toronto Hospital, 1991-1994.

### Other Employment or Activity

Director of Research and Development, Ampac Biotechnology, Inc., 2001- present
Research Associate, The Toronto Hospital, 1985-1994
Research Assistant, Massachusetts Institute of Technology, 1983-1985

Engineering Assistant Trainee, University of Minnesota, Physical Plant, 1981-1983
Engineering Intern, Metropolitan Council, Division of Solid Waste Management,
   St. Paul, 1980
Judge-Applied Mechanics, California State Science Fair, 1995- present
Volunteer, HOPE Worldwide, Immunization awareness and other various communities
   projects, 1995 – present

## Conference Moderation and Organization

Co-Chair, Basic Science Committee, SICOT/SIROT, 2001- 2002
Moderator, Basic Science Forum, Northern Region Congress APOA 2003

## Graduate Theses Supervised

Fleming Chu, M.S., *The Biomechanical Effects of Spinal Fusions on the Adjacent Unfused
   Segment*, Biomedical Engineering Department, May 2001.

Dean Gray, M.S., *A Preliminary Investigation to Determine the Effects of a Crosslinking
   Reagent on the Fatigue Resistance of the Posterior Annulus of the Intervertebral Disc*,
   Biomedical Engineering Department, May 2002.

Baber Syed, M.S. Candidate, Biomedical Engineering Department, In Progress

Brendan S-Y Chuang, M.D., *Viscoelastic Homogeneity, Recovery, and Hydration in Rat
   Tail Intercaudal Discs*, Biomedical Engineering Department, May 2004.

Brendan S-Y Chuang, M.D., Ph.D. Candidate, Biomedical Engineering Department, In
   Progress.

Judson Welcher, Ph.D. Candidate, Biomedical Engineering Department, In Progress.

Jai Singh, Ph.D. Candidate, Biomedical Engineering Department, In Progress.

Jiang Guangquiang, Ph.D. Candidate, Biomedical Engineering Department, In Progress.

Stephanie Hsu, M.D., Ph.D. Candidate, Mechanical Engineering Department, In Progress.

## Awards and Honors

Charles S. Neer Award for Basic Science Research, Awarded by the American Shoulder
   and Elbow Surgeons Society, 1997.

Thomas P. Hedman, Ph.D.

**D.    Society Memberships**

> **National**

> American Society of Mechanical Engineers, 1992-present
> American Society of Testing and Materials (ASTM), 1987-present
> American Society of Testing and Materials (ASTM-F04) Medical and Surgical
>    Materials and Devices, 1987-present
> American Society of Testing and Materials (ASTM-F04.25) Spinal Devices,
>    1990-present
> American Society of Testing and Materials (ASTM-F04.25.01) Spinal terminology
>    subcommittee member, 1990-present
> American Society of Testing and Materials (ASTM-F04.25.04) Construct testing
>    subcommittee member, 1990-present

> **International**

> Orthopaedic Research Society, 1999-present
> International Society of Biomechanics, 2001-present

**E.    Consultantships**

> **National**

> Ad Hoc Reviewer to Editors of Neurosurgery Journal, 1994-present
> Ad Hoc Reviewer to Editors of Journal of Biomechanics, 1999-present
> Ad Hoc Reviewer to Journal of Bone and Joint Surgery, 2000-present
> Ad Hoc Reviewer to Journal of Clinical Biomechanics, 2003-present

**F.    Research Activities**

> Complete Bibliography Appended

> **Major Areas of Interest**

> Biomechanics

> Orthopaedic biomechanics

> Spinal biomechanics

Thomas P. Hedman, Ph.D.

Degeneration in the lumbar spine

Development and testing of new technologies

### Research in Progress

Biomechanical benefits of endogenous crosslinks and non-toxic crosslinking reagents on collagenous tissues

Biomechanical benefits of endogenous crosslinks and non-toxic crosslinking reagents on intervertebral disc

Biomechanics of the cervicothoracic junction of the spine

Biomechanical comparison of lumbar fusion and intervertebral disc replacement

Evaluation of disc degradation resulting from repetitive sub-traumatic loading and sustained loading

Management of cerebral palsy spastic gait using a custom orthosis simulator

### Research Funding

| | |
|---|---|
| Mechanical response of lumbar spines<br>Arthritis Society of Canada<br>1991 - 1994, Co-investigator | $ 135,000 |
| Modification of Intervertebral Disc Fatigue Resistance<br>NIAMS—NIH, STTR Grant to Ampac Biotechnology, Inc.<br>2001 - 2002, Principal Investigator | $100,000 |
| Development of an Intervertebral Disc Prosthesis<br>MDS Health Group, Toronto<br>1985 - 1991, Co-investigator | $1,200,000 |
| Evaluation of absorbable screws in ankle syndesmosis<br>Johnson & Johnson<br>1994 - 1995, Co-investigator | $ 21,000 |
| Development and testing of various orthopaedic implants<br>ACE Medical Company | $ 145,000 |

1995 - 1998, Principal Investigator

Fibular Fracture Reconstruction                                    $ 20,000
American Orthopaedic Association
1995 - 1996, Co-investigator

Bone anchor comparative testing, interbody fusion          $ 12,000
device, disc replacement—development and testing
Li Medical Technologies, Inc.
1995 - 2000, Principal Investigator

Cable and cable construct testing                                  $ 100,000
Howmedica
1994 - 1999, Co-investigator

Remodelable bone cement augmentation of calcaneus fractures   $ 30,000
Norian Corporation
1996 - 1999, Co-investigator

Intramedulary nailing in sub-trochanteric femur fractures      $   9,000
Biomet
1998 - 1999, Co-investigator

Compression screw for slipped capital femoral epiphysis        $   5,000
A.O. Synthes
1998 - 1999, Co-investigator

Evaluation of novel interbody fusion devices                    $  25,000
Sofamor-Danek
1998 - 1999, Co-investigator

Biomechanics of anterior surgical approaches to the shoulder    $  11,000
Kerlan-Jobe Clinic
1998 - 1999, Co-investigator

