UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11294-PBS

HIPSAVER COMPANY, INC., )
)
Plaintiff, )
)
v. )
)
J.T. POSEY COMPANY, )
)
Defendant. )

## DECLARATION OF VICTORIA GAY LEWIS

I, Victoria Gay Lewis, declare:

1. I am a Product Manager for J.T. Posey Company ("Posey"). I have held this position at Posey since April 1999. There are two other Product Managers at Posey. Each Product Manager is responsible for certain categories of Posey products. The categories of products under my responsibility are products that we categorize as "Care Alternatives," which include Fall Management and Fall Prevention, Hipsters, Floor Cushions, Fall Monitors and Sensors. The facts recited in this declaration are within my personal knowledge and if called as a witness I could and would testify thereto.

2. My responsibilities at Posey include, among other things, development and introduction of new products, evaluation and implementation of product enhancements, and assistance in support, management and promotion of existing products.

1

3. I have been involved in the development of the Posey Hipster products, which are designed to protect the hip in elderly patients and reduce the likelihood of hip fracture in a fall.

4. The first Posey Hipster product was introduced in approximately August or September 1999. That product, known as the Hipster, was already in development when I first started working at Posey in April 1999. Consequently, I did not have significant personal involvement in the original design and development of that product.

5. In 2000, Posey introduced the Hipster II, which was basically the same as the original Hipster, except that it was a different model.

6. In September 2001, Posey introduced the Hipster III, which was a complete redesign of the product. The original Hipster and the Hipster II were discontinued, and fully replaced by the Hipster III, which became known simply as the Hipster. Thus, the product that is now known as the Posey Hipster is the same as the Hipster III introduced in 2001.

7. I was significantly involved in the design of the Hipster III. There were several reasons why I felt the Hipster needed to be redesigned. Although Posey never received any specific complaints about the Hipsters, sales were not impressive. I felt that the original Hipster and the Hipster II had several disadvantages. Among other things:
   (a) the pad was too large, making the garment somewhat uncomfortable to wear; and
   (b) the pad had to be removed from the pouch for laundering.

8. The Hipster III is a much better product. Among other things:
   (a) It looks better;
   (b) It is more comfortable to wear;

(c) It is not necessary to remove the pad for laundering;

(d) The foam pad is softer and more comfortable; and

(e) The foam is temperature responsive and conforms to the body of the wearer.

9. The Hipster III (now simply the Hipster) has been a very successful product. I am confident that the redesign that I helped to bring about is the fundamental reason why the Hipster is so much better received than its predecessors.

10. As part of the process of redesigning the Hipster, I investigated the market. I obtained samples of numerous competitive products. These included hip protector samples of SafeHip, FallGuard, HIPS, Gerihip, ProtectaHip, and HipSaver. I obtained SafeHip from Posey's own inventory, as we were a distributor of SafeHip. I obtained FallGuard and HipSaver directly from the manufacturers via telephone. I located and obtained Hips, Gerihip, and ProtectaHip from the Internet, which I found on the websites epill.com, preventproducts.com, and plument.com, respectively.

11. As typical in the development of any product, obtaining samples of competitive products is something that we routinely do in developing and improving products at Posey. We investigate what other products are in the market, we evaluate their advantages and disadvantages, consider their relative success in the market, and seek to develop a superior product. We also seek to create a distinctive product that is readily distinguishable from competitors.

12. Posey has a substantial research and development ("R&D") department that aids in the design and development of its products. Posey's R&D department has four full-time employees, including three engineers. The

3

responsibility of the R&D department is to help to develop new products and to improve existing products. The R&D department assisted in the design of the Hipster III.

13. The accusation by Mr. Goodwin that Posey does not develop its own products and simply "knocks off" other companies' products is absolutely incorrect. His accusation that Posey "knocked off" the HipSaver product is also absolutely incorrect.

14. In the Spring of 2002 I received a voicemail telephone message from an individual who identified himself as Bimal Gandhi, a graduate student at UCLA, that he wanted to perform some tests of hip protectors and that he had been referred to Posey by someone at the Veteran's Administration ("VA") in West Los Angeles.

15. I returned Mr. Gandhi's telephone call. He explained that his idea for his master's thesis was to test the force attenuation of hip protectors, that someone at the VA told him that Posey made hip protectors, and he wanted Posey to assist him by providing sample products. I told him that Posey might be interested in pursuing this idea, but that I had to discuss it with my boss. I relayed the information from Mr. Gandhi to Posey's Vice-President of Marketing, John Frymark. After that, Mr. Frymark took over the responsibility for communicating with Mr. Gandhi and UCLA. I participated as Mr. Frymark's assistant.

16. In August 2002, there was a meeting at UCLA, attended by myself, Mr. Frymark, Dr. Gupta and Mr. Gandhi. This was the first of two meetings at UCLA that I attended. At that meeting Dr. Gupta and Mr. Gandhi outlined the basic ideas for the testing, described some of the equipment that would be needed, and estimated some of the costs. Dr. Gupta asked whether Posey would be willing to contribute sufficient funds to cover

the costs of the equipment. Mr. Frymark stated that Posey would consider it.

17. At the request of Mr. Gandhi, I obtained various product samples of hip protectors. The sample products were: (1) Posey Hipster; (2) SafeHip; (3) Fall Guard; (4) HipSaver Nursing Home model; and (5) HipSaver SlimFit model. I obtained the Posey Hipster and SafeHip from Posey's own inventory. I obtained FallGuard directly from the manufacturer and the HipSaver hip protectors from A & M Homecare Medical Supply.

