UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. No. 04-11294-PBS

| | |
|---|---|
| HIPSAVER COMPANY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| J.T. POSEY COMPANY, | ) ) |
| Defendant. | ) ) |

## DECLARATION OF ALAN GOEDDE

I, Alan Goedde, declare:

1. I am a Vice President of Freeman & Mills, Inc. My experience and qualifications are set forth in my curriculum vitae, a true and correct copy of which is attached hereto as Exhibit A. My curriculum vitae truly and accurately states my qualifications in this matter.

2. I have prepared a letter report of my preliminary opinions and conclusions regarding the effect, or lack thereof, on the sales of Posey Hipsters resulting from the introduction of the "White Paper" authored by Bimal P. Gandhi, and distributed by J.T. Posey Company ("Posey") between November 2003 and June 2004,

1

2004, a true and correct copy of which is attached hereto as Exhibit B. The attached letter report truly and accurately states my opinions and conclusions in this matter.

I declare under penalty of perjury in accordance with the laws of the United States of America that the foregoing is true and correct.

Executed August 3, 2004 at Los Angeles, California.

_____
Alan Goedde