EXHIBIT "A"

**ALAN G. GOEDDE**                                                              Vice President
_____

Alan G. Goedde is a member of the firm of Freeman & Mills, a consulting firm offering services in the areas of accounting, finance, economics and business practices and procedures. He has over 20 years of experience developing financial and economic analyses to solve business problems. Dr. Goedde was formerly a vice president of Putnam, Hayes & Bartlett, Inc., an economic and management consulting firm. Before joining Putnam, Hayes & Bartlett and its predecessor firm, Freeman & Mills, Incorporated, Dr. Goedde had extensive business and regulatory experience while in industry and government. He was president of a technology marketing and licensing company, head of strategic planning for the NutraSweet Company and vice president-strategic planning for a division of First National Bank of Chicago. While at the U.S. Treasury, his responsibilities included corporate fraud, technology licensing and business valuation.

A considerable part of Dr. Goedde's practice involves intellectual property issues including patent, trademark, copyright, trade secret and unfair competition matters as well as business valuations and franchising. His background in engineering and economics combined with his work experience in profit planning, budgeting, product marketing and acquisitions analysis has enabled him to assist clients in a wide range of intellectual property litigation. Dr. Goedde can also draw upon his experience as a patent examiner at the U.S. Patent and Trademark Office.

Dr. Goedde has testified on issues involving lost profits, incremental costs, reasonable royalty, price erosion and licensing as well as the value of patents, trademarks and other intangible assets. In franchising matters, his experience includes franchise growth, business viability and trademark value. His industry expertise includes pharmaceuticals, biotechnology, industrial products, foods, automotive aftermarket, electronics and software.

Dr. Goedde has consulted on numerous high technology matters including semiconductors, telecommunications and biotechnology. His analysis and testimony have involved accelerated product life cycles, economics of startup or development stage companies, market power, product development costs and distribution economics.

In antitrust matters, Dr. Goedde has provided analysis and expert testimony on the definition of relevant markets, the competitive impact of mergers, market power, price discrimination, predatory pricing, as well as the presence and extent of price fixing. He has testified in a number of patent/antitrust matters involving inequitable conduct including Walker Process fraud. In addition to providing testimony in federal and state courts, Dr. Goedde has also appeared before the Federal Trade Commission.

Dr. Goedde has testified on financial and economic matters involving Superfund and hazardous waste sites including stigma damages. He has also testified to the use of statistical methods, sampling and economic analysis in developing damage claims and in identifying markets. His experience also includes analyses in securities pricing, bankruptcy, dealer termination and valuation of minority holdings.

Dr. Goedde has served as an arbitrator for the American Arbitration Association and has testified on matters including business interruption, wrongful termination and dealer-distributor disputes.

## ALAN G. GOEDDE

### PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1994–2000 | Putnam, Hayes & Bartlett |
| 1990–1994 | Freeman & Mills Incorporated |
| 1988–1990 | Manager, Coopers & Lybrand |
| 1987–1988 | President, Mentor International Group |
| 1986–1987 | Director of Strategic Planning, The NutraSweet Co. |
| 1984–1986 | Vice President, First National Bank of Chicago |
| 1981–1984 | Manager, Arthur Andersen & Co. |
| 1979–1981 | Financial Economist, U.S. Export-Import Bank |
| 1976–1979 | Industry Economist, U.S. Treasury Department |
| 1970–1971 | Patent Examiner, U.S. Patent Office |

### PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS

- American Bar Association
- American Society of Appraisers
- Los Angeles Intellectual Property Law Association
- National Association of Business Economists
- Who's Who in Finance and Industry

Dr. Goedde holds a B.S. in engineering and a M.S. and Ph.D. in economics from Duke University.

