**EXHIBIT "A"**

From: "HipSaver." &lt;hipsavers@msn.com&gt;  Show full message header
To: bgandhi@ucla.edu
Date: Thu, 22 Jan 2004 10:51:34 -0500
Subject: Hip protector tests

Printer-Friendly Version

---

Hello Mr Gandhi,

I see that you have done biomechanical tests on hip protectors. Your graph
caption lists
the product of my company:HipSaver, but we have no record or knowledge of
sending you a sample. Could you please tell me where you got the sample
listed as HipSaver? Also we have a model called SlimFit HipSaver. Is the
product listed as Slimsaver a Slimfit or is that the product of another
manufactuer other than HipSaver? Thanks for your help!---Ed


Edward L. Goodwin
President
HipSaver
7 Hubbard Street
Canton, MA 02021
Toll Free in US: 1-800-358-4477
781-828-3880
Fax: 781-821-6514

http://www.hipsavers.com/

*** The User Friendly Hip Protector
incorporating the dual mechanism airPad ***

```
> >From: "Bimal Gandhi" <bgandhi@ucla.edu>
> >To: "'HipSaver .'" <hipsavers@msn.com>
> >Subject: RE: Hip protector tests
> >Date: Mon, 26 Jan 2004 12:56:42 -0800
> >
> >Hello Mr. Goodwin,
> >
> >Sorry I did not return your email sooner, I rarely check this account
> >anymore. The Hipsaver samples used in my vitro biomechanical were
> >purchased from:
> >
> >A&M Homecare Medical Supply
> >617 W. Huntington Dr.
> >Monrovia, CA
> >
> >Yes, the product listed as Slimsaver is the Hipsaver Slimfit model.
> >
> >Have a nice day,
> >
> >Bimal Gandhi
```