UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. No. 04-11294-PBS

HIPSAVER COMPANY, INC., )
)
Plaintiff, )
)
v. )
)
J.T. POSEY COMPANY, )
)
Defendant. )

## DECLARATION OF MARTIN RYAN

I, Martin Ryan, declare:

1. I am the Sales Director of Campeire Ltd. in Cork, Ireland.

2. Campeire has purchased HipSaver brand hip protectors in the past. Earlier this year I was looking for an alternative hip protector product that would be less expensive than the HipSaver brand. I heard that Posey offered hip protectors. So, I purchased a few of the Posey Hipster brand hip protectors and sent them to three physiotherapists that I trust to obtain their evaluation whether the Posey product is satisfactory. The reports from these physiotherapists were favorable. Consequently, about three or four months ago, Campeire purchased a substantial quantity of the Posey Hipsters.

3. Campeire has distributed many of the Posey hip protectors and we have received no negative feedback from any of our customers.

4. Posey's advertising and promotional literature had nothing to do with my decision to purchase the Posey Hipster instead of the HipSaver brand hip

1

protectors. I was simply looking for a comparable product at a more reasonable cost. I did not consult or consider any of Posey's literature or product comparison claims in making this decision.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of July, 2004 at Cork, Ireland.

*Martin Ryan* (signed)

2