UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HIPSAVER COMPANY, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-11294-PBS |
| J.T. POSEY COMPANY, | ) |
| Defendant. | ) |

**DECLARATION OF JOHN ROSS FRYMARK**

**IN SUPPORT OF DEFENDANT J. T. POSEY COMPANY'S**

**MOTION FOR SANCTIONS**

I, John Ross Frymark, declare:

1. I am Vice-President of Marketing for J.T. Posey Company ("Posey"). I have held this position at Posey since April 2002. I was previously employed by Posey from July 1999 through February 2000 as Vice-President of Sales and Marketing, and I served as a consultant to Posey between October 2001 and April 2002. Between February 2000 and October 2001, I worked for a different company and/or was self-employed. The facts recited in this declaration are within my personal knowledge and if called as a witness I could and would testify thereto.

2. I submit this declaration in support of the motion of Defendant J.T. Posey Company for sanctions.

3. I understand that Edward Goodwin contends that HipSaver does not use blue foam in its products. I am familiar with HipSaver products. Mr. Goodwin is not telling the truth

about the color of foam used in HipSaver products. It may be true that HipSaver's current models do not use blue foam, but in the past HipSaver products used blue foam.

  4.  I am familiar with the HipSaver SlimFit model, the HipSaver Nursing Home model, and the HipSaver Quick Change model.

  5.  When I first encountered the HipSaver Nursing Home model, the foam used was orange in color, and generally shaped like a square. I do not currently have access to any HipSaver Nursing Home models with orange colored foam. However, the HipSaver website depicts a Nursing Home model that clearly shows the shape of the pad is square, not circular. A true and correct copy of the image of the HipSaver Nursing Home model from the HipSaver website is attached hereto as Exhibit "A."

  6.  I have also seen a HipSaver Nursing Home model that used blue foam with a black edge, and in generally a square shape. Attached hereto as Exhibit "B" are true and correct copies of photographs of a HipSaver Nursing Home model made with blue foam and a black edge.

  7.  I have also seen a HipSaver Nursing Home model that used a pad made with blue foam encased in a black polyurethane-like substance in something like a "sandwich." Attached hereto as Exhibit "C" are true and correct copies of photographs of a HipSaver Nursing Home model made with the "sandwich" material, i.e., blue foam encased in black.

  8.  The most recent model of the HipSaver Nursing Home model that I have seen uses yet a different colored foam. This sample, which was acquired within the last thirty days, uses foam that is faint yellow or cream colored. This is not the same as the orange colored foam that I have seen in the past. Attached hereto as Exhibit "D" are true and correct copies of photographs of a HipSaver Nursing Home model made with yellow or cream-colored foam.

9. Thus, I have seen HipSaver Nursing Home models made with four different types of foam: (1) orange, (2) blue with a black edge. (3) "sandwich" of blue foam encased in black, and (4) yellow or cream-colored.

10. I have seen HipSaver SlimFit models made with the same four types of foam that I have described, that is, (1) orange, (2) blue with a black edge. (3) blue encased in black, and (4) yellow or cream-colored.

11. Attached hereto as Exhibit "E" are true and correct copies of photographs of a HipSaver SlimFit model with the blue foam encased in black.

12. Attached hereto as Exhibit "F" are true and correct copies of photographs of a HipSaver SlimFit model made with yellow or cream-colored foam.

13. Attached hereto as Exhibit "G" are true and correct copies of photographs of a HipSaver QuickChange model with blue foam with a black edge.

14. I understand that Mr. Goodwin contends he has lost an opportunity to obtain McKesson Medical Surgical as a customer, and that he valued that "opportunity" at $300,000.00 or more.

15. McKesson Medical Surgical has been a customer of Posey for many years. McKesson Medical Surgical is a successor to a company formerly known as General Medical. General Medical has been a customer of Posey for many years. McKesson Medical Surgical or its predecessor General Medical have purchased Posey Hipsters at least since April 2000. The total value of Posey Hipsters purchased by McKesson Medical Surgical (and its predecessor General Medical) since April 2000 is less than $25,000.

16. Mr. Goodwin has not stated that McKesson refused to do business with him based on anything Posey has done, and it is highly doubtful that is the case.

17.    Mr. Goodwin's statement that he has lost an "opportunity" worth upwards of $300,000.00 to have McKesson Medical Surgical as a customer appears to have no basis in fact.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of August, 2004 at Pasadena, California.


/s/ John Ross Frymark
John Ross Frymark