

### The User Friendly Hip Protector

# Nursing Home

This package contains one pair of:
- ☐ Extra Small
- ☐ Small
- ☐ Medium
- ☐ Large
- ☐ Extra Large

## Why HipSaver Hip Protectors?

- **Proven** - Since 1996 and in more than 1,000 nursing homes
- **Protects better** - Greater shock absorption validated in independent testing and clinical study
- **Feels better** - All soft, light and flexible. Sewn-in pads, with all skin-friendly material. Not binding- no hard edges
- **Looks better** - Thin, 1/2-inch pads for no ugly bulges
- **Fits better** - Three styles and five sizes (XS - XL) to perfectly meet your needs
- **More convenient** - One-piece garment, completely machine washable and dry-able
- **Costs less** - Get the best and save money, too!

If you would like more information about this product, call your distributor for a copy of the biomechanical testing results and the Boston study on HipSaver documenting 199 falls with no hip injury.

HipSavers are now achieving excellent results in nursing homes and elder communities worldwide. When you have similar results, please tell your associates about HipSavers.

### ABSOLUTELY NO BLEACH CAN BE USED ON HIPSAVERS
Please be sure your laundry is not using bleach.

HipSavers, Inc. makes no implied or express guarantee that its product will prevent injury.



