

**HipSaver®**
The Leader in Hip Protection

## Nursing Home

**This package contains one pair of:**



A super shock absorbing pad is sewn into comfortable polycotton briefs to cover each trochanter. Fabric crotch panel stabilizes position of pads.

- ☐ **Extra Small** (fits hips 28"- 31", 70 - 81 cm)
- ☐ **Small** (fits hips 32"- 35", 82 - 92 cm)
- ☐ **Medium** (fits hips 36"- 39", 93 - 102 cm)
- ☐ **Large** (fits hips 40"- 44", 103 - 114 cm)
- ☐ **X Large** (fits hips 45"- 50", 115 - 127 cm)
- ☐ **XX Large** (fits hips 51"- 57", 128 - 146 cm)
- ☐ **Male Fly front**   ☐ **Tailbone Padding**
- ☐ **EZ Pull-Up Handles**   ☐ **Cool Dry Lining**

www.hipsaver.com
1-800-358-4477 (toll-free in US)
781-828-3880
In Canada: 1-888-771-0977 (toll-free)
In Ireland: +353 1660 2808
In U.K.: 01835-864866

### Why HipSaver Hip Protectors?

❖ **Proven** - Since 1996 and in more than 5,000 nursing homes
❖ **Protects better** - Greater shock absorption validated in independent testing and clinical study
❖ **Feels better** - All soft, light and flexible. Sewn-in pads, with all skin-friendly material. Not binding, no hard edges
❖ **Looks better** - Thin, 1/2-inch tapered pads for no ugly bulges
❖ **Fits better** - Adaptive styles and six sizes (XS - XXL) to perfectly meet your needs
❖ **More convenient** - One-piece garment, completely machine washable and dryable
❖ **Affordable** - Factory-direct pricing - Get the best and save money, too!

If you would like more information about the clinical validation of this product, call HipSaver or your distributor for a copy of the biomechanical testing results and the Boston study on HipSaver documenting 199 falls with no hip injury or visit www.hipsaver.com

HipSavers are now achieving excellent results in nursing homes and elder communities worldwide. When you have similar results, please tell your associates about HipSavers.

**Machine wash and dry even at high temperatures
Use little or no chlorine bleach.**

CE Organisation registration # IE/CA01/R/GM/0564
Authorised representative: Frank Sheehan, Physio Needs, LTD, 7a Londonbridge Road, Dublin 4, Ireland
Phone/Fax: +353-1-660-2808 email: info@physioneeds.ie

HipSaver, Inc. makes no implied or express guarantee that its product will prevent injury.



