UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11294-PBS

HIPSAVER COMPANY, INC.,

    Plaintiff,

v.

J.T. POSEY COMPANY,

    Defendant.

## DECLARATION OF WILLIAM J. BRUTOCAO
## IN SUPPORT OF DEFENDANT J. T. POSEY COMPANY'S
## MOTION FOR SANCTIONS

I, William J. Brutocao, declare:

1. I am a member of the firm of Sheldon & Mak, admitted to practice law in the State of California, and have been admitted or requested to be admitted pro hac vice in this matter.

2. I submit this declaration in support of the motion of Defendant J.T. Posey Company for sanctions.

3. Attached hereto as Exhibit H is a true and correct redacted copy of Mr. Dailey's letter to me dated August 9, 2004, in which Mr. Dailey admits that "[p]rior to the lawsuit, we had learned from Professor Gupta...that '"in their pouches' data was available."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of August, 2004 at Pasadena, California.

                                        /s/ William J. Brutocao
                                        William J. Brutocao