125 SUMMER STREET BOSTON MA 02110-1618
T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

**BROMBERG ⚹ SUNSTEIN LLP**

EDWARD J DAILEY
T 617 443 9292 x233
EDAILEY@BROMSUN.COM

August 9, 2004

**By pdf and first class mail**

William J. Brutocao, Esq.
SHELDON & MAK
225 South Lake Avenue
Pasadena, California 91101

Re   *The HipSaver Company, Inc. v J.T. Posey Company*
     Our File    02820 / 00501

Dear Bill:

Page 2

Prior to the lawsuit, we had learned from Professor Gupta a) that Posey published (and advertised) "without pouches" data, b) that Posey did not identify the published data as "without pouches", and c) that "in their pouches" data was available.

I'll be pleased to discuss this at your convenience.

Best regards,

Edward J. Dailey

EJD/

xc: Anthony J. Fitzpatrick, Esq.
02820/00501 327931.1