UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. No. 04-11294-PBS

HIPSAVER COMPANY, INC., )
)
Plaintiff, )
)
v. )
)
J.T. POSEY COMPANY, )
)
Defendant. )

## STIPULATION REGARDING DOCUMENTS OBTAINED BY PLAINTIFF FROM UCLA BY SUBPOENA

Plaintiff The HipSaver Company, Inc. ("HIPSAVER") and Defendant J.T. Posey Company ("POSEY") through their respective counsel hereby stipulate as follows:

1. In connection with HIPSAVER's motion for preliminary injunction presently set for August 19, 2004 neither party will:

    a. submit to the Court any of the UCLA Documents (as defined below);

    b. refer to or rely on any of the UCLA Documents or any of the information contained therein, either directly or indirectly. For example, no witness will refer to any information from the UCLA Documents, and no attorney will make any argument to the Court based on any information in the UCLA Documents.

2. As used herein, "UCLA Documents" means those documents that HIPSAVER obtained from UCLA by subpoena with copies forwarded to POSEY on August 3, 2004.

BOS\108496.1

3. This Stipulation does not apply to any documents that were filed by either party prior to August 6, 2004 or to those documents bearing the following Bates Numbers: HS 000001-000016; HS 000029-000131; HS 000138-000142; HS 000177-000185; HS 000198-000283, which shall not be considered to be "UCLA Documents" within the meaning of this Stipulation.

4. POSEY will not move for sanctions against HIPSAVER's counsel for a violation of Rules 45 and 26 by reason of HIPSAVER's counsel having obtained the UCLA Documents by subpoena without giving prior notice to POSEY or its counsel.

| THE HIPSAVER COMPANY, INC. | J.T. POSEY COMPANY |
|---|---|
| By its attorneys, | By its attorneys |
| /s/ Lee Carl Bromberg<br>Lee Carl Bromberg (BBO No. 058480)<br>Edward J. Dailey (BBO No. 112220)<br>BROMBERG SUNSTEIN, LLP<br>125 Summer Street, 11th Floor<br>Boston, MA 02110-1618<br>(617) 443-9292 | /s/ Anthony J. Fitzpatrick<br>Anthony J. Fitzpatrick (BBO No. 564324)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>(617) 289-9200<br><br>Jeffrey G. Sheldon<br>William J. Brutocao<br>Shannon S. Sheldon & Mak<br>SHELDON & MAK PC<br>225 South Lake Avenue, 9th Floor<br>Pasadena, California 91101<br>(626) 796-4000 |

August 19, 2004

SO ORDERED:

_____
Patti B. Saris
United States District Judge

Date:

BOS\108496.1