UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The HipSaver Company, Inc.<br>        Plaintiff, | CIVIL ACTION<br>NO.  04-11294-PBS |
| v. | |
| J.T. Posey, Company<br>        Defendant. | |

### NOTICE OF FINAL PRETRIAL CONFERENCE AND JURY TRIAL

SARIS, U.S.D.J.                                                                                    August 20, 2004

     TAKE NOTICE that the above-entitled case has been set for a Final Pretrial Conference on **October 25, 2004,** at **2:00 p.m.,** and a Jury Trial on **November 1, 2004,** at **9:00 a.m.,** in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                    By the Court,

                    /s/ Robert C. Alba
                    Deputy Clerk

Copies to:  All Counsel