UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11294PBS

| | |
|---|---|
| The HipSaver Company, Inc., | ) |
|               Plaintiff, | ) |
| v. | ) |
| J.T Posey Company, | ) |
|               Defendant | ) |

## WITHDRAWAL OF APPEARANCE

Kindly note withdrawal of the appearance of Brian M. Donovan, Esq. as counsel to the Plaintiff in this action. Mr. Bromberg and Mr. Dailey continue as counsel of record.

  s/Edward J. Dailey
Lee Carl Bromberg
BBO no. 058480
Edward J. Dailey
BBO no. 112220
BROMBERG SUNSTEIN, LLP
125 Summer Street - 11th floor
Boston, Massachusetts 02110-1618
617.443.9292
617.443.0004 (fax)
Dated: August 24, 2004

**Certificate of Service**
I certify that a copy of this document has been forwarded by electronic mail to Defendant's counsel.
  s/ Edward J. Dailey