UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11294-PBS

| | |
|---|---|
| HIPSAVER COMPANY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| J.T. POSEY COMPANY, | ) |
| Defendant. | ) |

### UNDERTAKING BY DEFENDANT J.T. POSEY COMPANY

During the pendency of the above action Posey undertakes and agrees as follows:

1. Posey has discontinued distribution of the White Paper authored by Bimal P. Gandhi ("White Paper").

2. Posey has discontinued distribution of catalogs and all other materials containing information derived from the White Paper.

3. Posey has instructed all its employees, sales representatives, and distributors who have purchased Hipsters since 2001, to discontinue all reference to the White Paper and information derived from the White Paper, nor represent that its hip protectors have been validated by scientific research at UCLA, in communications with customers or potential customers, including written correspondence, emails, telephonic or face-to-face conversations, sales pitches, and the like.

  4. Posey will not include the White Paper or information derived from the White Paper in any future catalogs, brochures, or other advertising materials.

  5. Posey will not represent that its hip protectors have been validated by scientific research at UCLA.

  This undertaking is not made as any admission of liability or wrongdoing, but because Posey values its reputation, and does not engage in activities that are in any way questionable.

Dated: August 26, 2004

            J.T. POSEY COMPANY

            By: */s/ Ernest M. Posey*
               Ernest M. Posey