**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

_____

               Plaintiff(s)

     V.

_____

              Defendant(s)

CIVIL ACTION

NO. _____

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]    On _____ I held the following ADR proceeding:

              SCREENING CONFERENCE      EARLY NEUTRAL EVALUATION

              MEDIATION                SUMMARY BENCH / JURY TRIAL

              MINI-TRIAL               SETTLEMENT CONFERENCE

      All parties were represented by counsel  [except _____]

      The parties were      /were not        present in person or by authorized corporate officer [except

      _____].

      The case was:

[ ]    Settled.  Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress.  A further conference has been scheduled for _____ unless
the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This
case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

_____                             _____
    DATE                                  ADR Provider