UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. No. 04-11294-PBS

| | |
|---|---|
| THE HIPSAVER COMPANY, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| J.T. POSEY COMPANY, | ) |
| Defendant. | ) |
| J.T. POSEY COMPANY, | ) |
| Counterclaimant, | ) |
| v. | ) |
| THE HIPSAVER COMPANY, INC., | ) |
| Counterdefendant | ) |

**STIPULATION FOR DISMISSAL**

Plaintiff The HipSaver Company, Inc. and Defendant J.T. Posey Company, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1. This entire action shall be and is hereby dismissed with prejudice pursuant to FRCP Rule 41(a)(1)(ii).

2. Each party shall bear its own costs, expenses, and attorney's fees.

IT IS SO STIPULATED.

| THE HIPSAVER COMPANY, INC. | J.T. POSEY COMPANY |
|---|---|
| By its attorneys, | By its attorneys |
| /s/ Lee Carl Bromberg | /s/ Anthony J. Fitzpatrick |
| Lee Carl Bromberg (BBO No. 058480)<br>Edward J. Dailey (BBO No. 112220)<br>BROMBERG SUNSTEIN, LLP<br>125 Summer Street, 11th Floor<br>Boston, MA 02110-1618<br>(617) 443-9292 | Anthony J. Fitzpatrick (BBO No. 564324)<br>DUANE MORRIS LLP<br>470 Atlantic Avenue, Suite 500<br>Boston, MA 02210<br>(617) 289-9200<br><br>Jeffrey G. Sheldon<br>William J. Brutocao<br>Shannon S. Sheldon & Mak<br>SHELDON & MAK PC<br>225 South Lake Avenue, 9th Floor<br>Pasadena, California 91101<br>(626) 796-4000 |

September 22, 2004

SO ORDERED:

_____
Patti B. Saris
United States District Judge

Date:

BOS\110273.1                                                2