Investigations into radiofrequency energy shortening of         $   2,000
shoulder ligaments
Mitek Corporation
1998 - 1999, Co-investigator

Tension loss in spinal cable systems                            $   9,000
Surgical Dynamics, Codman & Spinal Concepts
1998 - 1999, Principal Investigator

Pediatric anterior scoliosis system testing                    $   9,000
Medtronic, Sofamor-Danek
1999 - 2000, Co-investigator

Thomas P. Hedman, Ph.D.

| | |
|---|---|
| New systems testing<br>Bioplate<br>1999 - indefinite, Principal Investigator | $ 35,000 |
| Fusion Study and New Instrumentation Testing<br>Synthes<br>1999 - 2000, Co-Investigator | $ 15,000 |
| Intramedullary nailing in sub-trochanteric femur fractures<br>Biomet<br>1998 - 2002, Co-Investigator | $ 7,000 |
| New systems testing<br>Aesculap<br>2000 - 2001, Principal Investigator | $ 19,000 |
| New systems testing<br>Macropore<br>2000 - 2001, Principal Investigator | $ 10,000 |
| Biomechanical evaluation of the cervicothoracic junction<br>Sofamor-Danek, Synthes-Spine, Blackstone, Depuy/Acromed<br>2000 - 2003, Principal Investigator | $205,000 |
| Rat shoulder tendon study<br>James Tibone, M.D.<br>2001 - 2002, Principal Investigator | $ 9,000 |
| Opening/closing wedge osteotomy study<br>Congress Associates, Inc.<br>2001 - 2002, Principal Investigator | $ 10,000 |
| Biomechanical evaluation of knotless bone anchors<br>Opus Medical, Inc.<br>2001, Principal Investigator | $ 18,300 |
| Mucosal tissue tensile testing<br>USC Dept. Head and Neck Surgery, Research Division<br>2001, Co-investigator | $ 1,250 |
| Vascular tissue mechanical testing<br>Philogenesis | $ 3,000 |

2001 - 2002,  Principal Investigator

Biomechanical analysis of new materials for vertebroplasty          $     2,800
Interpore Cross International
2002 – 2003, Principal Investigator

Comparative testing of disc replacements                           $   42,500
Spine Research Foundation
2003 – 2004, Principal Investigator

Biomechanical evaluation of the cervicothoracic junction fixation  $   63,000
Blackstone Medical
2004 - 2005, Principal Investigator

## G.    Presentations

### Invited Speaker

1.    ASME-L.A. Chapter, An Introduction to Orthopaedic Biomechanics, October 28, 1999.

2.    Wilson-Bost Interurban Orthopaedic Club Meeting, Biomechanical benefits of crosslink augmentation in spinal discs, April 25, 2003.

3.    Tri-Service General Hospital, Biomechanical benefits of crosslinking in spinal discs, Biomechanics of the thoracic spine, sternum and ribcage, Taipei, Taiwan, December 7, 2003.

### Regional

1.    **Hedman, T.P.**
Experimentally Derived Analytical Model of the Seated Lumbar Spine.
Presented at the Fourth Annual Orthopaedic Hospital Research Day, Los Angeles, California, May 22, 1995.

2.    Longjohn, D.B., Dall, D., Shepherd, L. and **Hedman, T.P.**
Cannulated Screws and Cable Versus Modified Tension Band Wiring for Fixation of Transverse Patella Fractures: A Biomechanical Study.
Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 23, 1995.

3.    Kumar, J., Thordarson, D. and **Hedman, T.P.**
The Effect of Partial Versus Complete Plantar Fasciotomy on the Windlass Mechanism.
Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 23, 1995.

Curriculum Vitae                                      Thomas P. Hedman, Ph.D.
Page 9 of 26

4.    Merkle, P., Thordarson, D. and **Hedman, T.P.**
      Vertical Load Response Comparison Between Tibialis Posterior Tendon and Flexor Hallicus
      Longus/Flexor Digitorum Longus Posterior Tendon Reconstruction.
      Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 23, 1995.

5.    Vangsness, C.T., Jr. and **Hedman, T.P.**
      The In Vitro Analysis of the Weight Bearing Kinematics of the Intact and ACL Deficient
      Knee.
      Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 20, 1996.

6.    Gross, D.L., Thordarson, D. and **Hedman, T.P.**
      Biomechanical Evaluation of an Absorbable Screw in a Simulated Syndesmotic Ankle Injury.
      Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 21, 1996.

7.    **Hedman, T.P.**
      Biomechanics of Thoracolumbar Trauma.
      Presented at the University of Southern California Spine Seminar, L.A., California, May 1997.

8.    Selecky, M.T., Vangsness, C.T., Jr. and **Hedman, T.P.**
      The Effects of Laser Induced Collagen Shortening on the Biomechanical Properties of the
      Inferior Glenohumeral Ligament Complex.
      Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 19-20, 1997.

9.    Stenette, D., Itamura, J., Vangsness, C.T., Jr., Burkhead, W.Z.and **Hedman, T.P.**
      Rotator Interval Reconstruction.
      Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 19-20, 1997.

10.   Bakhshian, S., Thordarson, D., Ebramzadeh, E., Motamed, S. and **Hedman, T.P.**
      The Effect of the Talar Shift, Fibular Shortening and Rotation on Tibiotalar Contact Stresses
      in PLR Ankle Fracture Malunion Models.
      Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 19-20, 1997.

11.   Reisch, R., Thordarson, D. and **Hedman, T.P.**
      The Effect of Varus Calcaneus Osteotomy on Arch Configuration of Adult Flatfoot.
      Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 19-20, 1997.

12.   Chon, J.H, **Hedman, T.P.** and Watkins, R.
      The Effects of Different Saggital Alignments of Spinal Fusion on the Biomechanics of the
      Adjacent Motion Segment in Different Postures, An In Vitro Biomechanical Analysis.
      Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 19, 1998.

13.   Ferrara, A.H., Vangsness, C.T., **Hedman, T.P.**, Liao, W-L., Itamura, J. and Tibone, J.

The Biomechanical Effects of Radiofrequency Induced Collagen Shortening on the Inferior Glenohumeral Ligament Complex.
Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 19, 1998.