18. I mistakenly referred to the HipSaver SlimFit model as a "Slimsaver." This was simply a mistake where I inadvertently converted "HipSaver SlimFit" into "SlimSaver" as a sort of shorthand expression. I did not deliberately call the HipSaver SlimFit by the wrong name, but I did make this mistake, and I am the source of the continuing misnomer where Mr. Gandhi referred to a "Hipsaver Slimsaver" when the correct name is "HipSaver SlimFit."

19. I am absolutely certain that I provided authentic samples of the HipSaver Nursing Home model and the HipSaver SlimFit model to Mr. Gandhi for his laboratory tests.

20. I am very familiar with the various HipSaver models. The foam used in the SlimFit has changed several times. When I first encountered HipSaver products, both the SlimFit and the Nursing Home model used an orange colored foam. Later, the SlimFit used a combination of blue and black foam. The samples that I obtained for Mr. Gandhi of the HipSaver SlimFit had the combination of blue and black foam. The products came in packages that were clearly labeled HipSaver with instructions enclosed.

21. After publication of Mr. Gandhi's thesis, I informed him that the correct name for the HipSaver Slimsaver is actually HipSaver SlimFit.

22. The second meeting at UCLA took place on February 19, 2003. That meeting was attended by Dr. Gupta, Mr. Gandhi, Mr. Frymark, myself, and Ernest Posey. At that meeting, they told us that the Posey Hipster had outperformed all products that they tested. During this meeting, we learned that Mr. Gandhi had tested the foam pads that are used in the various products. We requested that they also test the pads contained in their pouches. Dr. Gupta stated he did not think it would make any difference in the testing whether the pads were tested within the pouches or outside the pouches because he said "the air could not be displaced fast enough to affect the impact time."

23. Despite the fact that Dr. Gupta said he did not think it would make any difference, we requested that they test the pads in their pouches. They agreed that they would do so.

24. Also at the February 19, 2003 meeting it was agreed that a "White Paper" would be provided to Posey by Mr. Gandhi and Dr. Gupta summarizing the results of Mr. Gandhi's tests.

25. After the February 19, 2003 meeting, I obtained some additional samples for Mr. Gandhi to test in the pouches. These included four different types of foam that were used or potentially could be used in the Posey products obtained from Posey's inventory, and additional samples of the HipSaver Nursing Home model and the HipSaver SlimFit model obtained from A & M Homecare Medical Supply.

26. No one at Posey ever told Dr. Gupta or Mr. Gandhi what information to include in or exclude from the White Paper. That was entirely up to Dr. Gupta and Mr. Gandhi. Our only concern was that the White Paper be

accurate and that it be reasonably brief so that it could be read and understood by distributors of Posey Hipsters.

27. We received the final version of the White Paper from Mr. Gandhi in October 2003. I have always believed that Mr. Gandhi had accurately summarized the results of his testing in the White Paper. Neither I nor anyone at Posey ever asked Mr. Gandhi to include any specific information in the White Paper or to exclude anything from the White Paper. We never told him what conclusions to reach or how to express his conclusions. We never told him how to establish his test protocol, what type of equipment to use, how to conduct the tests, or how to interpret the test results.

28. The only thing we ever requested was that the foam pads be tested inside their pouches. It was and is my understanding that Mr. Gandhi's conclusions stated in the White Paper included his testing of the pads within the pouches.

29. Posey did not ever make any substantive changes to the White Paper. One of the marketing editors at Posey made some editing changes, such as formatting and grammatical changes, changing syntax and the like, which were approved by Mr. Gandhi. Other than those types of changes, Posey had no input whatsoever in the content of the White Paper.

30. I and everyone involved at Posey have always believed that Mr. Gandhi and Dr. Gupta conducted appropriate tests of the hip protectors that were supplied to them and that the conclusions stated by Mr. Gandhi in the White Paper are accurate and reliable.

31. I understand that Mr. Goodwin and The HipSaver Company have accused Posey and Mr. Gandhi of manipulating or falsifying data from

Mr. Gandhi's experiments. Those accusations are absolutely incorrect. It was always the intention of myself and everyone at Posey that the testing performed by Mr. Gandhi would be appropriate, accurate, and reliable. I also understand that the methodology employed by Mr. Gandhi has been criticized. Neither I nor anyone at Posey had anything to do with the methodology employed by Mr. Gandhi.

32. Mr. Gandhi told me that he had received email correspondence from Mr. Goodwin, dated January 22, 2004, which states:

> "we have a model called the SlimFit HipSaver. Is the product listed as Slimsaver a SlimFit or is it the product of another manufacturer other than HipSaver?"

Mr. Gandhi's reply email to Mr. Goodwin of January 26, 2004 states:

> "Yes, the product listed as Slimsaver is the Hipsaver Slimfit model."

Attached hereto as Exhibit A is a true and correct copy of that email correspondence.

33. It is obvious to me that Mr. Goodwin has known since he received Mr. Gandhi's email message in January that the product referred to as the "Hipsaver Slimsaver" in the White Paper is the HipSaver SlimFit. His accusation that the tests did not include actual HipSaver products is absolutely incorrect.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30 day of July, 2004 at Arcadia, California.

*Victoria Gay Lewis*
Victoria Gay Lewis