### CONTACT:

(213) 576-1815
agoedde@freemanmills.com

ALAN G. GOEDDE

## RULE 26(A)(2)(B) DISCLOSURE OF DEPOSITION/TRIAL TESTIMONY

| DATE | CASE | COURT | D/T |
|---|---|---|---|
| 1/90 | Chicago Specialty v. Dortmunder (DAB) | Cir. Ct., Cook Cty., IL | T |
| 1/90 | Game & Playtime v. Gametime | USDC N IL | D |
| 5/90 | Nedlog, Inc. v. ARA Services, Inc. | USDC N IL | D |
| 9/90 | Cella v. United States | USDC N IN | T |
| 12/90 | Edgerly v. State Farm Insurance | OCSC | D |
| 4/91 | Euroconcepts v. Aderans | LASC | D |
| 5/91 | Benjamin v. Levenfeld | LASC | D |
| 6/91 | Benjamin v. Levenfeld | LASC | T |
| 9/91 | Cummins-Allison, Inc. v. Brandt, Inc. | USDC N IL | T |
| 11/91 | PIC v. Kodak | USDC C Ca | T |
| 6/92 | Cummins-Allison, Inc. v. Brandt, Inc. | USDC N IL | T |
| 3/93 | Intersection Dev. Corp. v. McCain Traffic Supply | USDC C Ca | D |
| 6/93 | Bell v. G.T.E. | Ventura SC | D |
| 9/93 | Yes Clothing v. Cigna | Arbitration | T |
| 3/94 | Glamour Boutique v. Arbonne, Inc. | OCSC | D |
| 4/94 | Acton, et al. v. Merle Norman Cosmetics | USDC C Ca | D |
| 9/94 | Acton, et al. v. Merle Norman Cosmetics | USDC C Ca | D |
| 10/94 | Catalina Marketing Co. v. APT | USDC C Ca | D |
| 1/95 | Micro Pen v. Sunmex | USDC C Ca | D |
| 2/95 | California Sports, Inc. v. Transamerica, et al. | LASC | D |
| 2/95 | Guitars & Concepts v. Gibson Guitar Corp. | USDC C Ca | D |
| 4/95 | R. Murdock v. Murdock, Inc. | LASC | T |
| 6/95 | Fournier, et al. v. Lockheed | Arbitration | T |
| 10/95 | Tomen America v. Chauvin International | USDC C Ca | D |
| 1/96 | Vitablend v. Boost Products, et al. | LASC | T |

ALAN G. GOEDDE

## RULE 26(A)(2)(B) DISCLOSURE OF DEPOSITION/TRIAL TESTIMONY

| DATE | CASE | COURT | D/T |
|---|---|---|---|
| 5/96 | MCI Telecomm. Corp. v. Liberty Digital Network | Arbitration | T |
| 6/96 | Taylor Tire Co., et al. v. Goodyear Tire Co. | USDC S Ca | D |
| 6/96 | Dive N' Surf, Inc. v. Heatmax, Inc. | USDC C Ca | D |
| 6/96 | GAB Business Services, Inc. v. Lindsey-Newsom | OCSC | D |
| 8/96 | Polaris Pool Systems, Inc. v. Letro Products, Inc. | USDC C Ca | D |
| 9/96 | Swift & Associates v. M/A-COM, et al. | LASC | D |
| 10/96 | Polaris Pool Systems, Inc. v. Letro Products, Inc. | USDC C Ca | T |
| 10/96 | GAB Business Services, Inc. v. Lindsey-Newsom | OCSC | D |
| 11/96 | GAB Business Services, Inc. v. Lindsey-Newsom | OCSC | T |
| 1/97 | Swift & Associates v. M/A-COM, et al. | LASC | D |
| 5/97 | Allergan, Inc. v. Pharmacia & Upjohn Company | USDC S Ca | D |
| 9/97 | Reebok International v. TRISTAR | USDC C Ca | D |
| 4/98 | American Telecom v. RSL Communications | Arbitration | D |
| 5/98 | Microtek Lab, Inc. v. JK Technology, Inc. | LASC | D |
| 9/98 | Amylin Pharmaceuticals v. Regents of the University of Minnesota | USDC S Ca | D |
| 10/98 | Cacique, Inc. v. Stella Foods, Inc. | LASC | D |
| 1/99 | Skechers, Inc. v. Candies, Inc. | USDC C Ca | D |
| 5/99 | In Re: The Ant Farm | Arbitration | T |
| 8/99 | Cacique, Inc. v. Stella Foods, Inc. | LASC | T |
| 12/99 | Porter, et al. v. City of Los Angeles | LASC | D |
| 4/00 | Iron Grip Barbell Co. v. Ivanko Barbell Company | USDC C Ca | D |
| 7/00 | Cellular 101, Inc. v. Santa Barbara Cellular Systems Ltd. et al. | USDC C Ca | D |