14. Hilton, K.R., Tibone, J., Obuch, A., Lawrence, T.B. and **Hedman, T.P.**
Shoulder Translation After Anterior Shoulder Capsulorraphy.
Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 19, 1998.

15. Tchejeyan, G., Dall, D., Shepherd, L. and **Hedman, T.P.**
The Biomechanical Advantage of Cable Cerclage for Unstable IT Fractures.
Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 17-18, 1999.

16. Vangsness, C.T., **Hedman, T.P.** and Liao, W.L.
Transient Pattern of Temperature Changes in Radiofrequency Energy Induced Shortening of the Inferior Glenohumeral Ligament.
Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 17-18, 1999.

17. **Hedman, T.P.**
Cable Tension Loss in Posterior Cervical Spine Arthrodesis.
Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 17-18, 1999.

18. **Hedman, T.P.**
Recent Advancements in Orthopaedic Biomechanics.
Presented at the University of Southern California, Department of Biomedical Engineering, Los Angeles, California, November 2, 1999.

19. **Hedman, T.P.**
Use of Non-Destructive Materials Testing Techniques to Assess the Degradation of Intervertebral Discs Subjected to Non-Traumatic Repetitive Loads
Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 22-23, 2000.

20. Vangsness, C.T., Liao, W.L. and **Hedman, T.P.**
Thermal Properties of Radiofrequency Devices for Shoulder Instability Surgery
Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 22-23, 2000.

21. Davis, D.K., Watkins, R.W., Williams, L. and **Hedman, T.P.**
Thermal Modulation of the Intervertebral Disc: A Biomechanical Analysis
Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 22-23, 2000.

22. Owens, S., **Hedman, T.P.** and Tibone, J.
Comparison of Glenohumeral Translation Following Rotator Interval Closure Versus Posterior Capsulorrhaphy
Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 22-23, 2000.

23.    Moon, C., **Hedman, T.P.** and Itamura, J.M.
       The effect of Compass Hinge placement on radial head loading
       Presented at the USC/GOS Annual Meeting, Los Angeles, California, June22, 2001.

24.    **Hedman, T.P.**, Chu, F., Khoo, L. and Samudrala, S.
       Lumbar fusion affects loading of the adjacent intervertebral joint
       Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 22, 2001.

25.    **Hedman, T.P.**, Gray, D., Syed, B., Holden, P., Han, B. and Nimni, M.
       A new treatment to reduce fatigue-induced degradation of the intervertebral disc
       Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 21, 2002.

26.    Caffey, S., Moore, B., **Hedman, T.P.** and Vangsness, C.T.
       Effects of radiofrequency energy on human articular cartilage: an analysis of five systems
       Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 21, 2002.

27.    Adamson, G., Fraipont, M., Durand, P. and **Hedman, T.P.**
       The effect of high tibial osteotomies on patellofemoral contact forces
       Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 21, 2002.

28.    **Hedman, T.P.**, Chuang, S-Y, Gray, D., Syed, B., Han, B., Nimni, M.
       Biomechanical benefits of crosslinking in cartilaginous tissues
       Presented at the USC/GOS Annual Meeting, Los Angeles, California, June 20, 2003.

29.    **Hedman, T.P.**
       Biomechanical benefits of crosslinking in collagenous tissues
       USC-AME Seminar, Los Angeles, California, September 24, 2003.

30.    **Hedman, T.P.**
       Biomechanical benefits of crosslinking in spinal discs
       USC-BME Seminar, Los Angeles, California, October 9, 2003.

31.    **Hedman, T.P.**
       Recent advancements in exogenous crosslinking of spinal discs
       USC/GOS Annual Meeting, Los Angeles, California, June 18, 2004.

32.    Olch, C., **Hedman, T.P.**, Stevanovic, M., Schnall, S.
       Carpal kinematic changes from trapezial excision
       USC/GOS Annual Meeting, Los Angeles, California, June 18, 2004.

33.    Miller, J.R., Durand, P., Vo, C., **Hedman, T.P.**, Adamson, G.J.
       The effect of high tibial osteotomies on patellofemoral contact pressures

Thomas P. Hedman, Ph.D.

### National

1.  **Hedman, T.P.**, Kostuik, J.P.
    The Red Kangaroo as a Biomechanical Experimental Model for the Lumbar Spine
    Presented at the ASTM Special Symposium on Spine, Kansas City, Kansas, 1989.

2.  Selecky, M.T., Vangsness, C.T., Jr., Liao, W.L., Saadat, V. and **Hedman, T.P.**
    The Effects of Laser Induced Collagen Shortening on the Biomechanical Properties of the
    Inferior Glenohumeral Ligament Complex.
    Presented at the American Academy of Orthopaedic Surgeons Annual Meeting, February,
    1996.

3.  Thordarson, D., Kumar, J., **Hedman, T.P.** and Ebramzadeh, E.
    The Effect of Partial vs. Complete Plantar Fasciotomy Upon the Windlass Mechanism.
    Presented at the American Orthopaedic Foot and Ankle Society Annual Meeting, Hilton Head,
    South Carolina, June 28-30, 1996.

4.  Liker, M.A., **Hedman, T.P.**, Liao, W-L., Lytton, A.W. and Samudrala, S.
    Cable Tension Loss in Posterior Cervical Spine Arthrodesis.
    Presented at the National American Spine Society Annual Meeting, Florida, 1998.

5.  **Hedman, T.P.**, Liao, W.L., Watkins, R., Liker, M. and Yu, J.
    Strength Reduction of the Posterior Intervertebral Disc Resulting From Repetitive Sub-Failure
    Loading.
    Presented at the Orthopaedic Research Society 45th Annual Meeting, Feb 1-4, 1999, Anaheim,
    California.

6.  Liker, M.., **Hedman, T.P.** and Samudrala, S.
    Failed Posterior Spinal Fusion: The Role of Bone Mineral Density on Cable Tension Loss.
    Presented at the American Association of Neurological Surgeons Annual Meeting, 1999.