## ALAN G. GOEDDE

### RULE 26(A)(2)(B) DISCLOSURE OF DEPOSITION/TRIAL TESTIMONY

| DATE | CASE | COURT | D/T |
|---|---|---|---|
| 9/00 | Pharmavite Corp. v. Omega Nutrition et al. | USDC C Ca | D |
| 9/00 | Crystal Jukebox, et al. v. Anheuser Busch | USDC C Ca | D |
| 10/00 | Sea Star Clock International v. Direct Marketing Enterprises, Ltd. | USDC C Ca | D |
| 3/01 | Wechsler v. Macke International Trade, Inc. et al. | USDC C Ca | D |
| 4/01 | Frazier v. Roessel Cine Photo Tech, Inc. et al. | USDC C Ca | D |
| 7/01 | Clayton Industries, Inc. v. SPX Corporation | Arbitration | D/T |
| 7/01 | RSKCo Claims Service, Inc. v. Miller et al. | LASC | D |
| 10/01 | Amazon.com v. Amazon Cosmetics and Tan Products | USDC C Ca | D |
| 11/01 | Customedia Technologies, LLC v. Hughes et al. | USDC Harris County, TX | D |
| 6/02 | NPI Medical Group v. State Compensation Insurance Fund et al. | LASC | D |
| 9/02 | Trustee of Bank Of New England Corp. v. Ernst & Young et al. | USDC Massachusetts | D |
| 9/02 | Manning Riddell Insurance et al. v. Coastal Interactive, LLC. | LASC | D |
| 12/02 | Mitsubishi Caterpillar Forklift America v. Power Lift Corporation et al. | USDC C Ca | D |
| 12/02 | ECC Systems, Inc. v. Mallinckrodt, Inc, et al. | US Bankruptcy Court Central District LA | D |
| 1/03 | Tel-Rom, Inc. v. Pacific Bell Telephone Company | LASC | D |
| 2/03 | Customedia Technologies, LLC v. Hughes et al. | USDC Harris County, TX | D |
| 03/03 | Unitherm Food Systems, Inc. v. Conagra Foods, Inc. | USDC Western District, OK | T |

ALAN G. GOEDDE

RULE 26(A)(2)(B) DISCLOSURE OF
DEPOSITION/TRIAL TESTIMONY

| DATE | CASE | COURT | D/T |
|---|---|---|---|
| 04/03 | Martin Manufacturing, Inc. v. Currie Technologies, Inc. et al. | USDC C Ca | D |
| 04/03 | NPI Medical Group, et al. v. State Compensation Insurance Fund, et al. | LASC | D |
| 04/03 | B. Braun Medical, Inc. v. Rozi Medical Devices Limited, et al. | USDC S Ca | D |
| 05/03 | Tel-Rom, Inc. v. Pacific Bell Company | LASC | T |
| 06/03 | B. Braun Medical, Inc. v. Rozi Medical Devices Limited, et al. | USDC S Ca | T |
| 07/03 | Scott O'Grady v. Twentieth Century Fox Film Corporation, and Discovery Communications, Inc. | USDC Eastern District, TX | D |
| 10/03 | Perfect 10, Inc. v. Net Management Services, Inc., et al. | USDC C Ca | D |
| 10/03 | NPI Medical Group, et al. v. State Compensation Insurance Fund, et al. | LASC | D |
| 10/03 | Nitro Leisure Products, LLC, et al. v. Acushnet Company | USDC Southern District, FL | D |
| 6/04 | Bruselas, Ltd., v. Harriscope of Los Angeles, Media Resources, International, et al. | USDC C Ca | D |