7.  Polousky, J., Vangsness, C.T. and **Hedman, T.P**.
    Radiofrequency Thermal Effects on the Human Meniscus: An In Vitro Analysis.
    Presented at the American Academy of Orthopaedic Surgeons, Anaheim, California, February
    4-8, 1999.

8.  Ferrera, A., Vangsness, C.T. and **Hedman, T.P**.
    The Biomechanical Effects of Radiofrequency Induced Collagen Shortening on the Inferior
    Glenohumeral Ligament Complex.
    Presented at the American Academy of Orthopaedic Surgeons, Anaheim, California, February
    4-8, 1999.

Thomas P. Hedman, Ph.D.

9.    Vangsness, C.T., Liao, W.L. and **Hedman, T.P**.
      Conduction of Radiofrequency Generated Heat Through the Glenohumeral Ligament.
      Presented at the American Academy of Orthopaedic Surgeons, Annual Meeting, Anaheim,
      California, February 4-8, 1999.

10.   Liker, M., **Hedman, T.P.** and Samudrala, S.
      Failed Posterior Spinal Fusion: The Role of Bone Mineral Density on Cable Tension Loss.
      Presented at the AANS/CNS Section on Disorders of the Spine and Peripheral Nerves,
      Orlando Florida, February 10-13, 1999.

11.   Mirzayan, R., Panossian, V., Chen, J., **Hedman, T.P.** and Tibone, J.E.
      The Effect of Estrogen on Rabbit Anterior Cruciate Ligament: A Biomechanical Study
      Presented at the Orthopaedic Research Society 46th Annual Meeting, Orlando, Florida,
      March 12-15, 2000.

12.   **Hedman, T.P.**, Samudrala, S. and Liker, M.
      Failed Posterior Spinal Fusion: The Role of Vertebral Bone Mineral Density and Laminar
      Hardness on Cable Tension Loss
      Presented at the Orthopaedic Research Society 46th Annual Meeting, Orlando, Florida,
      March 12-15, 2000.

13.   Khoo, L.T., Chu, F., **Hedman, T.P.** and Samudrala, S.
      A Biomechanical Analysis of the Effects of Lumbar Fusion on the Adjacent Vertebral Motion
      Segment
      Podium presentation at the 15th Annual Meeting of the North American Spine Society, New
      Orleans, October 25-28, 2000.

14.   Khoo, L.T., **Hedman, T.P.** and Samudrala, S.
      A Biomechanical Comparison of Fixation Techniques at the Cervicothoracic Junction
      Poster presentation at the 15th Annual Meeting of the North American Spine Society, New
      Orleans, October 25-28, 2000.

15.   Khoo, L., Chu F., **Hedman T**., Samudrala S.
      The biomechanical effects of lumbar fusion on the adjacent vertebral motion segment
      Podium presentation at the Congress of Neurological Surgeons Annual Meeting. San
      Antonio, Texas. September 2000.

16.   Khoo, L, Chu, F, **Hedman, T**., Samudrala, S.
      A biomechanical comparsion of fixation techniques at the cervicothoracic junction
      Podium presentation at the Congress of Neurological Surgeons Annual Meeting. San
      Antonio, Texas. September 2000.

17.    Itamura, J., Roidis, N., Stennette, D. and **Hedman, T.P.**
       Rotator cuff interval reconstruction: A biomechanical study
       Presented at the 2001 Annual Meeting of the Western Orthopaedic Association, Sept. 24,
       2001.

18.    Khoo L., **Hedman T.**, Samudrala S.
       A biomechanical comparison of posterior instrumentation at the cervicothoracic junction
       Poster presentation at the 29th Annual Cervical Spine Research Society Meeting, Monterey,
       California, November 29, 2001.

19.    **Hedman, T.P.,** Syed, B., Holden, P., Gray, D.
       Quantification of intervertebral disc degradation resulting from fatigue
       Podium presentation at the 48th Annual Meeting of the Orthopaedic Research Society, Dallas,
       Texas, February 10-13, 2002.

20.    Caffey, S., Vangsness, C.T. and **Hedman, T.P.**
       Effects of radiofrequency energy on human articular cartilage: an analysis of five systems
       Podium Presentation at the 69th Annual Meeting of the American Association of Orthopaedic
       Surgeons, Dallas, Texas, February 13-17, 2002.

21.    Polousky, J., Vangsness, C.T. and **Hedman, T.P.**
       Radiofrequency thermal effects on the human meniscus: an in-vitro comparison of monopolar
       and bipolar electrodes
       Poster presentation at the 69th Annual Meeting of the American Association of Orthopaedic
       Surgeons, Dallas, Texas, February 13-17, 2002.

22.    **Hedman, T.P.**, Chuang, S-Y, Syed, B., Gray, D.
       Biomechanical benefits of crosslink augmentation in spinal discs
       Podium presentation at the ASME International Mechanical Engineering Congress &
       Exposition 2003, Washington, DC, November 15-22, 2003

23.    Chuang, S-Y, Le, D H, **Hedman, T. P.**
       Viscoelastic recovery and hydration in rat-tail intercaudal discs
       Poster Presentation at the 50th Annual Meeting of the Orthopaedic Research Society, San
       Francisco, California, March 7-10, 2004.

24.    Chuang, S-Y, Huoh, M, Vo, C, **Hedman, T. P.**
       Viscoelastic homogeneity in rat tail intercaudal discs
       Poster Presentation at the 50th Annual Meeting of the Orthopaedic Research Society, San
       Francisco, California, March 7-10, 2004.

25.    **Hedman, T. P.**, Chuang, S-Y
       Exogenous crosslinking decreases neutral zone in intervertebral discs
       Poster Presentation at the 50th Annual Meeting of the Orthopaedic Research Society, San
       Francisco, California, March 7-10, 2004.

Curriculum Vitae                                        Thomas P. Hedman, Ph.D.
Page 15 of 26
**International**

1.  Hsu, A., Ho, L., Ho, S. and **Hedman, T.P.**.
    Experimental Simulation of Inferior Glide Mobilization of Glenohumeral Joint.
    Presented at the World Conference of Physical Therapists, Hiroshima, Japan, May 23-28, 1999.

2.  Shepherd, L.E., Zalavras, C., Greene, N., Lee, J., **Hedman, T.P.**, Gelalis, I. and Patzakis, M.J.
    Intramedullary Pressure During Unreamed and Reamed Nailing of the Femur: Is There a Difference? A Prospective, Randomized Clinical Study
    Presented at the 56th Annual Congress of Orthopaedic Surgery and Traumatology, Athens, Greece, September 11-15, 2000.

3.  Khoo L, **Hedman T.**, Samudrala S.
    A biomechanical comparsion of fixation techniques at the cervicothoracic junction
    Poster presentation at the American Academy of Neurological Surgery 2001 Annual Meeting, Toronto, Canada, April 23, 2001.

4.  Khoo L, **Hedman T.**, Samudrala S.
    A study of the biomechanics in the adjacent level syndrome
    Poster presentation at the American Academy of Neurological Surgery 2001 Annual Meeting, Toronto, Canada, April 23, 2001.

5.  Chu, F., Khoo, L. and **Hedman, T.P.**
    Lumbar fusion affects loading of the adjacent intervertebral joint
    Podium presentation at the XVIIIth Congress of the International Society of Biomechanics, Zurich, Switzerland, July 8-13, 2001.

6.  Gray, D. and **Hedman, T.P.**
    Non-destructive testing techniques used to assess the degradation of intervertebral discs subjected to non-traumatic repetitive loads
    Poster presentation at the XVIIIth Congress of the International Society of Biomechanics, Zurich, Switzerland, July 8-13, 2001.

7.  **Hedman, T.P.**
    The biomechanical benefits of crosslinking in spinal discs
    Podium presentation at the North Region Congress of the Asian Pacific Orthopaedic Association, Taipei, Taiwan, Dec. 5-6, 2003.

8.  Patel, V., Welcher, J., Delamarter, R., Bae, H., **Hedman, T.P.**
    Floating and Fixed Center of Rotation Intervertebral Prostheses: Biomechanical Comparison
    Podium Presentation at the Global Symposium on Intervertebral Disc Replacement and Non-fusion technology, Spine Arthroplasty Society, Vienna, Austria, May 4-7, 2004.

9.  Chuang, S-Y, Le, D., **Hedman, T.P.**
    Viscoelastic recovery in rat-tail intercaudal discs

Curriculum Vitae                                    Thomas P. Hedman, Ph.D.
Page 16 of 26

Podium presentation at the 7th World Biomaterials Congress, Sydney, Australia, May, 2004.

10.   Chuang, S-Y, Huoh, M., Vo, C., **Hedman, T.P.**
      Viscoelastic homogeneity in rat-tail intercaudal discs
      Poster presentation at the 7th World Biomaterials Congress, Sydney, Australia, May, 2004.

11.   **Hedman, T.P.**, Gray, D., Syed, B., Holden, P., Han, B., Nimni, M.
      Injectable minimally-toxic crosslink augmentation improves intervertebral disc fatigue
      resistance
      Poster presentation at the 7th World Biomaterials Congress, Sydney, Australia, May, 2004.

# BIBLIOGRAPHY

## PEER REVIEW

1.  **Hedman, T.P.**, Kostuik, J.P. and Fernie, G.R.
    Design Of An Intervertebral Disc Prosthesis.
    Spine, 16: 256-260, 1991.

2.  **Hedman, T.P.**
    A New Transducer For Facet Force Measurement In The Lumbar Spine:
    Bench Mark And In Vitro Test Results.
    J. Biomech., 25: 69-80, 1992.

3.  Hellier, W.G., **Hedman, T.P.** and Kostuik, J.P.
    Wear Studies For Development Of An Intervertebral Disc Prosthesis.
    Spine, 17: 86-96, 1992.

4.  Ogilvie-Harris, D.J., Fitsialos, D. and **Hedman, T.P.**
    Arthrodesis Of The Ankle - A Comparison Of Two Versus Three Screw Fixation,
    Clini. Orthop., 304: 195-199, 1994.

5.  Ogilvie-Harris, D.J., Reed, S.C. and **Hedman, T.P.**
    The Ankle Syndesmosis - A Biomechanical Study Of The Ligamentous Restraints.
    Arthroscopy, 10: 558-560, 1994.

6.  **Hedman, T.P.** and Fernie, G.R.
    In Vivo Measurement Of Lumbar Spinal Creep In Two Seated Postures Using Magnetic
    Resonance Imaging.
    Spine, 20: 178-183, 1995.

7.  Thordarson, D.B., Merkel, P., **Hedman, T.P.** and Liao, W-L.
    An Evaluation Of The Inversion Torque Of The Posterior Tibialis Versus Flexor Digitorum
    Longus And Flexor Hallucis Longus Posterior Tibialis Tendon Reconstructions.
    The Foot, 6: 134-137, 1996.

8.  **Hedman, T.P.** and Fernie, G.R.
    Mechanical Response Of The Lumbar Spine To Seated Postural Loads.
    Spine, 22: 734-743, 1997.

9.  Thordarson, D.B., Kumar, P.J., **Hedman, T.P.** and Ebramzadeh, E.
    The Effect Of Partial Vs. Complete Plantar Fasciotomy Upon The Windlass Mechanism.
    Foot and Ankle, 18: 16-20, 1997.

10. Thordarson, D.B., **Hedman, T.P.**, Gross, D. and Magre, G.
    Biomechanical Evaluation Of Polylactide Absorbable Screws Used For Syndesmosis Injury
    Repair.
    Foot and Ankle, 18: 622-627, 1997.

11.    Thordarson, D.B., Motamed, S., **Hedman, T.P.**, Ebramzadeh, E. and Bakshian, S.
       The Effect Of Fibular Malreduction On Contact Stresses In An Ankle Fracture Malunion
       Model.
       J. Bone and Joint Surg., 79A: 1809-1815, 1997.

12.    Thordarson, D.B., **Hedman, T.P.**, Lundquist, D. and Reisch, R.
       Effect of Calcaneal Osteotomy and Plantar Fasciotomy on Arch Configuration in a Flatfoot
       Model.
       Foot Ankle Int., 19: 374-378, 1998.

13.    Selecky, M.T., Vangsness, C.T., Liao, W-L., Saadat, V. and **Hedman, T.P.**
       The Effects Of Laser Induced Collagen Shortening On The Biomechanical Properties Of The
       Inferior Glenohumeral Ligament Complex.
       J. Am. Sports Med., 27(2): 168-72, 1999.

14.    Thordarson, D.B., **Hedman, T.P.**, Yetkinler, D.N., Eskander, E., Lawrence, T.N. and
       Poser, R.D.
       Superior Compressive Strength of Calcaneus Fracture Construct Augmented With
       Remodelable Cancellous Bone Cement.
       J. Bone and Joint Surg., 81 (2):239-46, 1999.

15.    Hsu, A., Ho, L., Ho, S. and **Hedman, T.P.**
       Joint Position During Anterior-Posterior Glide Mobilization: Its Effect on Glenohumeral
       Abduction Range of Motion.
       Arch. Phys. Med. Rehabil., 81: 210-214, 2000.

16.    Hsu, A., Ho, L., Ho, S. and **Hedman, T.P.**
       Immediate Response of Glenohumeral Abduction Range of Motion to A Caudally Directed
       Translational Mobilization – A Fresh Cadaver Simulation.
       Arch. Phys. Med. Rehabil., 81: 1511-1516, 2000.

17.    Polousky, J.D., **Hedman, T.P.** and Vangsness, C.T.
       Electrosurgical Methods for Arthroscopic Meniscectomy: A Review of the Literature.
       Arthroscopy, 16(8):813-821, 2000.

18.    Early, S., **Hedman, T.P.** and Reynolds, R.
       Biomechanical Analysis of Compression Screw Fixation versus Standard In Situ Pinning in
       Slipped Capital Femoral Epiphysis
       J. Pediatr. Orthop., 21: 183-188, 2001.

19.    Murray, J.A., Cornwell, E.E. 3rd, Velmahos, G.C., Rivkind, A.I., **Hedman, T.P.**, Abrahams,
       J.H., Katkhouda, N., Berne, T.V. and Demetriades, D.
       Healing of traumatic diaphragm injuries: comparison of laparascopic versus open techniques
       in an animal model.
       J. Surg. Res., 100: 189-191, 2001

20.    Hsu, A.T., **Hedman, T.P.**, Chang, J.H., Vo, C., Ho, L., Ho, S. and Chang, G.L.
       Response of abduction and rotational range of motion to simulated dorsal and ventral
       translational mobilization of the glenohumeral joint.
       Physical Therapy, 82: 544-556, 2002.

21.    Hsu ,A.T., Ho, L. and **Hedman, T.P.**
       Characterization of tissue resistance during a dorsally directed translational mobilization of
       the glenohumeral joint.
       Arch Phys Med and Rehab. 83: 360-366, 2002.

22.    Vangsness, C.T., Polousky, J.D. and **Hedman T.P.**
       Radiofrequency thermal effects on the human meniscus: an in vitro analysis.
       J. Arthroscopic and Related Surgery, 18:492-495, 2002.

23.    Vangsness, C.T., Polousky J.D., Parkinson A.B., **Hedman T.P.**
       Radiofrequency thermal effects on the human meniscus: an in vitro study of systems with
       monopolar and bipolar electrodes.
       American Journal of Sports Medicine, 31:253-6, 2003.

24.    Vangsness, C.T., Liao, W.L., **Hedman, T.P.**
       Temperature And Energy Profile Of Monopolar Vs. Bipolar Radiofrequency Energy In The
       Shoulder
       Journal of Arthoscopy (In Press)

## ARTICLES SUBMITTED

1.    Vangsness, C.T., Caffey, S., **Hedman, T.P.**
      Effects of Radiofrequency Energy on Human Articular Cartilage: An Analysis of
      Five Systems
      (Submitted to American Journal of Sports Medicine)

2.    Samudrala, S., Jones, C., Broosan, A., **Hedman, T.P.**
      A comparative evaluation of a new titanium spring-clip device (Bioclip®) for cranial flap
      fixation.
      (Submitted to Neurosurgery Journal)

3.    Watkins, R.W., Ahlbrand, S., Karamanian, A., Sharp, L., Vo, C., Watkins, R.W., Williams,
      L., **Hedman, T.P.**
      Contribution of the sternum and ribcage to the stability of the thoracic spine
      (Submitted to Spine)

4.    Zalavras, C., Gardocki, R., Huang, E., Stevanovic, M., **Hedman, T.P.**, Tibone, J.,

Thomas P. Hedman, Ph.D.

Tissue engineering for massive rotator cuff tendon defects using the porcine small intestinal submucosa device in an experimental animal model
(Submitted to Journal of Shoulder and Elbow Surgery)

## ARTICLES IN PREPARATION

1.  Gray, D., **Hedman, T.P.**
    Mechanical Degradation of Intervertebral Discs Subjected to Repetitive Loading,
    Spine, (In Preparation).

2.  Gray, D., Syed, B., **Hedman, T.P.**
    Non-destructive and destructive techniques for quantification of disc mechanical degradation in response to repetitive, non-traumatic loading
    (In Preparation)

3.  Gray, D., Han, B., Nimni, M., Syed, B., Holden, P., **Hedman, T.P.**
    Increased durability of intervertebral disc using non-toxic crosslinking treatment
    (In Preparation)

4.  Han, B., **Hedman, T.P.,** Schombs, A., Nimni, M.
    Enzymatic and mechanical stability of proanthrocyanidin treated collagen matrix
    (In Preparation)

5.  Chu, F., Khoo, L. and **Hedman, T.P.**
    Lumbar fusion affects loading of the adjacent intervertebral joint
    (In Preparation)

6.  Chuang, S-Y, Le, D.H., Huoh, M., Vo, C., **Hedman, T.P.**
    Viscoelastic homogeneity and recovery in rat-tail intercaudal discs
    (In Preparation)

7.  Tibone, J.E., Kale, A.A., Hilton, K.R., Lawrence, T., Mcauley, N., **Hedman, T.P.**
    Translation and rotation of the shoulder after anterior capsulorraphy: A biomechanical study
    (In Preparation)

## TECHNICAL REPORTS

1.  **Hedman, T.P.**, Dempsey, A.J.
    Artificial Intervertebral Disc Project Two Year Report.  November 1987.

2.  **Hedman, T.P.**
    Comparative Analysis of Pelvic Reconstruction Plates.
    Internal Report Submitted to ACE Medical Company.  April 24, 1995.

3.  **Hedman, T.P.**
    Comparative Analysis of 3.5mm Universal Reconstruction Ribbons.
    Internal Report Submitted to ACE Medical Company.  May 2, 1995.

4.  **Hedman, T.P.**
    Comparative Analysis of 3.5mm Universal Reconstruction Ribbons-Part II.
    Internal Report Submitted to ACE Medical Company. July 27, 1995.

5.  **Hedman, T.P.**
    Comparative Analysis of 3.5mm Universal Reconstruction Ribbons-Part III.
    Internal Report Submitted to ACE Medical Company. September 28, 1995.

6.  **Hedman, T.P.**
    Comparative Analysis of 3.5mm Universal Reconstruction Ribbons-Final Report.
    Internal Report Submitted to ACE Medical Company. September 28, 1995.

7.  **Hedman, T.P.**
    In vitro evaluation of the Li Medical Technologies Rotor Blade Anchor.
    Internal Report Submitted to Li Medical Technologies.  November 13, 1995.

8.  **Hedman, T.P.**
    Comparative Testing of Suture Anchor Pull-out Strength.
    Internal Report Submitted to Li Medical Technologies.  December 6, 1995.

9.  **Hedman, T.P.**
    Tensile Testing of Surgical Cables.
    Internal Report Submitted to Howmedica, Inc. April 1996.

10. **Hedman, T.P.**
    Fatigue Testing of Surgical Cables.
    Internal Report Submitted to Howmedica, Inc. July 1996.

11. **Hedman, T.P.**
    Pull-out testing of Surgical Cables from Crimp Sleeves.
    Internal Report Submitted to Howmedica, Inc. July 1996.

12. **Hedman, T.P.**
    Comparative Mechanical Testing of Hip Screw Plates an Addendum to: Comparative
    Mechanical Testing ACE Trochanteric Plates and ACE Captured Hip Screw Plates.
    Internal Report Submitted to ACE Medical Company. September 20, 1996.

13. **Hedman, T.P.**

Comparative Mechanical Testing of ACE Trochanteric Plates and ACE Captured Hip Screw Plates.
Internal Report Submitted to ACE Medical Company. September 20, 1996.

14. **Hedman, T.P.**
Debris Production of Predamaged Surgical Cables Subjected to Cyclical Loading.
Internal Report Submitted to Howmedica, Inc. November 1996.

15. **Hedman, T.P.**
Cantilever Fatigue Testing of ACE Hip Lag Screws.
Internal Report Submitted to ACE Medical Company. December 3, 1996

16. **Hedman, T.P.**
Tensile and Fatigue Testing of Zimmer Surgical Cables.
Internal Report Submitted to Howmedica, Inc. March 1997.

17. **Hedman, T.P.**
Small Fragment Screw Test Report.
Internal Report Submitted to ACE Medical Company. October 29, 1997.

18. **Hedman, T.P.**
Fatigue Testing of Howmedica 22-13-5 Stainless Steel and Cobalt Chrome Cables.
Internal Report Submitted to Howmedica, Inc. December 10, 1997.

19. **Hedman, T.P.**
Interim Report: Cable Tension Loss in Posterior Cervical Spine: An In Vitro Comparative Study.
Internal Report Submitted to Spinal Concepts and Surgical Dynamics Corporations. October 16, 1998.

20. **Hedman, T.P.**, Thordarson, D.B.
Final Report: Evaluation of the Compressive Strength of a Calcaneus Fracture Construct Augmented With Remodelable Calcium Phosphate Cement
Internal Report Submitted to Norian Corporation Calcaneus Repair Report. November 18, 1998.

21. **Hedman, T.P.**
Absorbable Plate and Screw Test Report
Internal Report Submitted to Bioplate, Inc., November 23, 1999.

22. **Hedman, T.P.**
Biomechanical Comparison of Lumbar Interbody Fusion Techniques: Evaluation of Impacted ALIF and Diamond Mesh Implants.
Internal Report Submitted to Sofamor Danek., October 1999.

23. **Hedman, T.P.**
Bioclip "Push-In" Test Results

Thomas P. Hedman, Ph.D.

Internal Report Submitted to Bioplate, Inc., March 31, 2000.

24.    **Hedman, T.P.**
Insertion Torque And Screw Head Failure Torque Testing Of Lactosorb Absorbable Screws
Internal Report Submitted to Macropore, Inc., August 28, 2000

25.    **Hedman, T.P.**
Insertion Torque And Screw Head Failure Torque Testing Of Macropore Absorbable Screws
Internal Report Submitted to Macropore, Inc., September 15, 2000

26.    **Hedman, T.P.**
Mechanical Testing Of Absorbable Screws And Plates Subjected To Accelerated Degradation
Internal Report Submitted to Bioplate, Inc., October 11, 2000

27.    **Hedman, T.P.**
Crani-Loc Torsion Testing
Internal Report Submitted to Macropore, Inc., October 18, 2000

28.    **Hedman, T.P.**
Absorbable Screw And Plate Test Report
Internal Report Submitted to Bioplate, Inc., November 23, 2000

29.    **Hedman, T.P.**
Biomechanical Evaluation Of Novel Posterior Lumbar Interbody Fusion Technique: The
"Prospace B" Cortical Bone Implants
Internal Report Submitted to Aesculap, Inc., November 29, 2000

30.    **Hedman, T.P.**
Strength Of Suture In Rotator Cuff Tissue
Internal Report Submitted to Opus Medical, Inc., June 28, 2001

31.    **Hedman, T.P.**
Comparative Cycling Testing Of Opus "Magnum" And Mitek "Knotless" Anchors And Suture
Internal Report Submitted to Opus Medical, Inc., June 28, 2001

32.    **Hedman, T.P.**
Comparative Testing Of Opus "Magnum" And Mitek "Knotless" Anchor And Suture Pull-Out
Strength
Internal Report Submitted to Opus Medical, Inc., June 27, 2001

33.    **Hedman, T.P.**
Comparative Cycling Testing Of Opus "Magnum" And Smith & Nephew "Fastenator"
Anchors And Suture
Internal Report Submitted to Opus Medical, Inc., June 28, 2001

34.    **Hedman, T.P.**

Curriculum Vitae                                          Thomas P. Hedman, Ph.D.
Page 24 of 26

Comparative Testing Of Opus "Magnum" And Smith & Nephew "Fastenator" Anchor And
Suture Pull-Out Strength
Internal Report Submitted to Opus Medical, Inc., June 27, 2001

35.   **Hedman, T.P.**
Summary Of Comparative Tests Of Opus Medical (Knotless) Magnum Suture Anchors
Internal Report Submitted to Opus Medical, Inc., June 28, 2001

36.   **Hedman, T.P.**
Mechanical Testing Of Bioplate Absorbable Screw And Codman Craniosorb Plate Constructs
Subjected To Accelerated Degradation
Internal Report Submitted to Bioplate, Inc., July 23, 2001

37.   **Hedman, T.P.**
Summary of Pre-Clinical In-Vitro TestsTo Determine The Physical Properties of the
Corograft$^{TM}$-D Bovine Coronary Bypass Xenograft
Internal Report Submitted to Philogenesis, Inc., June 25, 2002

## ABSTRACTS

1.   Kostuik, J.P., **Hedman, T.P.**, Hellier, W.G., Fernie, G.R.
Design of an Intervertebral Disc Prosthesis.
Orthop. Trans., 15: 231-232, 1991.

2.   **Hedman, T.P.**, Liao, W.L., Yu, J., Watkins, R., Liker, M.
Strength Reduction of the Posterior Intervertebral Disc Resulting from Repetitive Sub-Failure
Loading
Orthop. Trans., 24: 1017, 1999.

3.   **Hedman, T.P.**, Samudrala, S., Liker, M.
Failed Posterior Spinal Fusion: The Role of Vertebral Bone Mineral Density and Laminar
Hardness on Cable Tension Loss
Orthop. Trans., 25: 0313, 2000.

4.   Mirzayan, R.; Panossian, V.; Chen, J.; **Hedman, T.**; Tibone, J. E.
The Effect of Estrogen on the Rabbit Anterior Cruciate Ligament: A Biomechanical Study
Orthop. Trans., 25: 0313, 2000.

5.   Shepherd, L.E., Zalavras, C., Greene, N., Lee, J., **Hedman, T.P.**, Gelalis, I., Patzakis, M.J.
Intramedullary Pressure During Unreamed and Reamed Nailing of the Femur: Is There a
Difference? A Prospective, Randomized Clinical Study
Journal of the Hellenic Association of Orthopaedic Surgery and Traumatology, 51(2), 2000.

6.   **Hedman, T.P.**, Gray, D.
Quantification of intervertebral disc degradation resulting from fatigue

Orthop.Trans., 27: 0120, 2002.

7.  **Hedman, T.P.,** Chuang, S-Y, Syed, B., Gray, D.
    Biomechanical benefits of crosslink augmentation in spinal discs
    Proceedings of IMECE'03, IMECE2003-43256.

8.  Chuang, S-Y, Le, D H, **Hedman, T. P.**
    Viscoelastic recovery and hydration in rat-tail intercaudal discs
    Orthopaedic Transactions, 29:1120, 2004.

9.  Chuang, S-Y, Huoh, M, Vo, C, **Hedman, T. P.**
    Viscoelastic homogeneity in rat tail intercaudal discs
    Orthopaedic Transactions, 29:1149, 2004.

10. **Hedman, T. P.,** Chuang, S-Y
    Exogenous crosslinking decreases neutral zone in intervertebral discs
    Orthopaedic Transactions, 29:1166, 2004.

## BOOKS

1.  **Hedman, T.P.**
    A Life of Impact: Leadership Principles of Jesus.
    New Life Publications, Toronto, Ontario, Canada, 1993. ISBN 0-9696031-0-X.

## PATENTS

1.  **Hedman, T.P.,** Kostuik, J.P., Fernie, G.R., Maki, B.E. U.S. Patent, Artificial Spinal Disc,
    U.S. Patent No. 4759769, Serial No. 064,621, Class 623, Subclass 017.000, Batch No. F21,
    Group 332, 1987.

2.  **Hedman, T.P.,** Kostuik, J.P., Fernie, G.R., Maki, B.E. European Patent, Artificial Spinal
    Disc, European Patent No. 282-161-A, Serial No. 227476/32, 1988.

3.  **Hedman, T.P.,** Use of non-toxic crosslinking reagents to improve fatigue resistance and
    reduce mechanical degradation of intervertebral disc and other collagenous tissues, Patent
    Pending, Filing Date August 2001.

4.  **Hedman, T.P.,** Use of non-toxic crosslinking reagents to improve fatigue resistance and
    reduce mechanical degradation of intervertebral disc and other collagenous tissues, PCT
    International Application, Priority Date August 2001.

5.  **Hedman, T.P.,** Use of non-toxic crosslinking reagents to improve mechanical stability of
    intervertebral discs, Provisional Filing Date August 2003.

6.  **Hedman, T.P.,** Non-toxic crosslinking reagents to resist curve progression in scoliosis and
    increase disc permeability, Continuation in Part, Filed February 2003, Priority Date August
    2001.

Curriculum Vitae                                                    Thomas P. Hedman, Ph.D.
Page 26 of 26

## ACKNOWLEDGMENTS

1. Maki BE, Fernie GR Impact attenuation of floor coverings in simulated falling accidents.
   Applied Ergonomics 1990; 21: 107-114.

*Updated: June 30, 2004*